1  PHAEDRA A. NORTON, City Attorney, SBN 200271
2  REBECCA L. MCKEE, Assistant City Attorney, SBN 289485
   DEBRA K. COOK, Deputy City Attorney, SBN 250114
3  CECILIA ROJAS, Deputy City Attorney, SBN 340468
   JUDITH L. GALLARDO, Deputy City Attorney, SBN 297688
   **OFFICE OF THE CITY ATTORNEY – CITY OF RIVERSIDE**
4  3750 University Avenue, Suite 250
   Riverside, California 92501
5  Telephone (951) 826-5567
   Facsimile (951) 826-5540
6
   Attorneys for Defendants
7  EVAN WRIGHT, an individual, and ABEL SORIA, an individual

8

9                     UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12  ERIC H. SALDIVAR,                          )  CASE NO. 2:20-cv-02081-CAS-PD
                                               )
13                     Plaintiff,              )
                                               )  **APPLICATION TO OBTAIN**
14         v.                                  )  **CONFIDENTIAL MARRIAGE**
                                               )  **INFORMATION AND ORDER**
15  POLICE OFFICERS EVAN WRIGHT,               )  **511 (c) FAMILY CODE**
    ABEL SORIA, et al.                         )
16                                             )
                       Defendant(s).           )
17                                             )
    _____       )
18

19

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE., STE. 250
RIVERSIDE, CA 92501
(951) 826-5567

-1-

APPLICATION TO OBTAIN
CONFIDENTIAL MARRIAGE
INFORMATION AND ORDER
CASE NO. 2:20-cv-02081-CAS-PD

-- USE BLACK INK ONLY --
MUST BE TYPED OR PRINTED
County of Riverside

P.O.Box 751, Riverside, CA 92502-0751 - (951) 486-7000
38686 El Cerrito Road, Palm Desert, CA 92211 - (760) 863-8732
Assessor, County Clerk-Recorder

| APPLICATION TO OBTAIN CONFIDENTIAL MARRIAGE INFORMATION & ORDER 511(c) FAMILY CODE | (File stamp) |
|---|---|

**APPLICATION TO OBTAIN CONFIDENTIAL**

**MARRIAGE INFORMATION & ORDER**

**511(c) FAMILY CODE**

Fee: $17.00

License Registration # _____

## STATEMENT OF FACTS

For the reason(s) indicated below, permission is hereby sought to obtain a certified copy of the License and Certificate of Confidential Marriage of:

_Xochilt Robles_ and _Ernie Saldivar_

Any other name by which either party may have been known: _____

Approximate date of marriage: _____

Reason for request: Ernie Saldivar died in 2018. His father, Eric Saldivar, has filed a lawsuit alleging the City violated his son's civil rights. If Ernie was married at the time of his death, his claim would flow to his spouse not his father. We need a copy of their marriage license to prove our defense to this claim.

Printed name of person making request: _Rebecca Mckee-Reimbold_

Relationship: _Attorney representing the City of Riverside in the case of: Eric Saldivar v. Riverside Police Dept et al, US District Court Case #2:20-cv-02081-CAS-PD_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11/8/23_, at _Riverside_, California

_____
(Signature of Declarant)

## COURT ORDER

Good cause appearing, permission is hereby granted the above named declarant to obtain the information as set forth above.

Date: _____

_____
Judge of the Superior Court

ACR 844 (Rev. 6/2022)          Available in Alternate Formats