PHAEDRA A. NORTON, CITY ATTORNEY, SBN 200271
REBECCA MCKEE-REIMBOLD, ASSISTANT CITY ATTORNEY, SBN 279485
DEBRA K. COOK, DEPUTY CITY ATTORNEY, SBN 250114
JUDITH N. GALLARDO, DEPUTY CITY ATTORNEY, SBN 297688
CECILIA ROJAS, DEPUTY CITY ATTORNEY, SBN 340468
**OFFICE OF THE CITY ATTORNEY – CITY OF RIVERSIDE**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
gforce@riversideca.gov

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city
and municipal corporation and EVAN WRIGHT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>            Plaintiff,<br><br>  v.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive<br><br>            Defendants. | CASE NO.: 5:21-cv-02140-PSG(JCx)<br>*[Assigned to Hon. Philip S. Gutierrez, Courtroom: 6A]*<br><br>**DEFENDANT'S NOTICE OF ERRATA RE DKT NO 78, ERRONEOUSLY FILED TO WRONG CASE**<br><br>Date Action Filed: 12/28/21<br>Trial Date:   February 1, 2024 |

**NOTICE TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

/ / /

/ / /

/ / /

**PLEASE TAKE NOTICE** Docket Item Number 78 was erroneously filed to the wrong case, we withdraw the filing. We apologize for any inconvenience this may have caused.

                                      Respectfully submitted,

DATED: November 17, 2023        OFFICE OF THE CITY ATTORNEY

By:   /s/ Rebecca McKee-Reimbold
REBECCA McKEE-REIMBOLD
DEBRA K. COOK
Attorneys for Defendants CITY OF RIVERSIDE and EVAN WRIGHT