## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Xavier Lopez,

PLAINTIFF(S)

v.

City of Riverside, et al.,

DEFENDANT(S).

CASE NUMBER:

5:21-cv-02140-PSG(JCx)

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 11/14/2023 | 78 | Application to Obtain Confidential Marriage Info. |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [x] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: _____11/17/2023_____

By: _____/s/ Jacqueline Chooljian_____

~~U.S. District Judge~~ / U.S. Magistrate Judge