PHAEDRA A. NORTON, CITY ATTORNEY, SBN 200271
REBECCA MCKEE-REIMBOLD, ASSISTANT CITY ATTORNEY, SBN 279485
DEBRA K. COOK, DEPUTY CITY ATTORNEY, SBN 250114
JUDITH N. GALLARDO, DEPUTY CITY ATTORNEY, SBN 297688
CECILIA ROJAS, DEPUTY CITY ATTORNEY, SBN 340468
**OFFICE OF THE CITY ATTORNEY – CITY OF RIVERSIDE**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
gforce@riversideca.gov

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city
and municipal corporation and EVAN WRIGHT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive<br><br>    Defendants. | CASE NO.: 5:21-cv-02140-PSG(JCx)<br>*[Assigned to Hon. Philip S. Gutierrez*<br>*Magistrate Judge Jacqueline Chooljian]*<br><br>**DEFENDANT CITY OF RIVERSIDE'S REQUEST FOR GOOD CAUSE EXCUSAL TO HAVE PERSONS WITH FULL AUTHORITY ATTEND TELEPHONIC SETTLEMENT CONFERENCE**<br><br>**S/C Date/Time: 12/5/23 at 1:00 p.m.**<br>**Statements Due: 11/28/23**<br><br>Date Action Filed: 12/28/21<br>Trial Date: February 1, 2024 |

**TO THE HONORABLE COURT:**

/ / /

Defendant City of Riverside submits this request to be excused from the Court's Order Re Telephonic Settlement Conference (DKT 76), paragraph 3, which commands that "This Requirement contemplates the telephonic presence of your client or, if a corporate or governmental entity, of an authorized and knowledgeable representative of your client."

The Telephonic Settlement Conference has been scheduled in this matter for December 5, 2023. The seven-member City Council for the City of Riverside is the governing body with authority to consent to settlement in any litigated matter in which the City is a party. The presence of the City Council acting in its official capacity at the telephonic settlement conference would violate the Brown Act, which requires that any meeting of the City Council to discuss potential settlement be properly agendized with an opportunity for public comment (Government Code §§ 54954.2, 54957.1, and 54957.7).  It is not feasible to have City Council participation in the context of a telephonic settlement conference.  The City, however, will have a deputy city attorney present, who will possess some delegated authority.

For the foregoing reasons, the City of Riverside respectfully requests excusal from the Court's Order Re Telephonic Settlement Conference (DKT 76), paragraph 3, that the Riverside City Council attend the Telephonic Settlement Conference scheduled in this matter.

DATED: November 21, 2023               OFFICE OF THE CITY ATTORNEY

                                       By:  /s/ Rebecca McKee-Reimbold
                                            REBECCA McKEE-REIMBOLD
                                            DEBRA K. COOK
                                            Attorneys for Defendants CITY OF
                                            RIVERSIDE and EVAN WRIGHT