1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

XAVIER LOPEZ,

             Plaintiff,

    v.

CITY OF RIVERSIDE; EVAN
WRIGHT; and DOES 1 through 10,
inclusive

             Defendants.

CASE NO.: 5:21-cv-02140-PSG(JCx)

*[Assigned to Hon. Philip S. Gutierrez*
*Magistrate Judge Jacqueline Chooljian]*

**[PROPOSED] ORDER RE DEFENDANT CITY OF RIVERSIDE'S REQUEST FOR GOOD CAUSE EXCUSAL TO HAVE PERSONS WITH FULL AUTHORITY ATTEND TELEPHONIC SETTLEMENT CONFERENCE**

**S/C Date/Time: 12/5/23 at 1:00 p.m.**
**Statements Due:  11/28/23**

Date Action Filed: 12/28/21
Trial Date:   February 1, 2024

-1-

CASE NO. 5:21-cv-02140-PSG(JCx)
[PROPOSED] ORDER RE REQUEST FOR GOOD
CAUSE EXCUSAL TO HAVE PERSONS WITH
FULL AUTHORITY ATTEND TELEPHONIC
SETTLEMENT CONFERENCE

## **PROPOSED ORDER**

Good cause shown, the City of Riverside is excused from having the Riverside City Council attend the Telephonic Settlement Conference scheduled for December 5, 2023.

**IT IS SO ORDERED.**

DATE: _____, 2023

_____
Honorable Jacqueline Chooljian
United States Magistrate Judge

CASE NO. 5:21-cv-02140-PSG(JCx)
[PROPOSED] ORDER RE REQUEST FOR GOOD
CAUSE EXCUSAL TO HAVE PERSONS WITH
FULL AUTHORITY ATTEND TELEPHONIC
SETTLEMENT CONFERENCE