# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | CASE NO.: 5:21-cv-02140-PSG(JCx)<br><br>**ORDER RE DEFENDANT CITY OF RIVERSIDE'S REQUEST FOR GOOD CAUSE EXCUSAL TO HAVE PERSONS WITH FULL AUTHORITY ATTEND TELEPHONIC SETTLEMENT CONFERENCE**<br><br>S/C Date/Time: 12/5/23 at 1:00 p.m.<br>Statements Due: 11/28/23 |

　　Good cause shown, the City of Riverside is excused from having the Riverside City Council attend the Telephonic Settlement Conference scheduled for December 5, 2023.

**IT IS SO ORDERED.**

DATE:　　November 22, 2023

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　United States Magistrate Judge