UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:21-cv-02140-PSG-(JCx) | Date | December 5, 2023 |
|---|---|---|---|
| Title | Xavier Lopez v. City of Riverside et al., | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff: | | Present for Defendant: |
| Dale Galipo<br>Marcel Sincich<br>Trenton Packer | | Rebecca McKee-Reimbold<br>Cecilia Rojas |

**Proceedings:**     **SETTLEMENT CONFERENCE**

    A Telephonic Settlement Conference in this matter was commenced on December 5, 2023. Plaintiff's attorneys Dale Galipo, Marcel Sincich and Trenton Packer appeared with Plaintiff Xavier Lopez. Defendant's attorneys Rebecca McKee-Reimbold and Cecilia Rojas appeared with Defendant Evan Wright.

    The Court conferred with counsel and the parties. Having obtained authorization from the assigned Chief District Judge to conduct a further settlement conference beyond the previously set deadline of December 5, 2023, the Court continued the matter for a further Telephonic Settlement Conference to December 19, 2023 at 1:15 p.m. and directed counsel and the parties to call in on such date/time to the same number utilized for the Telephonic Settlement Conference this date.

                                                                                                                                : 40

Initials of Preparer   klh