**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XAVIER LOPEZ,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE No.: 5:21-cv-02140-PSG (JEMx)<br><br>[*Honorable Philip S. Gutierrez*]<br>Magistrate Judge John E. McDermott<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 3 TO EXCLUDE DEFENDANTS INACCURATE AND PREJUDICIAL ANIMATIONS**<br><br>**<u>Pretrial Conference</u>**:<br>January 19, 2024, at 02:00 p.m.<br>**<u>Jury Trial</u>**<br>February 1, 2024, at 09:00 a.m.<br><br>350 West 1st Street, 6A, 6th Floor<br>Los Angeles, California 90012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion *in Limine* No. 3 to Exclude Defendants Inaccurate and Prejudicial Animations, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED that it is excluded from trial any evidence, testimony, argument, or reference at trial to any of Defendants' animations and specifically with respect to the backwards animation, any animation that contains a floating gun, any animation that contains Plaintiff making a pumping action with his left arm, and any animation that inaccurately reflects the location so the individuals involved.

1   It is further ordered that Defendants shall produce to the Court and the
2   Plaintiff a full rendition video/animaiton that contains Officer Park's BWC video
3   and the overlaw shadow of the virtual environment thoughout the entire video so
4   that it may be analyzed for accuracy.

5   The basis for this order is under Federal Rules of Evidence, Rules 401, 402,
6   403, 702, and 703.

7

8   **IT IS SO ORDERED.**

9

10  DATED:_____            _____

11                                           Honorable Philip S. Gutierrez

12                                           United States District Judge