# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE No.: 5:21-cv-02140-PSG (JEMx)<br><br>[*Honorable Philip S. Gutierrez*]<br>Magistrate Judge John E. McDermott<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 4 TO EXCLUDE AND LIMIT OPINIONS OF DEFENDANTS' TWO POLICE PRACTICES EXPERTS**<br><br>**Pretrial Conference**:<br>January 19, 2024, at 02:00 p.m.<br>**Jury Trial**<br>February 1, 2024, at 09:00 a.m.<br><br>350 West 1st Street, 6A, 6th Floor<br>Los Angeles, California 90012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Having reviewed Plaintiff's Motion *in Limine* No. 3 to Exclude and Limit Opinions of Defendants' Two Police Practices Experts, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED that:

  (1) Defendants shall be limited to one police practices expert, either Mr. Allen or Mr. Martin and the other is excluded from trial.

  (2) Defendant's police practices expert may not testify as to the ultimate issue of this matter or as to any legal conclusion.

(3) Defendant's police practices expert may not testify as to Plaintiff's history as propensity for violence.

(4) Defendant's police practices expert may not testify based on credibility determinations.

(5) Defendant's police practices expert may not testify related to perception reaction time.

(6) Defendant's police practices expert may not testify in making factual conclusions.

(7) Defendant's police practices expert may not testify as to whether it was Lopez's intent to exert control or deflect Wright's left hand; or engage physically with Wright.

(8) Defendant's police practices expert may not testify as to speculative theories of Plaintiff attempting to grab Defendants' gun or arm, that Plaintiff was going to take hostages, or that Plaintiff was going to shoot Defendant.

The basis for this order is under Federal Rules of Evidence, Rules 401, 402, 403, 702, 703, and 802.

**IT IS SO ORDERED.**

DATED:_____                    _____

Honorable Philip S. Gutierrez
United States District Judge