# "EXHIBIT A"

Case 5:21-cv-02140-PSG-JC   Document 92-1   Filed 12/18/23   Page 2 of 12   Page ID #:1293

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

1

| | |
|---|---|
| James: | Okay. Today is Thursday, January the 28th, 2021. It's 12:26 hours. I'm investigator James Campos. I'm with the Riverside County District Attorney's Office. I'm here in regards to an interview for an officer-involved shooting, in regards to DA file, number DAR 2021-026-003 and Riverside Police file number 210002558. I'm gonna go ahead and go around the room and have all the participants introduce themselves, starting to my left. |
| Joshua: | I'm detective Joshua Ontko with the Riverside Police Department, ID 1351. |
| Evan: | Officer Evan Wright, Riverside PD, ID 1453. |
| Saku: | Saku Ethir, E-T-H-I-R, and I am Evan Wright's attorney. |
| James: | Okay. Evan, I appreciate you being here today. Before we get started with any interviews, I just make it a point to let you know that, 1.) I'm from the district attorney's office. I'm an investigator there, and I'm the primary investigator in the case. Because I'm the primary investigator, we're here doing a criminal investigation as, you know, any agency would when there's an officer-involved shooting. I'm not administrative investigator, so I can't compel you to speak to me.<br><br>I can't make you speak to me. So, if anybody here at the police department, no matter who it would be, all the way up to your chief, made you feel as though you had to be here; that's not true. Okay? And I know you've had time to talk to your attorney, but I just want to clarify that this is a voluntary statement. So, do you understand that? |
| Evan: | Yes. |
| James: | Before we get started, actually I was going to tell you, if at any point during the interview, if you have any questions, or if I'm repeating something that you said that's not correct, please feel free to say, hold on, I don't remember saying that. Or, I didn't say that; it was actually this. Obviously, you're not going to offend me. I want to get things correct. But if at any point, you are tired, or you want to take break, or you're unclear about a question, please, by all means, let me know. We can stop. You can speak to your attorney. You can guys can step out, or Detective Ontko and I can step out and give you as much time as you need before we continue the interview at that point. Okay? |

Case 5:21-cv-02140-PSG-JC   Document 92-1   Filed 12/18/23   Page 3 of 12   Page ID #:1294

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

2

| | |
|---|---|
| Evan: | Okay. |
| James: | Okay. So, what I want you to do is, I just want you to tell me from beginning to end what happened in this officer-involved shooting. And if you could go back to how this whole thing first came to your attention, whether it was – I know you're working on the metro team, so if there was some background to it. And if they're wasn't, that's fine. And then, just lead all the way up to the actual shooting. At that point, I'm sure we're probably gonna have a few questions. And we'll go from there. Okay? |
| Evan: | Okay. |
| James: | Okay. Let me start off with, it's Evan Wright, correct? Is it W-R-I-G-H-T? |
| Evan: | Yes. W-R-I-G-H-T. |
| James: | G-H-T. And what's ID number again? |
| Evan: | 1453. |
| James: | Three – and you're Riverside Police. And you're current assignment? |
| Evan: | I'm on the Metro Team, which is like our full-time SWAT team. |
| James: | Okay. And do you guys have set days and hours? |
| Evan: | We work Tuesday through Friday. We're on call 24/7, but our hours – I mean, we work different hours. They adjust every single day, for the most part. |
| James: | Okay. |
| Evan: | Except Wednesday, it's pretty routine. It's a training day. |
| James: | Okay. And then, Tuesday through Friday you said – |
| Evan: | – Yes. |
| James: | – are generally are set work days, on paper. |
| Evan: | Yes. |

Case 5:21-cv-02140-PSG-JC   Document 92-1   Filed 12/18/23   Page 4 of 12   Page ID #:1295

**234530_Interview with Evan Wright 01-28-21 1**
**James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir**

3

| | |
|---|---|
| James: | I mean, obviously, you come in whenever you're needed. So, on this incident that happened, it would have been on the 26th, correct, January, the 26th, would have been a Tuesday. |
| Evan: | Correct. |
| Joshua: | Correct. |
| Saku: | Correct. |
| James: | Okay. So, that would have been your normal workday? |
| Evan: | Yes. |
| James: | Okay. How long have you been with Riverside Police? |
| Evan: | Fourteen years. |
| James: | Fourteen years. And how long have you been a peace officer? |
| Evan: | Fourteen years. |
| James: | Okay. So, you're entire career has been with Riverside Police? |
| Evan: | Yes. |
| James: | Okay. What different assignments have you had with RP? |
| Evan: | I was on patrol for eight years. I was on the P.A.C.T. team for about a year. And then, I've been on the metro team ever since. |
| James: | Okay. And then, what is P.A.C.T.? |
| Evan: | P.A.C.T. is Post Release Compliance Team, just like a probation, parole team. |
| James: | Okay. |
| Evan: | You know, fugitive-type team. |
| James: | And it's P-C-T? |
| Evan: | P-A-C-T. |
| James: | P-A-C-T. Okay. Got it. Okay. And the acronym for that? |

Case 5:21-cv-02140-PSG-JC   Document 92-1   Filed 12/18/23   Page 5 of 12   Page ID #:1296

234530_Interview with Evan Wright 01-28-21 1                                    4
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

| | |
|---|---|
| Evan: | It stands for Post Release Accountability and Compliance Team. |
| James: | Okay. I didn't know that. |
| Evan: | Yeah. I know. It's kinda hard to remember. It's change quite a bit. |
| James: | Yeah. It is. Okay. I appreciate it. So, go ahead and start from beginning, and then, I'll let you just go ahead and tell me your side. |
| Evan: | Okay. I'm gonna try to, you know, go from A to Z, but I might have to jump around here and there because things I'm gonna remember. Yeah, this all came about, about a week and a half ago. I was contacted by patrol officer, named Officer Prado, who told me, hey, I was involved in a vehicle pursuit this morning. I identified the driver. You know, this is the guy's information. He has a warrant; he's a parolee at large. Would you guys be willing to go track him down. So, I said, sure.

So, I got the information, got the guys name. Got the report number. Read the police report. Did my own, like, records check, I guess, if you want to call it to the guy. Looked up the guy's picture. Ran his criminal history. You know, and, you know, during that I noticed that he had arrests and contacts for narcotics, assault with a firearm, things of that nature. Confirmed his parole warrant. He was a parolee at large. He had been a parolee at large for about a month. Contacted his parole officer, who told me – you know, gave me some information about the guy.

Provided me his girlfriend's – you know, I asked, like, hey, where does this guy live? Can you tell me? Do you have a for-sure address that this guy might be at, instead of the 10 addresses we had for him? He said he really couldn't tell me. He hadn't talked to him since December 29th. So, he said he did have a girlfriend or a baby mom. Gave me her phone number. So, I had that, you know, with me. Said the relationship was rocky as far as he knew. They were kind of off-and-on, so she might be able to provide some sort of information on his whereabouts.

So, that's how this whole case, you know, came about. I think it was the day I got the information, or maybe the day after, we did some surveillance at some houses in **Movale**, in some apartment complexes. Didn't get anywhere with that. Didn't see the car that he had gotten away in the pursuit at any of those locations, so we just kinda waited and watched to see what kind of intel we could get. During the surveillance, I called the kid's mom, his girlfriend or |

Case 5:21-cv-02140-PSG-JC   Document 92-1   Filed 12/18/23   Page 6 of 12   Page ID #:1297

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

5

ex-girlfriend, just to see what kind of information I could get, you know. Maybe she'd point us in the right direction.

So, she called me. She was 100% cooperative. She said that she gave me some possible addresses this guy could be. Gave me some relative's names. But she said that he – I mean, who knows where he may be. Told me that they had a kid together. Gave me his current cell phone that she had been talking to him on. She also told me that he had showed up at her house on Tomlinson a few days prior armed with a handgun, and he was all tweaked out, according to her. He was on drugs. You know, she basically had to kick him out.

So, I said, hey, give me updates if you have any idea where this guy might be. Let me know. Call me day or night. Text me, whatever. And she was okay with that. So, we ended up, you know, pulling the surveillance, and going back to the station on that day. So, I don't know if that was a Thursday or Friday; I can't remember. I went on my weekend – Saturday, Sunday, Monday, I was off. During that time, I was texting her. Hey, have you heard from him? Things like that. She said that she hadn't heard.

On Tuesday, which was the 26th, right, the day of the incident – maybe it was Monday; I can't remember. She told me that he was gonna be coming to her house on Tomlinson to pick up his daughter, or go see his daughter. So, I kinda used that as an opportunity to go wait in front of her house to see if this guy would show up. So, prior to that, I prepared an operational plan. I briefed my entire team, as we do with all of our cases. Passed the guy's picture around. Passed the girlfriend's picture around. Gave them the guy's criminal history.

Let them know, hey, the girlfriend told me that this guy showed up at her house armed with a gun on dope. Went over his criminal history again. A possible car he might be driving in, which was the car he got away from the initial patrol officer. So, they were all made aware of that. I kind of gave out assignments. I want to back up real quick, guys. Sorry. So, everyone was in an unmarked care, for the most part. Park and Wilder with me in the van. I had Officer Monneral in a black Toyota Camry, and he was assigned just kind of like our point guy, which we like to call him on surveillance, which he was just going to give updates – park close to the house and let us know if this guy is showing up.

Officer Messias, he was in a blue F-150, and he kinda had the

Case 5:21-cv-02140-PSG-JC  Document 92-1  Filed 12/18/23  Page 7 of 12  Page ID #:1298

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

9

|  |  |
|---|---|
|  | put a hold or send them back to prison. |
| James: | Correct. I just wanted to make sure if you knew that or not. So, parole means somebody who's released from prison who now has a set of terms that they have follow as a reason for them to be released. So, they have a set of rules that they have to follow, correct? |
| Evan: | Yes. |
| James: | Okay. So, now, at this point, you at least know that he had been in state prison. |
| Evan: | Yes. |
| James: | He did something that his parole officer deemed a violation, so now there's an active warrant for his arrest. You got officers on the street who were in a pursuit, and he goes on the wrong side of the freeway, which, I mean, I don't think anybody would argue that that's safe at all. Would that be safe to say? Is that a fair statement? |
| Evan: | Fair statement. |
| James: | Okay. So, you have all that in mind. And this is just from day one when you start to look into this whole situation, correct? |
| Evan: | Yes. |
| James: | Okay. So, then, after doing your research, you end up getting some information on his baby mom, somebody that Xavier shares a child with, correct? |
| Evan: | Yes. |
| James: | And then, you said in speaking with her, she had mentioned to you that he had showed up at her location with a gun and tweaked out, correct? |
| Evan: | Yes. |
| James: | And did she tell you how long ago that was from the time that you had talked to her? |
| Evan: | I can't remember a specific date, but she just said, you know, a few days prior. |

Case 5:21-cv-02140-PSG-JC   Document 92-1   Filed 12/18/23   Page 8 of 12   Page ID #:1299

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

10

James:	Okay. A few days prior. Did you ever see any reports on that, or anything?

Evan:	No.

James:	Okay. But you knew it was a few days prior?

Evan:	Yes.

James:	Okay. And did she mention anything specific about – at that time – about the gun, about where he had it, how it was involved in their incident or what kind of a gun it was?

Evan:	Not that I recall, that I remember.

James:	Did she ever mention that he was know to carry a gun?

Evan:	I don't think I asked that. Just, I kind of took it at face value when she told me, hey, he has a gun on him – that he's got one, you know.

James:	Correct. Okay. And then, when you said tweaked out – again, I know, but for the record, what does tweaked out mean to you?

Evan:	That means under the influence of narcotics.

James:	Okay. Okay. Now, again, 14 years of experience – you've spent a lot of time on the P.A.C.T. team.

Evan:	Mm-hmm.

James:	I'm sorry, on patrol P.A.C.T. team, and then on metro. So, within all those timeframes, how many times – just a general estimate – have you come across people who are under the influence of a narcotic?

Evan:	Probably thousands.

James:	Okay. And how would you describe somebody who's under the influence of a narcotic?

Evan:	Everyone's kind of different, I guess – different symptoms. But some people react differently. But yeah – sweating, their behavior's erratic, just heart beating fast, not listening – tweaked out just means, I don't know, their brain's not in the right spot, you know.

Case 5:21-cv-02140-PSG-JC  Document 92-1  Filed 12/18/23  Page 9 of 12  Page ID #:1300

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

19

Evan:  Yes.

James:  And then, if you could just draw me an X where Xavier was when you got out of the vehicle.

Evan:  This is just a guess. I think he was about right here.

Saku:  To your best estimate, right.

James:  Okay. Now from the time that you got out of the vehicle to the time when you discharged your firearm, how much time do you think passed?

Evan:  By the time I got till I fired? Eight, maybe 10 seconds, maybe 15 seconds, if I had to guess.

James:  Okay. About 15 seconds.

Evan:  Yeah.

James:  Okay.

Saku:  Best estimate.

Evan:  Best estimate.

James:  Yeah. So, it was fairly fast.

Evan:  Fairly fast. Yes.

James:  Okay. Okay. I don't have any other questions right now. Before we end the interview, at some point, whether it's now or we come back in with follow-up question, I'm gonna have you initial and date the bottom, okay, before we – you can do it now, if you want, just so we know. But at this point, I don't have any questions. Sir, if you have any questions.

Joshua:  Yeah. I just – I know you said you got some information from the baby mom, and she described an incident where he had come into the house with a gun.

Evan:  Yes.

Joshua:  Did she describe to you how that made her feel or what she was going through during that time?

Case 5:21-cv-02140-PSG-JC   Document 92-1   Filed 12/18/23   Page 10 of 12   Page ID #:1301

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

20

| | |
|---|---|
| Evan: | No. She never mentioned it. I never specifically asked her. I was just trying to keep her in that cooperative state of mind and not really prying too deep on, I guess, her feelings at that point. |
| Joshua: | Not a problem. I just didn't know if she expressed anything or in more detail about that incident. Did she describe to you what the gun was during that time? |
| Evan: | No. She just said it was a handgun. |
| Joshua: | Okay. And did she say who was in the house when all of that happened? |
| Evan: | Her daughter. |
| Joshua: | Her daughter. All right. And, again, did she provide any other details about that incident that you remember? |
| Evan: | No. She just said after that she tried to kick him out. Or she kicked him out, and then that was that. |
| Joshua: | And did she ever describe any other problems she had had with him? Like was that just like an incident that just happened one time, or anything? Did you know any more about their history? |
| Evan: | No. I didn't know any more about her history and his. |
| Joshua: | All right. Now, I know you've got a lot of experience both on P.A.C.T. patrol, on the metro team. Specifically with the metro team, you described your role as looking for – why don't you describe to me: What is your main responsibility on the metro team? What type of work do you guys get? |
| Evan: | We do everything from SWAT to training. And the majority of our time is spent doing like the fugitive-type thing. So, we get cases from robbery/homicide, SACA patrol. You know, guys with probable cause wants, and things like that. If we don't have anything going on, then we use our time and we go look for these people. |
| Joshua: | Do you guys specifically get any types of fugitives or people that you're looking for? Is there anything unique or different from, let's say, all the people that are outstanding in the department? |
| Evan: | Yes. We get the violent crimes, the violent offenders. |

Case 5:21-cv-02140-PSG-JC   Document 92-1   Filed 12/18/23   Page 11 of 12   Page ID #:1302

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

22

| | |
|---|---|
| Evan: | The majority of the time. |
| Joshua: | The majority of the time. All right. So, it's never been an issue before when you're taking people into custody the way you've been dressed, or anything like that? |
| Evan: | No. |
| Joshua: | Okay. Have you had any previous contacts with Mr. Lopez? |
| Evan: | He looked familiar, but I don't remember. It might have been years back, if I did. |
| Joshua: | Did you have any – outside of what was provided to you from Prado and the girlfriend, did you have any other information regarding him? |
| Evan: | No. That was it. No. |
| Joshua: | And so, I know – and again, touching back on that ops plan – you specifically did not want him to go in the house in the car. And I know you were worried about getting the child involved. Were there any other factors as to why you did not want him to get in the house or into the vehicle? |
| Evan: | Because we didn't know – I mean, obvious the girlfriend was in there. Her family members – we just didn't want him going into the house and causing some other issue or other problem. |
| Joshua: | Okay. |
| James: | I don't have anything else right now. Okay. We're gonna step out real quick, talk it over, make sure we don't have any follow-up questions. If we do, we'll come back in and let you know. If not, we'll come back in and let you know when we're done, okay? |
| Evan: | Okay. |
| James: | Do you have any questions before we go off tape? |
| Saku: | No. Maybe when we come back, I'll have just a couple things. But not right now. |
| James: | Okay. Okay. Perfect. Okay. It is still the 28th of January. It is 13:02 hours, and we're going off tape. |

Case 5:21-cv-02140-PSG-JC Document 92-1 Filed 12/18/23 Page 12 of 12 Page ID #:1303

234530_Interview with Evan Wright 01-28-21 1
James Campos, Detective Joshua Ontko, Officer Evan Wright, Attorney Saku Ethir

23

**[End of Audio]**

**Duration: 36 minutes**