# "EXHIBIT B"

**XAVIER LOPEZ vs CITY OF RIVERSIDE, ET AL**
**Evan Wright on 10/20/2023**

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4   XAVIER LOPEZ,                          )
                                            )
 5               Plaintiff,                 )
                                            )
 6               vs.                        )Case No.
                                            )5:21-CV-02140-PSGJEMx
 7   CITY OF RIVERSIDE; EVAN WRIGHT; and    )
     DOES 1-10, inclusive,                  )
 8                                          )
                 Defendants.                )
 9   _____)

10

11

12

13

14             REMOTE VIDEOCONFERENCE DEPOSITION OF

15                         EVAN WRIGHT

16                  FRIDAY, OCTOBER 20, 2023

17

18

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:   23119
```

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   XAVIER LOPEZ,                           )
                                            )
 5              Plaintiff,                   )
                                            )
 6              vs.                          )Case No.
                                            )5:21-CV-02140-PSGJEMx
 7   CITY OF RIVERSIDE; EVAN WRIGHT; and    )
     DOES 1-10, inclusive,                   )
 8                                          )
                Defendants.                  )
 9   _____)

10

11

12

13

14          The remote videoconference deposition of EVAN

15   WRIGHT, taken on behalf of the Plaintiff, beginning at 2:22

16   p.m., and ending at 3:51 p.m., on Friday, October 20, 2023,

17   before Jinna Grace Kim, Certified Stenographic Shorthand

18   Reporter No. 14151.

19

20

21

22

23

24

25
```

```
 1    APPEARANCES OF COUNSEL:

 2
      For the Plaintiffs:
 3
              LAW OFFICES OF DALE K. GALIPO
 4            BY:  DALE K. GALIPO, ESQ.
              BY:  MARCEL F. SINCICH, ESQ.
 5            21800 Burbank Boulevard, Suite 310
              Woodland Hills, California 91367
 6            Tel:  818-347-3333
              Fax:  818-347-4118
 7            E-mail:  dalekgalipo@yahoo.com
              E-mail:  msincich@galipolaw.com
 8

 9            LAW OFFICES OF GRECH & PACKER
              BY:  TRENTON C. PACKER, ESQ.
10            7095 Indiana Avenue, Suite 200
              Riverside, California 92506
11            Tel:  951-682-9311
              E-mail:  tpacker@grechpackerlaw.com
12

13   For the Defendants:

14            OFFICE OF THE CITY ATTORNEY
              CITY OF RIVERSIDE
15            BY:  DEBRA K. COOK, ESQ.
              3750 University Avenue, Suite 250
16            Riverside, California 92501
              Tel:  951-826-5567
17            E-mail:  dcook@riversideca.gov

18

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2   WITNESS:                                              PAGE

 3   EVAN WRIGHT

 4      BY: MR. GALIPO                                     5

 5

 6                            EXHIBITS

 7   MARKED FOR IDENTIFICATION                             PAGE

 8   Exhibit 1              Photograph                     50

 9   Exhibit 2              Body-Worn Camera Footage       51

10   Exhibit 3              Body-Worn Camera Footage       54

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    A.   I had -- I had plenty of facts prior to trying to

2  safely arrest Mr. Lopez -- Lopez.  One of them was his

3  criminal history as well as speaking to his child's mother

4  that told me, you know, the week prior he had shown up at her

5  house and had a gun and also threatened her.

6        I mean did I have any information about him going up

7  and breaking somebody's leg, no, but to me those things,

8  those specific facts made me believe that I was dealing with

9  a violent, hardened criminal.

10   Q.   I understand.  But I guess did you have the police

11  reports, for example, of his assault with a deadly weapon

12  case before you shot him?

13   A.   That specific report, no.

14   Q.   And did the girlfriend ever say that he had

15  physically injured her?

16   A.   You know what, I can't recall specifically if I even

17  asked her, if he had physically injured her, but she was very

18  frightened when I spoke with her on the phone, and I did hear

19  it in her voice, and, you know, she told me among -- she told

20  me a lot of things, but one of the things that she hold me

21  was -- and I'm -- I'm sorry I'm speaking kind of fast, Jinna.

22        But one of the things that she did tell me that was

23  that he showed up at her house with a gun and threatened

24  her.

25   Q.   How close did you get to Mr. Lopez before you

1              DECLARATION UNDER PENALTY OF PERJURY

2

3    Case Name:  Xavier Lopez vs. City of Riverside, et al.

4    Date of Deposition:  October 20, 2023

5    Job No.:  23119

6

7               I, _____, hereby certify

8    under penalty of perjury under the laws of the State of

9    California that the foregoing is true and correct.

10           Executed this _____ day of _____,

11   20_____, at _____, California.

12

13

14

15

16

17                            _____
                                        EVAN WRIGHT
18

19

20

21

22

23

24

25

```
 1                       CERTIFICATE

 2                           OF

 3          CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5          I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6  Stenographic Shorthand Reporter of the State of California,

 7  do hereby certify:

 8          That the foregoing proceedings were taken before me

 9  at the time and place herein set forth;

10          That any witnesses in the foregoing proceedings,

11  prior to testifying, were placed under oath;

12          That a verbatim record of the proceedings was made

13  by me, using machine shorthand, which was thereafter

14  transcribed under my direction;

15          Further, that the foregoing is an accurate

16  transcription thereof.

17          I further certify that I am neither financially

18  interested in the action, nor a relative or employee of any

19  attorney of any of the parties.

20

21          IN WITNESS WHEREOF, I have subscribed my name, this

22  date:  October 20, 2023.

23

24  _____
         Jinna Grace Kim, CSR No. 14151
25
```