# "EXHIBIT C"

## RPD – OPERATIONS PLAN
Do not use this form for search warrants

| Type of Plan: | Surveillance / Arrest | | File / Incident Number: | 210001775 |
|---|---|---|---|---|
| Date and Time: | 01-26-21 / 1500 hours | | Case Agent: | Wright |
| Location: | 4610 Tomlinson Avenue Riverside Ca 92503 | | | |
| Operation Objective (Arrest, Narcotics, Property, etc.): | | | Arrest | |
| Cross Streets: | Tomlinson / Cook | | Nearest Hospital: | RCH |

**Notifications**
- [ ] INCH
- [x] LA Clear
- [ ] NIN
- [x] Dispatch
- [ ] Watch Commander
- [ ] Other Agency: _____

Person making notification: EW

**Attachments**
- [ ] Operations Checklist
- [x] Photograph of Susp
- [ ] Lead Printout
- [ ] Probation Conditions
- [x] CDL
- [x] CII-Fel Convictions Hi Lighted
- [ ] Overhead Map
- [ ] Street View Map

- [ ] VISION for Suspect
- [ ] VISION for Location
- [ ] Diagram if available
- [ ] Utilities Checked
- Is the suspect in custody? [ ] Yes [x] No
- Date Checked: 01-26-21

**Known Intelligence**
- [ ] Weapons
- [ ] Security Screen
- [ ] Security Camera
- [ ] Dogs
- [ ] Children
- How Many? _____
- Ages? _____

**Arrest / Contact Information**
- Emerg Help Signal: 11-11
- Verbal Arrest Signal: 10-15
- Visual Arrest Signal: Tap Watch
- Cancel Operation: 10-22

**Continuance**
- [x] Shots Fired
- [x] Officer Down
- [x] Hostage
- [ ] Other: _____
- [ ] Other: _____
- [ ] Other: _____
- [x] Rally Point: Van

**Suspect and Vehicle Information**

| Name: Lopez, Xavier | DOB: 06-30-91 | Ht: 6'3 | Wt: 210 | Hair: Blk | Eyes: Brn | Tattoos/Scars: See Photographs |
|---|---|---|---|---|---|---|
| Address: Unknown | | Phone: | | | Additional Property Info (Sheds, Garage, etc.) | |
| Veh Yr: | Make: | Model: | Color: | Lic Plate: | Additional Info: | |

| Name: | DOB: | Ht: | Wt: | Hair: | Eyes: | Tattoos/Scars: |
|---|---|---|---|---|---|---|
| Address: | | Phone: | | | Additional Property Info (Sheds, Garage, etc.) | |
| Veh Yr: | Make: | Model: | Color: | Lic Plate: | Additional Info: | |

**Operation Plan** (Use continuation sheet for additional space needed and/or diagram information)

BACKGROUND:
Lopez was involved in a vehicle pursuit with RPD Officers on 01-19-20 (21001775). Lopez was the solo occupant of the vehicle and he was able to avoid apprehension. A records check of Lopez revealed he was a parolee at large. Officer Prado contacted the METRO Team for assistance in locating Lopez for 2800.2 CVC and 3056 PC.

Lopez has a criminal history with arrests/contacts for 11377(a) H&S, 148 PC, 459 PC, 496 PC, 10851 CVC, 2800.2 CVC, 3455 PC, and 245(a)(2) PC. We learned Lopez may be in the area of his ex-girlfriends residence, 4610 Tomlinson. The operation will take place at that location.

OPERATION:
On 01-26-21 at about 1500 hours, METRO Officers will set-up a remote takedown operation. There will be three surveillance vehicles that will set-up around the above location. The Officers in the grey van will also be designated as a takedown team and they will be responsible for detaining Lopez before he gets into a vehicle or is seen on foot. In the event he makes it into a vehicle, the surveillance units will follow him until he parks at another location. There will be one marked METRO unit in the area in the event an enforcement stop is needed.

If the investigation leads to another address, a plan to set-up an arrest team will be discussed prior to arriving at that location.

| Personnel / Assignment / Equipment | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Wright | UC | Grey Van | 6 | Lopez | TD | Unit - 3548 |
| 2 | Macias | UC | Blue F-150 | 7 | Monreal | UC | Black Camry |
| 3 | Park | UC | Grey Van | 8 | | | |
| 4 | Sgt. Ortiz | TD | Unit - 3548 | 9 | | | |
| 5 | Wilder | UC | Grey Van | 10 | | | |

| Supervisor Approving Print: Sgt. Ortiz | Supervisor Signature: | Date: 01-26-21 |
|---|---|---|