# "EXHIBIT F"

PHAEDRA A. NORTON, CITY ATTORNEY, SBN 200271
REBECCA MCKEE-REIMBOLD, ASSISTANT CITY ATTORNEY, SBN 279485
DEBRA K. COOK, DEPUTY CITY ATTORNEY, SBN 250114
JUDITH N. GALLARDO, DEPUTY CITY ATTORNEY, SBN 297688
CECILIA ROJAS, DEPUTY CITY ATTORNEY, SBN 340468
**OFFICE OF THE CITY ATTORNEY – CITY OF RIVERSIDE**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
gforce@riversideca.gov

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city
and municipal corporation and EVAN WRIGHT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive<br><br>            Defendants. | CASE NO.: 5:21-cv-02140-PSG (JEM)<br><br>*[Assigned to Hon. Philip S. Gutierrez, Courtroom: 6A]*<br><br>**DEFENDANT EVAN WRIGHT'S RESPONSE TO PLAINTIFF XAVIER LOPEZ'S REQUESTS FOR ADMISSION, SET ONE**<br><br>Date Action Filed:   12/28/21<br>Trial Date:                02/01/24 |

**PROPOUNDING PARTY:**    Plaintiff XAVIER LOPEZ

**RESPONDING PARTY:**    Defendant EVAN WRIGHT

**SET NUMBER:**    ONE

Defendant Evan Wright ("Responding Party" or "Officer Wright"), by and through the undersigned counsel, responds to the First Set of Requests for Admission propounded by Plaintiff XAVIER LOPEZ ("Propounding Party" or "Plaintiff") as follows:

1  follows: Responding Party denies this request.

2  **REQUEST FOR ADMISSION NO. 76:**

3  Admit that prior to YOUR use of deadly force during the INCIDENT, YOU
4  had no information as to whether LOPEZ consumed alcohol on the day of the
5  INCIDENT.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 76:**

7  **OBJECTION**.  Responding Party incorporates by reference the
8  Preliminary Statement as though fully set forth here.

9  Subject to and without waiving objections, Responding Party responds as
10  follows: Responding Party denies this request.

11  **REQUEST FOR ADMISSION NO. 77:**

12  Admit that prior to YOUR use of deadly force during the INCIDENT, YOU
13  had no specific information that LOPEZ was intoxicated with alcohol on the day
14  of the INCIDENT.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 77:**

16  **OBJECTION**.  Responding Party incorporates by reference the
17  Preliminary Statement as though fully set forth here.

18  Subject to and without waiving objections, Responding Party responds as
19  follows: Responding Party admits that he did not have specific information that
20  Lopez was intoxicated with alcohol on the day of the law enforcement encounter
21  that is the subject of this lawsuit. However, Responding Party denied that he did
22  not have general information of Plaintiff's predisposition to use of intoxicants.
23  Except as expressly admitted, Responding Party denies this request for admission.

24  **REQUEST FOR ADMISSION NO. 78:**

25  ADMIT that YOU did not use deadly force against LOPEZ because you
26  thought he may have consumed alcohol.

27  **RESPONSE TO REQUEST FOR ADMISSION NO. 78:**

28  **OBJECTION**.  Responding Party incorporates by reference the

1  from public sources, the information is not materially inaccurate. However, this
2  information is also not complete. Except as expressly admitted, Responding Party
3  denies this request for admission.

4  **REQUEST FOR ADMISSION NO. 94:**

5  Admit that for the year 2022, as a City of Riverside Police Department
6  Officer, YOUR regular pay was $102,047.00, YOUR overtime pay was
7  $27,956.00, YOUR other pay was $93,720.00, YOUR benefits were valued at
8  $69,838.00, and YOUR pension debt was $20,942,80, totaling $314,942.80 for
9  the year 2022 in YOUR total pay and benefits.

10 **RESPONSE TO REQUEST FOR ADMISSION NO. 94:**

11 **OBJECTION**. Responding Party incorporates by reference the Preliminary
12 Statement as though fully set forth here. Responding Party objects on the grounds
13 that this request seeks confidential information subject to a proposed protective
14 order that has not been signed by the Court.

15 Subject to and without waiving objections, Responding Party responds as
16 follows: Responding Party admits that, to the extent this information was obtained
17 from public sources, the information is not materially inaccurate. However, this
18 information is also not complete. Except as expressly admitted, Responding Party
19 denies this request for admission.

20

21 DATED: September 7, 2023           OFFICE OF THE CITY ATTORNEY

22

23

24                                   By: */s/ Debra S. Cook*_____
25                                        DEBRA K. COOK
                                          Attorneys for Defendants,
26                                        CITY OF RIVERSIDE and
                                          EVAN WRIGHT
27

28