# "EXHIBIT G"



# Riverside Police Department
## Case Report

File Number: 210002558

| Administrative Information | | | | |
|---|---|---|---|---|
| Subject: | OIS - OFFICER INVOLVED SHOOTING | | | |
| Occurred On (Date and Time) | | 1/26/2021 3:20:00 PM | Occurred Day: | Tuesday |
| Or Between (Date and Time) | | | | |
| Location Of Occurrence: | | 4610 Tomlinson Ave RIVERSIDE | | |
| Date/Time Reported: | | 1/26/2021 3:29:03 PM | | |
| Date Of Report: | | 1/27/2021 3:53:38 PM | | |
| Type Of Premises: | | | | |
| NPC: | | RD: | PJ09 | Beat: 5 |
| Was There a Witness To The Crime? | | | | Yes |
| Can a Suspect Be Named Or Identified? | | Yes | By Whom? | |
| Can a Suspect Vehicle Be Identified? | | Yes | By Whom? | |

### Code Section Classification:

| Offense | Code Section |
|---|---|
| EVADE PEACE OFFICER WITH WANTON DISREGARD FOR SAFETY | 2800.2(A) |
| Completed | Yes |
| Offense | Code Section |
| VIOLATION PAROLE:FELONY | 3056 |
| Completed | Yes |

### Records Section

| Reporting Officer: | 1486-Park, Henry Sang | |
|---|---|---|
| 115 Qualified: | Yes | |
| DOJ/NCIC Entered? | | Name/ID |
| DOJ/NCIC Cancelled? | | Name/ID |
| APR Sent? | | Name/ID |
| APB Sent? | | Name/ID |

### Public Narrative

### Supervisor Approving

| Approving Supervisor: | 1236 - Lomeli, Trinidad C |
|---|---|

*DISTRICT ATTORNEY COPY*

LOPEZ 1 (CITY) 0055



# Riverside Police Department
## Case Report

File Number: 210002558

| Date Reviewed: | 1/29/2021 12:00:00 AM |
|---|---|

### Arrestee Information

| Code: | S-1 | Name: | Lopez, Xavier Daniel | | Age: | 29 |
|---|---|---|---|---|---|---|
| Sex: | Male | Race: | Hispanic | DOB: | | 6/30/1991 |
| Height: | 6' 3" | | | Weight: | | 210 |
| Hair: | Brown | | | Eyes: | | Black |
| Interviewed? | No | Parole? | Yes | Probation? | | No |
| Parole Agent: | | | | Probation Officer: | | |
| DOC # | | | | CII Number: | | |
| PRCS? | | | | Arrest No: | | 210002558 |
| State Number: | | | | | | |
| Attire: | | | | | | |
| Employer/School | | | | Occupation/Grade | | |
| Notes: | | | | | | |

### Arrestee Aliases

| |
|---|
| |

### Arrestee Domestic Violence (if applicable) Information:

| Emotional State | Appearance | Injuries | Sobriety/Drug |
|---|---|---|---|
| | | | |

### Arrestee Scars, Marks and Tattoos

| Scar, Mark, Tattoo | Scar, Mark, Tattoo Location | Description |
|---|---|---|

### Arrestee Driver's License Information:

| Driver's License Number: | - |
|---|---|
| Driver's License State: | Driver's License Country: |



# Riverside Police Department
## Case Report

File Number: 210002558

**Arrestee Vehicle Information:**

| Make | Model | Year | Color | License No. |
|---|---|---|---|---|

**Arrestee Addresses:**

| Address Type | Address | City, State ZIP | County |
|---|---|---|---|
| Home | 25337 Gentian Ave | Moreno Valley, CA  92551 | Riverside |

**Arrestee Phones:**

| Phone Type | Phone Number |
|---|---|

| Witness Information | | | | | |
|---|---|---|---|---|---|
| Code: | W-1 | Name: | Garcia, Marisol | | |
| Sex: | Female | Race: | Hispanic | DOB: | 4/7/1976 |
| Height: | | | Weight: | | |
| Hair: | | | Eyes: | | |
| Attire: | | | | | |
| Employer/School | | | Occupation/Grade | | |
| Notes: | | | | | |

**Witness Addresses:**

| Address Type | Address | City, State ZIP | County |
|---|---|---|---|
| Home | 9505 Arlington Ave #57 | Riverside, CA | Riverside |

**Witness Phones:**

| Phone Type | Phone Number |
|---|---|

| Witness Information | | | | | |
|---|---|---|---|---|---|
| Code: | W-2 | Name: | Gonzalez, Monica | | |
| Sex: | Female | Race: | Hispanic | DOB: | 4/27/1995 |
| Height: | 5' 6" | | Weight: | 145 | |
| Hair: | Black | | Eyes: | Brown | |
| Attire: | | | | | |
| Employer/School | | | Occupation/Grade | | |
| Notes: | | | | | |

**Witness Addresses:**



# Riverside Police Department
## Case Report

File Number: 210002558

| Address Type | Address | City, State ZIP | County |
|---|---|---|---|
| Home | 14469 Chantry | Moreno Valley, CA | Riverside |

**Witness Phones:**

| Phone Type | Phone Number |
|---|---|
| Mobile | (714) 984-9503 |

### Evidence Information

| | | | |
|---|---|---|---|
| **Physical Evidence Present?** | Yes | Physical Evidence Seized? | |
| Photographs Taken? | | Photographer? | |
| Weapon Seized? | | Weapon(s) Taken For Safety? | Gang Related? |
| Fingerprint Search Made? | | Fingerprints Obtained? | Sensitive Data? |
| Narcotics Seized? | | Narcotics Field Tested? | Audio Recording Available? |
| Car Recording Available? | | Body Worn Camera Recording Available? | |
| Type of Weapon, Force, Or Device Used? | | | |
| Motive: | | | |

### Property Information

### Addendums (if applicable)

### Narrative

1   BACKGROUND:
2   01/19/21 at about 0531 hours, Officer Prado attempted to conduct an enforcement stop on a silver
3   Chrysler Sebring (CA license plate 8TIB315) in the area of Adams and California, in the City and County of
4   Riverside. When the Chrysler Sebring failed to yield, a vehicle pursuit ensued. When the Chrysler
5   Sebring entered the freeway going the wrong direction at the 91 freeway/Adams, Officer Prado
6   terminated the pursuit. Through his investigation, Officer Prado positively identified the driver of the
7   vehicle as Xavier Lopez (S/Lopez) with a date of birth of 06/30/91. Officer Prado learned S/Lopez had an
8   active felony warrant for a parole violation. See Officer Prado's report for details under Riverside Police
9   file #210001775.

10   Following the incident, Officer Prado contacted the Riverside Police Department's METRO Team to assist
11   with locating and arresting S/Lopez for a probable cause want for 2800.2 CVC and his active felony
12   warrant for 3056 PC. METRO Officer Wright took over the investigation.



# Riverside Police Department
## Case Report

File Number: 210002558

13  On 01/21/21 at about 1730 hours, METRO Officers conducted a surveillance operation at 13218 Day St.
14  #103, Moreno Valley in an attempt to locate and arrest S/Lopez. Officer Wright briefed METRO
15  personnel on the background of the case, and provided S/Lopez's photograph and description, location
16  of the operation, and arrest plan. Officer Wilder and I were designated as Officer Wright's partners, and
17  were assigned to an unmarked Dodge van and were primarily responsible to be the arrest team in the
18  event S/Lopez was seen on foot and out in the open.

19  During the operation, Officer Wright contacted the mother of S/Lopez's daughter (Carina Avila) via
20  telephone. I was in the vehicle when Officer Wright was speaking to Avila. Based on the conversation, I
21  learned S/Lopez and Avila are no longer in a dating relationship and have a child together. Avila told
22  Officer Wright that she last saw S/Lopez during the weekend of January 16-17 at her residence. Avila
23  said S/Lopez showed up to see his daughter and was upset with her. Avila also said S/Lopez was waving
24  around a gun and acting incoherent. I heard her tell Officer Wright that S/Lopez has been using
25  methamphetamine heavily recently and that she was scared to let their daughter leave with him during
26  his time for visitation. Avila also said that she believed S/Lopez was still driving the silver Chrysler
27  Sebring and she provided S/Lopez's cellular phone number to Officer Wright.

28  On the evening of 01/21/21, METRO Officers checked several addresses related to S/Lopez but did not
29  see him or his vehicle. The surveillance operation concluded around 2100 hours.

30  NARRATIVE:

31  On 01/26/21 at approximately 1520 hours, I was assigned to the Riverside Police Department's METRO
32  Team. On the above date and time, Officer Wright briefed METRO personnel on an operational plan to
33  arrest S/Lopez for an active felony warrant for 3056 PC and a probable cause want for 2800.2 CVC.
34  During the brief, Officer Wright provided S/Lopez's photograph and description, location of the
35  operation, and arrest plan.

36  At approximately 1529 hours, we set-up surveillance around 4610 Tomlinson Ave., in the City and
37  County of Riverside. I was assigned to assist on surveillance and also as the primary arrest team along
38  with Officers Wright and Wilder in an unmarked grey Dodge van. The arrest team in the van was
39  equipped with less lethal options (40mm and taser) in the event a situation arose where a less lethal
40  force option was needed. The primary arrest team also discussed roles and responsibilities prior to and
41  during the surveillance. The primary arrest plan was to arrest S/Lopez on foot and out in the open after
42  he exited the vehicle he arrived in.

43  During the surveillance, we observed S/Lopez's silver Chrysler Sebring drive past us northbound on
44  Tomlinson Ave. The vehicle continued through Cook Ave. and parked on the east side of the street,
45  across from 4610 Tomlinson Ave. At this time, I observed a male driver exiting the driver seat of the
46  Chrysler Sebring. I also heard Officer Monreal communicate that the driver of the vehicle was S/Lopez
47  and he was wearing a mask and trench coat.

48  As S/Lopez crossed the street on foot, we drove up to the residence and parked just short of the
49  driveway at 4610 Tomlinson Ave. At this time, S/Lopez was on the west side of the street, on the
50  driver's side of our vehicle and he was facing us. As I began to exit the front passenger seat of the van, I
51  heard Officer Wright call S/Lopez by name, identify himself as the police and tell S/Lopez to take his
52  hands out of his pockets.

| Date Printed: | Case Report Number: | Page: | Ver. |
|---|---|---|---|
| 2/22/2021 1:17 PM | 210002558-001 | 5 of 6 | 1.3 |

LOPEZ 1 (CITY) 0059



# Riverside Police Department
## Case Report

File Number:
210002558

53  I stepped out of the van and began to run around the front of the vehicle, when I saw S/Lopez reach into
54  the inside breast area of his left jacket with his right hand. I could hear verbal commands being given for
55  S/Lopez to put his hands up and to not move. At the point, I could see Officer Wright standing about 3-5
56  feet away from S/Lopez's right shoulder. Officer Monreal was standing off to my right, slightly in front
57  of me. I yelled out commands "Don't move," then heard two gunshots and saw S/Lopez fall to the
58  ground.

59  We continued to give verbal commands to S/Lopez to not move as we formulated a plan to take S/Lopez
60  into custody. Once the plan was formulated, I covered Officer Monreal and Officer Wilder as they took
61  control of his hands and took him into custody.

62  Once in custody, I assisted Officer Macias, who had contacted a female in a black Chrysler 300 (Marisol
63  Garcia) and was watching the Chrysler Sebring. I contacted Marisol Garcia, who identified herself to me
64  as S/Lopez's mother. I had her step out of the Chrysler 300 and had a brief conversation with her.
65  Garcia asked me if someone had been shot. I responded by telling her that her son had been shot
66  because he reached for a gun. Garcia told me she knew he had a gun because S/Lopez told her that he
67  recently obtained one.

68  Officer Macias also told me that the Chrysler Sebring had not been physically cleared and it was
69  unknown if someone was still inside. Officer Macias and I cleared the Chrysler and I saw a female
70  (Monica Gonzalez) sitting in the front passenger seat. Officer Macias contacted Gonzalez and took a
71  statement from her. Patrol personnel responded to the scene, assisted with the crime scene and took
72  custody of Garcia.

73  After medical aid responded and transported S/Lopez to Riverside Community Hospital, I assisted with
74  preserving the crime scene. Officer Monreal called me over to the driveway of 4610 Tomlinson Ave. and
75  asked me to render safe the firearm that was found on S/Lopez. Using latex gloves, I picked up the
76  firearm off the trunk of a black Hyundai Sedan, removed a loaded magazine and extracted a live 9mm
77  round from the chamber. I set the firearm back on the trunk of the vehicle.

78  I remained at the crime scene until approximately 1920 hours, when I was directed to go to Magnolia
79  Station and download my department issued body worn camera.

80

| Date Printed: | Case Report Number: | Page: | Ver. |
|---|---|---|---|
| 2/22/2021 1:17 PM | 210002558-001 | 6 of 6 | 1.3 |