# "EXHIBIT H"



# Riverside Police Department
# Case Report

File Number: 210001775

## Administrative Information

| | |
|---|---|
| Subject: | CVC 2800.2 - Felony Evading |
| Occurred On (Date and Time) | 1/19/2021 5:30:00 AM |
| Occurred Day: | Tuesday |
| Or Between (Date and Time) | |
| Location Of Occurrence: | Adams St / California Ave RIVERSIDE |
| Date/Time Reported: | 1/19/2021 5:30:56 AM |
| Date Of Report: | 1/19/2021 9:47:23 PM |
| Type Of Premises: | |

| NPC: | CENTRAL | RD: | PF11 | Beat: | 4 |
|---|---|---|---|---|---|

| Was There a Witness To The Crime? | | | | No |
|---|---|---|---|---|
| Can a Suspect Be Named Or Identified? | Yes | By Whom? | myself | |
| Can a Suspect Vehicle Be Identified? | Yes | By Whom? | myself | |

## Code Section Classification:

| Offense | Code Section |
|---|---|
| EVADE PEACE OFFICER WITH WANTON DISREGARD FOR SAFETY | 2800.2(A) |
| Completed | Yes |

## Records Section

| | |
|---|---|
| Reporting Officer: | 1820 - Prado, Moses J |
| 115 Qualified: | Yes |

| | | Name/ID | |
|---|---|---|---|
| DOJ/NCIC Entered? | | Name/ID | |
| DOJ/NCIC Cancelled? | | Name/ID | |
| APR Sent? | | Name/ID | |
| APB Sent? | | Name/ID | |

## Public Narrative

On Tuesday, January 19th, 2021, I was working uniformed patrol for the Riverside Police Department (RPD), driving a marked police unit (Unit #3848), in the City of Riverside. At approximately 0530 hours, I attempted to conduct a traffic enforcement stop. The vehicle fled and pursuit ensued. The suspect eluded arrest. See narrative for details.

## Supervisor Approving

| | |
|---|---|
| Approving Supervisor: | 1317 - Meier, Eric A |
| Date Reviewed: | 1/20/2021 12:00:00 AM |

| Date Printed: | Case Report Number: | Page: | Ver. |
|---|---|---|---|
| 10/17/2023 9:53 AM | 210001775-001 | 1 of 5 | 1.3.3 |

LOPEZ 1 (CITY) 4227



# Riverside Police Department
# Case Report

File Number: 210001775

| Victim Information |
|---|
| **PURSUANT TO CALIFORNIA PENAL CODE SECTION 293(a)/CONFIDENTIAL FORM(s) ATTACHED?:** |

| Code: | V | Name: | |
|---|---|---|---|
| Victim Type: | Society/Public | Will the victim prosecute? | Yes |
| Sex: | | Race: | | DOB: | |
| Height: | | | Weight: | |
| Hair: | | | Eyes: | |
| Attire: | | | | |
| Employer/School | | | Occupation/Grade | |
| Notes: | | | | |

**Victim Aliases**

**Victim Scars, Marks and Tattoos**

| Scar, Mark, Tattoo | Scar, Mark, Tattoo Location | Description |
|---|---|---|

**Victim Vehicle Information:**

| Make | Model | Year | Color | License No. |
|---|---|---|---|---|

**Victim Domestic Violence (if applicable) Information**:

| Emotional State | Appearance | Injuries | Sobriety/Drug |
|---|---|---|---|
| | | | |
| Victim Advised of Citizen's Arrest Rights? | | | |
| Victim Given "Alternatives To Domestic Violence" Card? | | | |
| Victim Given Department Phone Number? | | | |
| Victim Advised Of Public Record/Privacy, 293(a) PC? | | | |

**Victim Injuries:**

| Injuries: | |
|---|---|
| If Treated For Injuries, By Whom? | |
| If Hospitalized, Where? | |
| Date/Time: | |
| Nature of Injuries: | |



# Riverside Police Department
# Case Report

File Number: 210001775

| Injury Weapons: | |
|---|---|

**Victim Addresses**:

| Address Type | Address | City, State ZIP | County |
|---|---|---|---|

**Victim Phones**:

| Phone Type | Phone Number |
|---|---|

## Suspect Information

| Code: | S | Name: | Lopez, Xavier | | Age: | 29 |
|---|---|---|---|---|---|---|
| Sex: | Male | Race: | Hispanic | DOB: | | 6/30/1991 |
| Height: | | 6' 3" | | Weight: | | 210 |
| Hair: | | Brown | | Eyes: | | Brown |
| Interviewed? | No | | Parole? | Yes | Probation? | No |
| Parole Agent: | | | Probation Officer: | | | |
| CDC # | | BK4604 | | CII Number: | | |
| Attire: | | | | | | |
| Employer/School | | | Occupation/Grade | | | |
| Notes: | | | | | | |

**Suspect Aliases**

**Suspect Scars, Marks and Tattoos**

| Scar, Mark, Tattoo | Scar, Mark, Tattoo Location | Description |
|---|---|---|

**Suspect Domestic Violence (if applicable) Information**:

| Emotional State | Appearance | Injuries | Sobriety/Drug |
|---|---|---|---|
| | | | |

**Suspect Driver's License Information:**

| Driver's License Number: | E1064335 | | |
|---|---|---|---|
| Driver's License State: | California | Driver's License Country: | United States of America |

**Suspect Vehicle Information:**

| Make | Model | Year | Color | License No. |
|---|---|---|---|---|

| Date Printed: | Case Report Number: | Page: | Ver. |
|---|---|---|---|
| 10/17/2023 9:53 AM | 210001775-001 | **3** of **5** | **1.3.3** |

LOPEZ 1 (CITY) 4229



# Riverside Police Department
# Case Report

File Number: 210001775

**Suspect Addresses**:

| Address Type | Address | City, State ZIP | County |
|---|---|---|---|
| Home | 25337 Gentian Ave | Moreno Valley, CA  92551 | |

**Suspect Phones**:

| Phone Type | Phone Number |
|---|---|
| | |

| Evidence Information | | | | | |
|---|---|---|---|---|---|
| **Physical Evidence Present?** | | No | Physical Evidence Seized? | | No |
| Photographs Taken? | | No | Photographer? | | |
| Weapon Seized? | No | Weapon(s) Taken For Safety? | No | Gang Related? | No |
| Fingerprint Search Made? | No | Fingerprints Obtained? | No | Sensitive Data? | No |
| Narcotics Seized? | No | Narcotics Field Tested? | No | Audio Recording Available? | No |
| In Car Recording Available? | | Yes | Body Worn Camera Recording Available? | | No |
| Type of Weapon, Force, Or Device Used? | | n/a | | | |
| Motive: | | | | | |

| Property Information |
|---|
| **Addendums (if applicable)** |

| Narrative |
|---|

1 **Assisting Personnel:**
2 Sergeant E. Meier – Supervision
3 
4 **Pursuit Information:**
5 Unit #3848
6 Distance: 1.6 miles
7 
8 **Narrative:**
9 On Tuesday, January 19th, 2021, I was working uniformed patrol for the Riverside Police Department
10 (RPD), driving a marked police unit (Unit #3848), in the City of Riverside. At approximately 0530 hours,



# Riverside Police Department
# Case Report

File Number: 210001775

| | |
|---|---|
| 11 | I was driving Northbound on Adams Street in the number two lane approaching Arlington Avenue and |
| 12 | saw a Hispanic male adult, later identified as S/Xavier Lopez.  S/Lopez was leaning into the passenger |
| 13 | side of a Nissan Sentra (CA License #EG422DP) that was occupied by two unknown occupants parked at |
| 14 | the 76 gas station located at 6020 Arlington Avenue.  I drove into the parking lot at which point S/Lopez |
| 15 | stood up, looked at me, then entered a silver Chrysler Sebring two door CA License #8TIB315.  The |
| 16 | vehicle had a dark film on the front side of the windows (CVC 26708). |
| 17 | |
| 18 | I positioned my vehicle behind S/Lopez's vehicle to initiate a traffic enforcement stop.  I activated my |
| 19 | lights and sirens with a forward facing red light at Adams Street and California Avenue.  (The lights and |
| 20 | sirens were checked prior to my shift and were in working order).  The vehicle failed to yield and |
| 21 | continued driving southbound on Adams Street at the speed limit.  As S/Lopez approached Briarwood |
| 22 | Drive, he accelerated to about 60 miles per hour (CVC22350) and traversed to the wrong side of the |
| 23 | roadway on Adams Street in violation of CVC 21651(b). I continued in the southbound lanes of traffic. |
| 24 | |
| 25 | S/Lopez entered the westbound 91 freeway off-ramp and continued against traffic on the wrong side of |
| 26 | the road (CVC 21651(b)) with total disregard for the public's safety (CVC 2800.2).  I did not continue the |
| 27 | vehicle pursuit at this point and maintained visual of S/Lopez.  S/Lopez continued onto the 91 freeway |
| 28 | westbound lanes and ultimately made an illegal U-turn (CVC 21801)  between Adams Street and |
| 29 | Madison Street.  Due to the heavy traffic on the freeway, I lost visual of S/Lopez at which time the pursuit |
| 30 | was terminated. |
| 31 | |
| 32 | **Investigation:** |
| 33 | A records check on the vehicle returned with the registered owner of "Xavier Lopez."  Using law |
| 34 | enforcement databases, I identified the subject I saw enter the suspect's vehicle at the gas station as |
| 35 | S/Xavier Lopez with a date of birth of 06/30/1991. |
| 36 | |
| 37 | S/Lopez was also arrested in the same vehicle on 09-21-20 by Riverside PD Officer Solano. |
| 38 | |
| 39 | A records check on S/Lopez revealed he had an active felony warrant for his arrest for a parole violation |
| 40 | (BPR2001853). |
| 41 | |
| 42 | An area check was conducted for S/Lopez's vehicle at known addresses located at 1020 Iowa Avenue in |
| 43 | the City of Riverside and 25337 Gentian Avenue in the City of Moreno Valley.  S/Lopez was not located |
| 44 | and arrested at the time of this report. |
| 45 | |
| 46 | Sergeant E. Meier was notified of the incident. |
| 47 | |

LOPEZ 1 (CITY) 4231

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**ALLIED AGENCY PURSUIT REPORT**
CHP 187A (Rev. 5-16) OPI 033

SUPERVISOR'S INITIALS: EM

VEHICLE PURSUIT NUMBER (For your agency's use only, if applicable): 210001775

*ALL MOTOR VEHICLE PURSUIT DATA SHALL BE SUBMITTED NO LATER THAN 30 DAYS AFTER PURSUIT. SEE PAGE TWO FOR DETAILED INSTRUCTIONS.*

## SECTION I - Mandatory for all California Law Enforcement Agencies involved in vehicle pursuit.

1. AGENCY NCIC: 3 3 1 3
2. AGENCY NAME: Riverside Police Department
3. DATE VEHICLE PURSUIT WAS INITIATED: 01-19-2021
4. TIME VEHICLE PURSUIT WAS INITIATED: 0545
5. PURSUED VEHICLE LICENSE PLATE NUMBER: 8TIB315
6. STATE: CA
7. VIN NUMBER: 1C3EL55R05N705526
8. TIME YOUR AGENCY BECAME INVOLVED IN VEHICLE PURSUIT: 0545
9. VEHICLE TYPE: ☒ Passenger Vehicle (Car, SUV, Mini-Van)
10. TOTAL TIME YOUR AGENCY WAS INVOLVED VEHICLE PURSUIT (Minutes): 3
11. TOTAL DISTANCE YOUR AGENCY WAS INVOLVED IN VEHICLE PURSUIT (Miles): 2
12. COUNTY WHERE YOUR AREA INVOLVEMENT BEGAN: Riverside
13. AGENCY INITIATING VEHICLE PURSUIT: Riverside Police Department
14. DID YOUR AGENCY TURN THE PURSUIT OVER? ☒ No
15. DID YOUR AGENCY CONCLUDE VEHICLE PURSUIT? ☒ Yes (complete SECTION II)
16. LIST I.D. NUMBERS OF YOUR AGENCY'S OFFICERS INVOLVED IN VEHICLE PURSUIT: 1820
17. HIGHEST NUMBER OF INVOLVED UNITS AT ONE TIME IN YOUR AREA: Ground: 1, Air: 0
18. WEATHER: ☒ Clear
19. MAXIMUM SPEEDS ATTAINED: Freeway: 0, Surface Streets: 60
20. ATTEMPTED FORCIBLE STOP(S): Spike Strip: 0, PIT: 0, Other Ramming: 0, Boxed In: 0, Remote Engine Disabler: 0, Other: 0
21. COLLISIONS: Fatal: 0, Injury: 0, Property Damage Only: 0
22. ORIGINAL VIOLATION OBSERVED BY AGENCY INITIATING THE VEHICLE PURSUIT: Section & Code: 26708 CVC  ☒ Infraction

## SECTION II - Complete only if your agency brought vehicle pursuit to conclusion (includes aborting of pursuit).

23. WERE INJURIES INCURRED AS A RESULT OF A COLLISION? ☒ No
24. WERE INJURIES INCURRED AFTER THE VEHICLE PURSUIT? ☒ No

| | Police Officer(s) | Suspect Driver | Suspect Passenger(s) | Uninvolved 3rd Party | | Police Officer(s) | Suspect Driver | Self-Inflicted | Suspect Passenger(s) | Self-Inflicted | Uninvolved 3rd Party |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fatal Injury | 0 | 0 | 0 | 0 | Fatal Injury | 0 | 0 | 0 | 0 | 0 | 0 |
| Severe Injury | 0 | 0 | 0 | 0 | Severe Injury | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Visible Injury | 0 | 0 | 0 | 0 | Other Visible Injury | 0 | 0 | 0 | 0 | 0 | 0 |
| Complaint of Injury | 0 | 0 | 0 | 0 | Complaint of Injury | 0 | 0 | 0 | 0 | 0 | 0 |

25. SUSPECT ☒ WAS NOT APPREHENDED. ☒ Pursuit aborted by law enforcement agency

26. VIOLATION(S) SUSPECT(S) CHARGED WITH UPON CONCLUSION OF VEHICLE PURSUIT:

| Section / Code | Felony | Misdemeanor | Infraction | BOL / Warrant / Wanted | Other |
|---|---|---|---|---|---|
| 2800.2 CVC | ☒ | | | | |
| 3056 PC | | | | ☒ | |

27. D.O.B. OF PERSON PURSUED: 06-30-91
28. GENDER: ☒ Male
29. DRIVING UNDER THE INFLUENCE? ☒ No
30. ETHNICITY: ☒ Hispanic

Destroy Previous Editions — *An Internationally Accredited Agency* — Chp187A_0516.pdf

LOPEZ 1 (CITY) 4239