# "EXHIBIT I"

1 Michael A. Hestrin
2 District Attorney
3 County of Riverside
4 3960 Orange Street, First Floor
5 Riverside, California 92501
6 Telephone: (951) 955-5400
7 Timothy Mulhere, SB# 251110

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JUN 0 9 2022

JUN 17 2022

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF RIVERSIDE

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER DANIEL LOPEZ <br><br> Defendant. | NO. RIF2100580 & RIF2001835 <br> **PEOPLE'S OPPOSITION TO MOTION TO DISMISS PRIOR STRIKE** <br> (Romero; PC § 1385 <br> Date: June 9, 2022 <br> Time: 8:30 a.m. <br> Dept: 64 |

TO: DEFENDANT XAVIER DANIEL LOPEZ, IN PROPRIA PERSONA; THE HONORABLE JUDGE JOHN D. MOLLOY; AND THE CLERK OF THE SUPERIOR COURT:

The People respectfully request the court deny the motion before this court to "strike a strike" under Penal Code Section 1385, *People v. Superior Court (Romero) (1996)* 130 Cal 4th 497. We put forth this memorandum of points and authorities in support of our motion and request the defendant be sentenced to the appropriate punishment by California's Three Strikes Law as a repeat offender.

//
//
//
//
//

MICHAEL HESTRIN
DISTRICT ATTORNEY
County of Riverside
4075 Main Street
Riverside, California

1

Xavier Daniel Lopez
October 25, 2023

Dft. Exhibit No. 6

## II. DEFENDANT'S KNOWN CRIMINAL HISTORY

Strike Prior: March 1, 2018

    The defendant's strike prior is a violation of Penal Code section 245(a)(2). He served three (3) years of state prison for that offense.

### Summary of Convictions:

| Date | Conviction | Sentence |
|---|---|---|
| 2/25/2013 | PC 459 2nd x'3<br>HS 11377 | 2 years CDCR |
| 6/10/2014 | VC 2800.2 | 16 months CDCR |
| 2/26/2015 | PC 496(d) | 16 months CDCR |
| 9/12/2016 | PC 666.5/VC 10851 | 2 years CDCR |
| 1/23/2018 | PC 666.5 x's 2<br>(RIF1702659 & RIF1703705 Consolidated) | 2 years CDCR |
| 3/1/2018 | PC 245(a)(2) | 3 years CDCR |
| 9/19/2019 | PC 21810<br>HS 11377 | 17(b)'d by Court/ Probation County Jail |
| 6/1/2020 | PC 666.5/VC 10851 | Active Case |
| 2/16/2021 | PC 417/29800/VC 2800.2 | Active Case |

    It's to be noted that between 2015 and 2021- defendant Xavier Lopez had 9 separate parole violations. The last of which that was issued on December 29, 2020, and of which the defendant was a parolee at large for when arrested for RIF2100580. (SEE ATTACHMENT A)