"EXHIBIT J"

```
 1             Videotaped deposition of Carina Avila, taken

 2    before Grace A. DiBernardo, Certified Shorthand Reporter

 3    No. 10322, for the State of California, with the principal

 4    office in the County of Orange, commencing on Monday,

 5    October 30, 2023, 11:38 a.m., at 3750 University Avenue,

 6    Suite 250, Riverside, California.

 7

 8    APPEARANCES OF COUNSEL:

 9    CO-COUNSEL FOR THE PLAINTIFF AND THE WITNESS:

10              LAW OFFICES OF DALE K. GALIPO
                21800 Burbank Boulevard
11              Suite 310
                Woodland Hills, California 91367
12              818.347.3333
                BY:  Marcel F. Sincich, Esq. (Via Zoom)
13              msincich@galipolaw.com

14
                LAW OFFICES OF GRECH & PACKER
15              7095 Indiana Avenue
                Suite 200
16              Riverside, California 92506
                951.682.9311
17              BY:  Trenton C. Packer, Esq.
                tpacker@grechpackerlaw.com
18

19
      FOR THE DEFENDANT CITY OF RIVERSIDE AND EVAN WRIGHT:
20
                OFFICE OF THE CITY ATTORNEY - RIVERSIDE
21              3750 University Avenue
                Suite 250
22              Riverside, California 92501
                951.826.5567
23              BY:  Debra K. Cook, Esq.
                dcook@riversideca.gov
24

25
```

```
            1    BY MS. COOK:
            2        Q    Do you remember when that was?
            3        A    No.  It was in January, but I can't -- I can't
            4    remember the exact date.
11:49       5        Q    Sure.  Was it close to the day of the shooting?
            6        A    I want to say it was a week later or two.
            7        Q    Later or before?
            8        A    After.
            9        Q    It was after the shooting?
11:49      10        A    Before the shooting.
           11        Q    So before the shooting on January 26, 2021, had
           12    Mr. Lopez ever entered your residence without your
           13    permission?
           14             MR. PACKER:  Objection; relevance.
11:50      15             THE WITNESS:  Yes.
           16    BY MS. COOK:
           17        Q    About how many times?
           18        A    I don't remember.
           19        Q    More than ten?
11:50      20             MR. PACKER:  Objection; relevance.
           21             THE WITNESS:  From before he -- in what time period
           22    exactly?
           23    BY MS. COOK:
           24        Q    Any time.
11:50      25        A    Any time?
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Q    (Counsel nods head up and down.)                        |
|       | 2  | A    I'm not sure.  I didn't count.                          |
|       | 3  | Q    Has Mr. Lopez ever taken your daughter without          |
|       | 4  | your permission?                                             |
| 11:50 | 5  | MR. PACKER:  Objection; relevance, improper character.       |
|       | 6  | THE WITNESS:  Yes.                                           |
|       | 7  | MR. PACKER:  Go ahead.                                       |
|       | 8  | THE WITNESS:  Yes, he has.                                   |
|       | 9  | BY MS. COOK:                                                 |
| 11:50 | 10 | Q    How many times?                                         |
|       | 11 | MR. PACKER:  Same objections.                                |
|       | 12 | THE WITNESS:  I want to say a handful of times.              |
|       | 13 | BY MS. COOK:                                                 |
|       | 14 | Q    Was -- did he know that he did not have your            |
| 11:50 | 15 | permission when he took her?                                 |
|       | 16 | MR. PACKER:  Objection; calls for speculation.               |
|       | 17 | THE WITNESS:  I'm -- yeah.                                   |
|       | 18 | BY MS. COOK:                                                 |
|       | 19 | Q    Did you ask him why he did that?                        |
| 11:51 | 20 | A    No.                                                     |
|       | 21 | Q    Do you recall a time in September of 2020 -- so         |
|       | 22 | this would have been about four months before the            |
|       | 23 | shooting -- when Mr. Lopez entered your home while you       |
|       | 24 | were not there and took ███████                              |
| 11:51 | 25 | MR. PACKER:  Objection; relevance, improper character.       |

```
             1        THE WITNESS:  I mean, I remember.
             2    BY MS. COOK:
             3        Q    Do you remember it was at like 1:00 in the
             4    morning?
11:51        5        A    I don't remember it was that late.
             6        Q    You remember it was nighttime?
             7        A    It was nighttime.  It was dark.
             8        Q    Did he enter your residence through an unlocked
             9    door?
11:51       10        MR. PACKER:  Objection; relevance --
            11        THE WITNESS:  I was not home.
            12        MR. PACKER:  Hold on.
            13             Objection; relevance, improper character.
            14             Go ahead.
11:51       15        THE WITNESS:  I was not home.
            16    BY MS. COOK:
            17        Q    Did he go into your daughter's bedroom and remove
            18    her from her bed?
            19        MR. PACKER:  Same objections.
11:51       20        THE WITNESS:  I wasn't home.  I can't tell you.  I did
            21    not witness him doing it.
            22    BY MS. COOK:
            23        Q    How did you find out he had done it?
            24        A    My mom.
11:52       25        Q    Do you know if he ever returned her back to the
```

Page 17

```
 1      A    I didn't.
 2      Q    Do you remember that the day after, Mr. Lopez
 3   returned to your house?
 4      A    I don't remember if it was the day after.
 5      Q    Okay.  And did he enter the house through, you
 6   know, an unlocked door?
 7           MR. PACKER:  Objection; relevance, improper character.
 8           Go ahead.
 9           THE WITNESS:  We don't lock our front door.
10   BY MS. COOK:
11      Q    Does Mr. Lopez believe that he's able to come and
12   go as he pleases?
13           MR. PACKER:  Objection; calls for speculation.
14           THE WITNESS:  He knows he's not supposed to be doing
15   that.
16   BY MS. COOK:
17      Q    Do you remember him coming into the house and you
18   told him to leave, and he refused?
19           MR. PACKER:  Same objections.
20           THE WITNESS:  What day?
21   BY MS. COOK:
22      Q    That was September 2020, about four months before
23   the incident.
24      A    I'm pretty sure I told him to leave.
25      Q    Did you threaten to call the police if he didn't
```

```
         1       MR. PACKER:  Go ahead.
         2       THE WITNESS:  Yes, she was.
         3   BY MS. COOK:
         4       Q    Does he normally have a gun?
12:07    5       MR. PACKER:  Objection; relevance.
         6       THE WITNESS:  I don't normally see him with a gun.
         7   BY MS. COOK:
         8       Q    Do you know if he had a gun on the day of the
         9   shooting?
12:07   10       MR. PACKER:  Objection; relevance, improper character.
        11       THE WITNESS:  I didn't -- I didn't see a gun.
        12   BY MS. COOK:
        13       Q    Okay.  How often did Mr. Lopez see his daughter
        14   in the year before the shooting?
12:08   15       A    I don't remember, honestly.
        16       Q    Do you know that he was in prison for a period of
        17   time?
        18       MR. PACKER:  Objection; relevance --
        19       THE WITNESS:  Yeah.
12:08   20       MR. PACKER:  -- improper character.
        21   BY MS. COOK:
        22       Q    Did you ever go to visit him in prison?
        23       A    I never visited him in prison or jail.
        24       Q    Did you allow ███ to go see him in prison?
12:08   25       A    No.
```

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | THE WITNESS: Not that I know of. He's never took me              |
|       | 2  | around any of his friends or anything.                           |
|       | 3  | BY MS. COOK:                                                     |
|       | 4  | Q  Did you ever know of him being known by the                   |
| 12:14 | 5  | nickname Sniper?                                                 |
|       | 6  | MR. PACKER: Same objections.                                     |
|       | 7  | THE WITNESS: No, not that I remember.                            |
|       | 8  | BY MS. COOK:                                                     |
|       | 9  | Q  Okay. So I want to go back to -- has there ever               |
| 12:14 | 10 | been a time when Mr. Lopez did property damage to your           |
|       | 11 | home or your neighborhood?                                       |
|       | 12 | MR. PACKER: Objection; relevance, improper character.            |
|       | 13 | THE WITNESS: Yes.                                                |
|       | 14 | BY MS. COOK:                                                     |
| 12:14 | 15 | Q  Okay. Before the shooting?                                    |
|       | 16 | A  Yes.                                                          |
|       | 17 | Q  Okay. What was the property damage?                           |
|       | 18 | MR. PACKER: Same objections.                                     |
|       | 19 | THE WITNESS: He -- he pushed my door open and broke              |
| 12:14 | 20 | the door frame.                                                  |
|       | 21 | BY MS. COOK:                                                     |
|       | 22 | Q  Do you know why he did that?                                  |
|       | 23 | MR. PACKER: Objection; calls for speculation,                    |
|       | 24 | relevance, improper character.                                   |
| 12:15 | 25 | THE WITNESS: That night, I did tell him -- well,                 |

12:15

1  earlier that day, I told him he was going to be able to
2  sleep over, but then we got in a fight.  I told him he
3  couldn't sleep over anymore and I guess he -- my door is
4  flimsy.  Okay?  So he pushed it a little too hard, and it
5  broke.
6  BY MS. COOK:
7      Q    He was mad because you changed your mind about --
8      A    I don't want to say he was mad.  He wasn't mad.
9      Q    It was an accident?
10     A    It was.  I think it was.  It was more that he was
11 bothered.  I never called the cops.
12     Q    Any other property damage you're aware of from
13 Mr. Lopez in your neighborhood or in your home?
14     MR. PACKER:  Objection; relevance, improper character.
15     THE WITNESS:  I don't talk to my neighbors or
16 anything.  So I wouldn't know about them.
17 BY MS. COOK:
18     Q    Have you ever seen Mr. Lopez on drugs?
19     MR. PACKER:  Objection; calls for speculation,
20 improper character, relevance.
21     THE WITNESS:  I mean, I've never seen him physically
22 do the drugs.  I mean, maybe he was on drugs, but I never
23 physically seen him do them.
24 BY MS. COOK:
25     Q    Do you know -- does he behave differently when

```
      1   than when he's not on drugs?
      2        MR. PACKER:  Objection; relevance, improper character.
      3        THE WITNESS:  I'm not sure.  I mean, Xavier has always
      4   been the same with me.
12:17 5   BY MS. COOK:
      6        Q    So you can't tell when he's on drugs?
      7        MR. PACKER:  Same objections.
      8        THE WITNESS:  Well, I don't see him do drugs.  So I
      9   don't know if he's on them or not.
12:17 10  BY MS. COOK:
      11       Q    Okay. Okay.  Do you remember on the 911 call
      12  that we listened to that you had stated, "Do you know if
      13  he has been drinking today or on any drugs," and your
      14  answer was, "I have a -- yes, I know he is -- for a fact,
12:18 15  he's on drugs.  I don't know if he's been drinking.  I
      16  haven't talked to him.  My daughter hasn't been wanting to
      17  go with him.  There's police reports of her not wanting to
      18  go with him."
      19            Do you remember that?
12:18 20       A    Yes.
      21       Q    Then the question from the 911 operator was, "But
      22  when you saw him just now, he seemed like he was high or
      23  no?"  Answer, "Yes."
      24            Okay.  So you seemed to know he was on drugs on
12:18 25  that -- at that time when you made the call?
```

```
        1          THE WITNESS:  I don't remember.
        2      BY MS. COOK:
        3      Q   Do you remember on January 26th that you told
        4   officers that Xavier Lopez was harassing you?
12:48   5          MR. PACKER:  Objection; relevance.
        6          THE WITNESS:  I don't remember, but I probably did.
        7      BY MS. COOK:
        8      Q   Was he harassing you?
        9      A   I don't remember.  I want to say yes, but I don't
12:49  10   remember.
       11      Q   Do you remember telling the officers that he's
       12   just so tweaked out?
       13          MR. PACKER:  Objection; relevance, improper character.
       14          THE WITNESS:  I don't remember.
12:49  15      BY MS. COOK:
       16      Q   Do you know what it means to be tweaked out?
       17      A   On meth.
       18      Q   Is that what that means?
       19      A   I think so.
12:49  20      Q   Do you remember saying that he confused you and
       21   your boyfriend so much that you just ended up laughing at
       22   him?
       23          MR. PACKER:  Objection; relevance.
       24          THE WITNESS:  I didn't say he confused me and my
12:49  25   boyfriend.  He confused my boyfriend and Jesse.
```

Page 53

```
       1    BY MS. COOK:
       2      Q    Do you remember telling the officers that it
       3    didn't make any sense what Mr. Lopez was saying to you?
       4         MR. PACKER:  Objection; vague as to time, relevance.
12:50  5         THE WITNESS:  As in what was he telling me?  I don't
       6    understand.
       7    BY MS. COOK:
       8      Q    Okay.  You don't remember saying anything like
       9    that?
12:50  10     A    (Witness shakes head from side to side.)
       11     Q    Do you remember telling the officers in their
       12   investigation after the shooting that Xavier's been
       13   watching you?
       14        MR. PACKER:  Objection; relevance, improper character.
12:50  15        THE WITNESS:  Yes.
       16   BY MS. COOK:
       17     Q    How do you know that he was watching you?
       18        MR. PACKER:  Objection; relevance, speculation,
       19   improper character.
12:50  20        THE WITNESS:  Specifically what day?
       21   BY MS. COOK:
       22     Q    I just want to know what you meant when you told
       23   officers that, "He's been watching me.  I know he's been
       24   watching me."
12:50  25        MR. PACKER:  Same objections.
```

| | | |
|---|---|---|
| | 1 | THE WITNESS: The day that he came in my house, that |
| | 2 | was the only day I felt that he was watching me. |
| | 3 | BY MS. COOK: |
| | 4 | Q    Do you remember that that -- the week before, |
| 12:51 | 5 | rather, the shooting that he made you scared for your life |
| | 6 | and that you thought you were going to die? |
| | 7 | MR. PACKER: Objection; relevance, improper character, |
| | 8 | asked and answered. |
| | 9 | THE WITNESS: The day he came into my house with a |
| 12:51 | 10 | gun? |
| | 11 | BY MS. COOK: |
| | 12 | Q    Yes. |
| | 13 | A    Yes. |
| | 14 | Q    Did he tell you that if he can't be with you, no |
| 12:51 | 15 | one is going to be with you? |
| | 16 | MR. PACKER: Objection; relevance, improper character. |
| | 17 | THE WITNESS: Yes, he did. |
| | 18 | BY MS. COOK: |
| | 19 | Q    Did you think he might end up killing you? |
| 12:51 | 20 | MR. PACKER: Same objection. |
| | 21 | THE WITNESS: I don't know. |
| | 22 | BY MS. COOK: |
| | 23 | Q    Okay. Did you ever tell -- well, let's keep it |
| | 24 | to on the day of the shooting when the officers were |
| 12:51 | 25 | investigating. Did you mention to the officers that |

```
 1                         CERTIFICATE

 2                             OF

 3                  CERTIFIED SHORTHAND REPORTER

 4                     *    *    *    *

 5

 6          The undersigned Certified Shorthand Reporter

 7   of the State of California does hereby certify:

 8          That the foregoing Deposition was taken before

 9   me at the time and place therein set forth, at which time

10   the Witness was duly sworn by me.

11          That the testimony of the Witness and all

12   objections made at the time of the Deposition were

13   recorded stenographically by me and were thereafter

14   transcribed, said transcript being a true and correct copy

15   of the proceedings thereof, and that a review of the

16   original transcript was requested.

17          That the dismantling of the original transcript

18   will void the reporter's certificate.

19          I further declare that I have no interest in

20   the outcome of the action.

21          In witness whereof, I have subscribed my name,

22   this date:  November 13, 2023    .

23

24                        _____
25                        Grace A. DiBernardo, CSR No. 10322
```