# "EXHIBIT K"



# Riverside Police Department
## Officer Report

File Number: 210002558-003

### Administrative Information

| | |
|---|---|
| Subject: | OIS - OFFICER INVOLVED SHOOTING |
| Date(s) and Time(s) of Occurrence Or Between: | // |
| Location Of Occurrence: | 4610 Tomlinson Ave RIVERSIDE |
| Date/Time Reported: | 1/26/2021 3:29:03 PM |
| Day: | |
| Date Of Report: | 1/26/2021 7:39:05 PM |
| Type Of Premises: | |
| NPC: | |
| RD: | |
| PJ09 | |
| Beat: | |

Was There a Witness To The Crime?

| Can a Suspect Be Named Or Identified? | | By Whom? | |
|---|---|---|---|
| Can a Suspect Vehicle Be Identified? | | By Whom? | |

### Code Section Classification:

### Records Section

| Reporting Officer: | 1862-Vasquez, Jose |
|---|---|
| 115 Qualified: | Yes |
| Send Copies Of This Report To: | |
| DOJ/NCIC Entered? | Name/ID |
| DOJ/NCIC Cancelled? | Name/ID |
| APR Sent? | Name/ID |
| APB Sent? | Name/ID |

### Public Narrative

Responded to the area reference an officer involved shooting. Refer to narrative for details.

### Supervisor Approving

| Approving Supervisor: | 1318 - Hill, Darrell R |
|---|---|
| Date Reviewed: | 1/26/2021 12:00:00 AM |

### Other Entities

| Name: | Marisol, Garcia | | |
|---|---|---|---|
| Entity Type: | Other (Person) | Code: | O1 |

| Date Printed: | Case Report Number: | Page: | Ver. |
|---|---|---|---|

"DISTRIBUTED ATTORNEY COPY" watermark across page



**Riverside Police Department**
**Officer Report**

File Number:
210002558-003

10  broadcasted "Shots fired" at 4610 Tomlinson Avenue located in the City and County of
11  Riverside.
12
13  While en route to the scene, I was assigned to block traffic at the intersection of Tomlinson
14  Avenue and Cook Avenue. I arrived on scene, blocked the intersection and contacted O1/Garcia,
15  Marisol who was standing in the street near her parked vehicle.
16
17  The following is a summary of her statement:
18
19  O1/Garcia (mother of S1) stated S1 called her at approximately 1530 hours today (01/26/2021)
20  and stated he was going to be picking up his daughter who resides at 4610 Tomlinson Avenue.
21  O1/Garcia said she came to the residence due to ongoing arguments between S1 and the mother
22  of his daughter. As O1/Garcia arrived and traveled north on Tomlinson Avenue from Cook
23  Avenue she saw S1 crossing the street towards 4610 Tomlinson Avenue.
24
25  As O1/Garcia was approaching the residence the Riverside Police Department Metro Team
26  parked alongside her driver side door (left side of O1's vehicle) and exited their vehicle.
27  O1/Garcia said she immediately knew they were police officers due to their "Police" patches and
28  police vest. O1/Garcia stated she was immediately contacted by officer's and instructed to place
29  her hands on the steering wheel of her vehicle. As O1/Garcia was being contacted by the police
30  officers she heard two "popping" noises which she believed to be shots. O1/Garcia was
31  immediately escorted to the back of her vehicle where I contacted her approximately one minute
32  later. O1/Garcia stated she did not see the shooting.
33
34  I asked O1/Garcia if she believed her son was armed and she stated it is not unlikely for her son
35  to be armed with a firearm. O1/Garcia said she has never personally seen her son with a firearm
36  but S1 commonly tells her that he is armed and is "messing up." O1/Garcia said she would not
37  be surprised if her son was armed due to S1 being involved with gangs since he was sixteen
38  years old.
39
40  O1/Garcia remained on scene until I transported her to the Riverside Police Department
41  Magnolia Station. Upon arrival, O1/Garcia was contacted by Detective K. Beler for further
42  investigation. O1/Garcia remained with Detective K. Beler and I cleared the investigation.
43
44  No further information.
45

| Date Printed: | Case Report Number: | Page: | Ver. |
|---|---|---|---|
| 2/22/2021 1:24 PM | 210002558-003 | 3 of 3 | 1.2 |

LOPEZ 1 (CITY) 0109