"EXHIBIT L"

# INTERVIEW WITH MARISOL GARCIA

DAR2021-026-003

January 26, 2021

Riverside County District Attorney's Office – Force Investigation Team

**CAMPOS=Sr. Investigator James Campos**

**ONTKO-Detective Josh Ontko**

**GARCIA=Marisol Garcia**

CAMPOS:     Alright, today is Tuesday, January 26, 2021.  It's 2156 hours.  Investigator Campos here with Investigator Ontko, Riverside PD speaking with Marisol. Hey Marisol.  I appreciate you sticking around being patient, OK.

GARCIA:     Mm-hmm.

CAMPOS:     It's obviously, it's a long night for all of us, um, I just wanted to go over, uh, some information with you, OK.

GARCIA:     Mm-hmm.

CAMPOS:     You OK right now?

GARCIA:     Yeah.

CAMPOS:     OK.  And I know I got your name earlier.  So, it's Marisol Garcia, right?

GARCIA:     Correct.

CAMPOS:     OK.  And you are the mother to-

GARCIA:     Xavier.

CAMPOS:     OK, and Xavier is the person who was involved in the incident tonight, correct?

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

| | | |
|---|---|---|
| 1 | GARCIA: | Yes. |
| 2 | | |
| 3 | CAMPOS: | OK. How old is Xavier? |
| 4 | | |
| 5 | GARCIA: | Um, he was born in '91. He's 29, 30. |
| 6 | | |
| 7 | CAMPOS: | OK. His last name is? |
| 8 | | |
| 9 | GARCIA: | Lopez. |
| 10 | | |
| 11 | CAMPOS: | OK, OK. Marisol, obviously my partner and I, we're doing the investigation of |
| 12 | | the shooting that happened tonight, OK. Uh, I appreciate you being here. Um, I |
| 13 | | appreciate you sitting here to talk to us and kinda help us out with what |
| 14 | | happened, OK. I-I tell this to everybody that I talk to, OK, I'm not here to try to |
| 15 | | bad mouth Xavier or to try to, uh, put him down or-or put him up or anything, |
| 16 | | OK. All I want is to know is a little bit about him and a lot about what happened |
| 17 | | tonight, OK. |
| 18 | | |
| 19 | GARCIA: | OK. |
| 20 | | |
| 21 | CAMPOS: | And, just in the nature of the job that we do, we come across a lot of, a lot of |
| 22 | | people who-who have criminal pasts, OK. |
| 23 | | |
| 24 | GARCIA: | Mm-hmm. |
| 25 | | |
| 26 | CAMPOS: | It doesn't change our opinion of people one way or the other during these |
| 27 | | investigations, OK. So, if I ask you about Xavier's past or if I ask you about |
| 28 | | things like drug use or gang use or anything like that, the only thing I ask for is |
| 29 | | honest, OK. |
| 30 | | |
| 31 | GARCIA: | Mm-hmm. |
| 32 | | |
| 33 | CAMPOS: | It doesn't make a difference to us. I'm not here tryin to-to beat up your son or put |
| 34 | | him down, um, you know, we're just, it is what it is- |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

| | | |
|---|---|---|
| 1 | GARCIA: | Right. |
| 2 | | |
| 3 | CAMPOS: | ...and we're just out here tryin to get the facts, OK? |
| 4 | | |
| 5 | GARCIA: | Mm-hmm. |
| 6 | | |
| 7 | CAMPOS: | So I appreciate you being here.  Um, what I'm gonna ask you do, I'm gonna be |
| 8 | | writing stuff down, OK. |
| 9 | | |
| 10 | GARCIA: | Mm-hmm. |
| 11 | | |
| 12 | CAMPOS: | My partner is gonna be writing stuff down cuz I can't remember, you know, I'm- |
| 13 | | I'm getting older and I don't remember as easy as I used to OK.  So bear with me |
| 14 | | as I'm writing stuff down.  Um, just continue to keep talkin.  If you don't |
| 15 | | understand something that I'm sayin or something doesn't make sense or I say |
| 16 | | something that isn't what you said or true, please stop me and let me know. |
| 17 | | |
| 18 | GARCIA: | OK. |
| 19 | | |
| 20 | CAMPOS: | OK. So what I want you to do is just tell me from beginning today what-what |
| 21 | | happened today, how this whole incident unfolded, what you saw, what you |
| 22 | | heard, you know, what you smelled, any of that and we'll-we'll have some |
| 23 | | followup questions from there, OK? |
| 24 | | |
| 25 | GARCIA: | OK.  OK.  Um, I was, uh, at the stop sign on I guess Tomlinson. |
| 26 | | |
| 27 | CAMPOS: | OK. |
| 28 | | |
| 29 | GARCIA: | At the stop sign and I was crossing, cuz he had called me and told me that he was |
| 30 | | gonna get baby girl, I wanted to see baby girl, to, um, to come over to Corrina's |
| 31 | | he didn't wanna fight with her.  So I said OK.  I'm gonna meet up with you.  But |
| 32 | | he called me along the way to let me know where he was at.  I was at the stop |
| 33 | | sign.  I, on Tomlinson getting ready to cross the stop sign.  I see his car parked |
| 34 | | outside Corrina's.  I didn't see him yet, but as soon as I start pullin across to the |
| 35 | | stop sign, he gets out of the car and I see him going across. |
| 36 | | |

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 3

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0132

| 1 | CAMPOS: | Mm-hmm. |
|---|---------|---------|

| 3 | GARCIA: | I pull up and as I pulled to the right, like, literally right beside him, that's when the van pulls up right next to me and, I, they came really fast along the side of my car. And I turn, I looked, I didn't know what to think. I didn't know it was gang members cuz Xavier's had his issues with gangs and everything in the past and I thought he was gonna get jumped. Honestly, that's what I assumed. I thought that somebody was gonna jump him. I got nervous. I still had, I-I put my hands on the steering wheel and I just looked over, like, this and kinda pushed my car more to the side cuz the way they came up. And then they yelled as they jumped out, stop the car. And I, so I stopped right away and I didn't no longer see Xavier. He had already been out of my view cuz the van came to my side and from my view I couldn't see anything that happened, but then that's when I heard like the shots and it was like two shots, about that what I heard. It just, it just shocked me, like, I didn't know what was going on. And then that's when they said he had got shot, but by that time that's when they had already pulled me out of the car. They told me get out of the car. |

| 19 | CAMPOS: | OK. So just getting a little bit of background and it, and-and I've learned a lot more as the day goes on about who's who and-and then kinda some of the names you've mentioned. So, um, Xavier has a child, correct? |

| 23 | GARCIA: | Yeah, ▮. |

| 25 | CAMPOS: | ▮, that's her name. And-and the mom is- |

| 27 | GARCIA: | Corrina. |

| 29 | CAMPOS: | Corrina. And she's who lives at the house- |

| 31 | GARCIA: | Yes. |

| 33 | CAMPOS: | ...where he was at today? |

| 35 | GARCIA: | Yes. And the last time, it was like about three weeks ago or something like that, |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 4

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

LOPEZ 1 (CITY) 0133

| | | |
|---|---|---|
| 1 | | no, actually it was when, um, his PO had called him and I-I had just showed up |
| 2 | | with my other son. |
| 3 | | |
| 4 | CAMPOS: | Mm-hmm. |
| 5 | | |
| 6 | GARCIA: | He's Anthony Angel. He's the, I have 14 children. He's the fourth one. He's- |
| 7 | | |
| 8 | CAMPOS: | The fourth from the, from the youngest- |
| 9 | | |
| 10 | GARCIA: | From the oldest. |
| 11 | | |
| 12 | CAMPOS: | …or fourth from the- |
| 13 | | |
| 14 | GARCIA: | From the oldest, and he had showed up with Xavier because Xavier had been |
| 15 | | having problems with Corrina saying you can visit with bros, you can't visit with |
| 16 | | bros and then they were saying that ▆▆▆▆▆ not too long ago so |
| 17 | | Xavier called CPS and had her, had ▆ removed from Corrina's, um, care. He |
| 18 | | had gotten custody of ▆, but then at the end, they finally placed ▆ back |
| 19 | | with Corrina. Right after this, Xavier has already had courts visits set up to |
| 20 | | where he gets ▆. She wasn't following the court orders so, and Xavier didn't |
| 21 | | bother complaining about it. He just was like come on, let me see ▆ let me |
| 22 | | see ▆, you know, it's my tur-it's turn, it's my week. And, uh, she didn't listen. |
| 23 | | He had called my-my son Anthony and Anthony was a witness to it. Anthony |
| 24 | | showed up and Anthony goes Xavier, they can help you, just call the cops, you |
| 25 | | know. He ended up calling the cops. The cops came over and got upset with |
| 26 | | Xavier thinking Xavier was harassing Corrina cuz that was the story Corrina |
| 27 | | gave cuz it was at her house. And then, um, after the cops left, Corrina went out |
| 28 | | and harassed my son Anthony and then Anthony got upset. He didn't do nothing |
| 29 | | about it. He just goes I didn't know she was that kind of a person. So he got |
| 30 | | back in the car and he took off with Xavier. He took Xavier out of there. He |
| 31 | | goes, I didn't know she was like that, but he goes I'm not gonna call cops no |
| 32 | | more because what they did is they got upset with Xavier about it and they ended |
| 33 | | calling his PO and telling his PO that he was making this, you know, he did |
| 34 | | something over there. I don't remember exactly what it was, but we were in the |
| 35 | | car and his PO called him and told him, what were you doing? You, that, did he |
| 36 | | |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 5

LOPEZ 1 (CITY) 0134

1   threaten, was it true you threatened somebody? He goes I didn't threaten
2   anybody. And Anthony goes I'm the one who called. I'm the one who was
3   complaining because of what she was doing to him. And, um, Anthony goes I
4   was a witness. So because of that incident and how it was already getting rocky
5   and she has already got in an argument before also with my daughter, I told
6   Xavier, yeah, I'll go. I'll meet you over there. I'll meet you over there so that
7   way you don't get into with her and I don't want you to, you know, go for
8   anything because in the past they have had some issues whenever they get
9   together. So that's why I went ahead and just show up, make sure nothing
10  happened, plus, like, I get to see baby girl, you know, it's been a long time since
11  everything happened from when ▇▇▇▇▇▇ and that was the last time I
12  seen her. I said, yeah, of course, I'll be there.

13

14  CAMPOS:   OK. This incident that you're talking about where the cops showed or-or Xavier
15            was there and issues happened, how long ago was that?

16

17  GARCIA:   Um, like, I don't remember. This is when they said they put out the warrant for
18            him. That's what he said.

19

20  CAMPOS:   OK, so was it months ago, years ago-

21

22  GARCIA:   I honestly don't know.

23

24  CAMPOS:   ..days ago.

25

26  GARCIA:   No, it was months ago probably.

27

28  CAMPOS:   Months ago?

29

30  GARCIA:   Yeah, cuz I was living at the other address.

31

32  CAMPOS:   OK, what other address at Arlington?

33

34  GARCIA:   Um, the Arlington Avenue, yeah.

35

36

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia
Interview Date: January 26, 2021
Page 6

LOPEZ 1 (CITY) 0135

| | | |
|---|---|---|
| 1 | CAMPOS: | OK. And would-would it be, would you think, would it be fair to say that it was |
| 2 | | more than six months ago? |
| 3 | | |
| 4 | GARCIA: | No, not more than six months ago. It was probably two-two, two, three months |
| 5 | | ago. |
| 6 | | |
| 7 | CAMPOS: | Two to three months ago. |
| 8 | | |
| 9 | GARCIA: | Yeah. |
| 10 | | |
| 11 | CAMPOS: | And that's when the incident happened at the house? |
| 12 | | |
| 13 | GARCIA: | Yeah. |
| 14 | | |
| 15 | CAMPOS: | And that's when Anthony said that his PO called up and- |
| 16 | | |
| 17 | GARCIA: | Yeah. |
| 18 | | |
| 19 | CAMPOS: | His PO told him he had a warrant? |
| 20 | | |
| 21 | GARCIA: | Not at, no, not at first. The PO said, didn't say he had a warrant. |
| 22 | | |
| 23 | CAMPOS: | OK. |
| 24 | | |
| 25 | GARCIA: | The p-uh, Xavier goes, uh, cuz Xavier was calling to check in and then I guess |
| 26 | | the next day I was at work. They came to where I stayed at Arlington and they |
| 27 | | raided the house there and then they also raided my son's house, Anthony's house |
| 28 | | cuz they had both of our addresses. So, they raided Anthony's house and where I |
| 29 | | lived looking for Xavier and they all said they wanted to talk to me to. And I |
| 30 | | told, I said for what, what did, what did we do? And he was like, nothing, but I |
| 31 | | don't know mom. |
| 32 | | |
| 33 | CAMPOS: | Who's-who's they when you they raided? |
| 34 | | |
| 35 | GARCIA: | Oh, the officers. |
| 36 | | |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 7

LOPEZ 1 (CITY) 0136

1   CAMPOS:    Do you know what, where they were from?

2

3   GARCIA:    No, I wasn't present.  I don't, I have no idea.

4

5   CAMPOS:    OK.  When you say raided the house what did, did they knock on the door and

6              ask to come in or did they kick your doors and windows in and-and-

7

8   GARCIA:    He said they showed up with several officers and they-

9

10  CAMPOS:    Right.

11

12  GARCIA:    ...they pretty much just came inside and said they could search the house.

13

14  CAMPOS:    OK-

15

16  GARCIA:    That's, the person James the-the guy I was renting a room from-

17

18  CAMPOS:    OK, right.

19

20  GARCIA:    ...it's his home.

21

22  CAMPOS:    Right.

23

24  GARCIA:    And I was renting a room from him.

25

26  CAMPOS:    OK.  And-and you men-

27

28  GARCIA:    At my son's house, he said they forced their way in also.

29

30  CAMPOS:    OK.  You mentioned that, um, Xavier had a-a PO.  Is it a parole officer or

31              probation officer?

32

33  GARCIA:    Parole officer, I believe.

34

35  CAMPOS:    OK.  Are you aware-

36

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 8

| | | |
|---|---|---|
| 1 | GARCIA: | I only spoke to him once on the phone.  I-I introduced myself because he's like |
| 2 | | are-you-mom.  I-said,-yes, I'm mom, um, I'm talking to Xavier right now.  I just |
| 3 | | want you to know.  Xavier is right in front of me technically and he's telling us |
| 4 | | about what happened with Corrina. |
| 5 | | |
| 6 | CAMPOS: | OK. |
| 7 | | |
| 8 | GARCIA: | He goes OK, I just wanna make sure nothing, you know, he's not over there right |
| 9 | | now doing anything and where he's at.  He goes where are you guys at right now |
| 10 | | and I told him exactly what address we were at which is at my home and we're |
| 11 | | parked right outside my home right now talking about this. |
| 12 | | |
| 13 | CAMPOS: | OK.  Do you know any of the terms of his parole? |
| 14 | | |
| 15 | GARCIA: | I do not know. |
| 16 | | |
| 17 | CAMPOS: | You don't OK.  Are you ever aware that sometimes some of the terms of parole |
| 18 | | are-are to be a subject to search at any time- |
| 19 | | |
| 20 | GARCIA: | Yeah, I've, no, I-I- |
| 21 | | |
| 22 | CAMPOS: | ...no matter where you live and stuff like that? |
| 23 | | |
| 24 | GARCIA: | ...know about probation.  I been, I'm on probation actually so- |
| 25 | | |
| 26 | CAMPOS: | OK. |
| 27 | | |
| 28 | GARCIA: | ...yeah, I kinda know how it works. |
| 29 | | |
| 30 | CAMPOS: | OK, so you understand when they come over and they say- |
| 31 | | |
| 32 | GARCIA: | Yeah. |
| 33 | | |
| 34 | CAMPOS: | ...we can search.  If that's a term- |
| 35 | | |
| 36 | | |

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 9

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

| | | |
|---|---|---|
| 1 | GARCIA: | Yes. |
| 3 | CAMPOS: | ...of his parole, then they do have- |
| 5 | GARCIA: | Yes. |
| 7 | CAMPOS: | ...the right to do that, right. |
| 9 | GARCIA: | Yeah. |
| 11 | CAMPOS: | OK. I just wanna-wanna clarify that. So let's go back real fast and, um, tell me about Xavier. What kind of kid is Xavier? |
| 14 | GARCIA: | He was good kid for the longest time and he started really acting up. He has had a pr-he's had a little problems with his attitude problems in elementary school. Um, Junior High School we, he, I was in a abusive relationship and he was raised at my mom's house by my mom and dad and he started having problems at a young age to where he was with my brother and sister. My brother was a real bad person and so is my sister. He started having problems with cops and going to juvenile hall. Um, he didn't finish school. He got into selling drugs. He got into the gangs. I tried to get him to live with me. He refused. He'd run away. Uh, it was hard. |
| 24 | CAMPOS: | OK. |
| 26 | GARCIA: | It was very hard, but, um, he's had a lot of problems with the law. |
| 28 | CAMPOS: | OK. Um, and let me stop you right there because, always, you know, in my own life included, I know several people, um, so that are personal some that are, that are family of my own, um, that have had substance abuse problems or-or other things. I know, I do know that a lot of times people are-are different when-when they're on drugs and when they're not or when they're kinda within that gang culture and when they're not, so what kind of person was Xavier outside of any gang culture? |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 10

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

| | | |
|---|---|---|
| 1 | GARCIA: | Very, very outgoing.  Very kind.  Very helpful.  He used to cut everybody's lawn |
| 2 | | around the neighborhood.  He would, um, if it was my kid's birthday, he would |
| 3 | | be the only one coming, like, he would make his way from Riverside to Moreno |
| 4 | | Valley where I was staying.  He would come and start up a whole birthday party |
| 5 | | for the kids.  He's just a kind person. |
| 6 | | |
| 7 | CAMPOS: | OK. |
| 8 | | |
| 9 | GARCIA: | He gives his life for his daughter, like, he's like all about his daughter, about |
| 10 | | Rose, so. |
| 11 | | |
| 12 | CAMPOS: | Is, has he ever had any kind of substance abuse problems, any drug problems that |
| 13 | | you're aware of? |
| 14 | | |
| 15 | GARCIA: | Yes. Yes, and- |
| 16 | | |
| 17 | CAMPOS: | OK, what-what-what's his drug of choice? |
| 18 | | |
| 19 | GARCIA: | Um, meth. |
| 20 | | |
| 21 | CAMPOS: | Is he still currently- |
| 22 | | |
| 23 | GARCIA: | I have no idea. |
| 24 | | |
| 25 | CAMPOS: | Do you, do you believe he still has a meth problem today as it stands or? |
| 26 | | |
| 27 | GARCIA: | No, I don't believe so. |
| 28 | | |
| 29 | CAMPOS: | You don't believe so.  OK.  How long ago- |
| 30 | | |
| 31 | GARCIA: | But I don't really, I haven't been communicating with him good lately- |
| 32 | | |
| 33 | CAMPOS: | Mm-hmm. |
| 34 | | |
| 35 | GARCIA: | ...because of the issues of, um, that he's been having with Corrina. |
| 36 | | |

Interview with: Marisol Garcia
Interview Date:  January 26, 2021
Page 11

LOPEZ 1 (CITY) 0140

1   CAMPOS:      OK.

2

3   GARCIA:      He's becomes distance when he has problems with his, with his ex-baby mama-

4

5   CAMPOS:      Mm-hmm.

6

7   GARCIA:      ...or if he just starts having problems in general life, he distance himself from

8                me.

9

10  CAMPOS:      OK.

11

12  GARCIA:      A lot.  He doesn't like to take direction.  He doesn't like to hear advice from me.

13

14  CAMPOS:      Does he have that kind of behavior when he's on drugs?  Is it more consistent

15               when he's on-

16

17  GARCIA:      No, it's-it's just because he was raised by my mom.

18

19  CAMPOS:      OK, OK.

20

21  GARCIA:      It's an authority, authority figure-

22

23  CAMPOS:      Authoritative figure.

24

25  GARCIA:      Yeah.

26

27  CAMPOS:      And at some point he became involved in-in a gang culture?

28

29  GARCIA:      Yes.

30

31  CAMPOS:      OK.  What gang does he run with or did he run with?

32

33  GARCIA:      He ran with SRL.

34

35

36                                          Interview with: Marisol Garcia

                                            Interview Date:  January 26, 2021

MICHAEL A. HESTRIN
DISTRICT ATTORNEY                Page 12

| | | |
|---|---|---|
| 1 | CAMPOS: | SRL, OK. Um, but did he have a moniker?  Did he go by anything that he grew up calling him or? |
| 2 | | |
| 3 | | |
| 4 | GARCIA: | No. |
| 5 | | |
| 6 | CAMPOS: | Any nicknames? |
| 7 | | |
| 8 | GARCIA: | He didn't really get fully into it- |
| 9 | | |
| 10 | CAMPOS: | Yeah. |
| 11 | | |
| 12 | GARCIA: | ...but he started to follow that-that lifestyle a lot and fell back on it. |
| 13 | | |
| 14 | CAMPOS: | When-when you say that lifestyle, I mean, I-I think I know- |
| 15 | | |
| 16 | GARCIA: | Well, because I have cousins from [inaudible] Casablanca, everywhere- |
| 17 | | |
| 18 | CAMPOS: | Mm-hmm. |
| 19 | | |
| 20 | GARCIA: | ...I was gonna say, um, my cousin is from SRL.  He leaned to that lifestyle of, all of us in our family, we don't gang bang. |
| 21 | | |
| 22 | | |
| 23 | CAMPOS: | OK. |
| 24 | | |
| 25 | GARCIA: | But he fell into that lifestyle.  That's-that's what I mean by that. |
| 26 | | |
| 27 | CAMPOS: | OK.  I'm not a gang cop, OK, I never have been.  What's-what's SRL? |
| 28 | | |
| 29 | GARCIA: | Sur Riva Locotes. |
| 30 | | |
| 31 | CAMPOS: | OK. Sur Riva Locotes, OK.  Um, how long has he been associated or a member of SRL? |
| 32 | | |
| 33 | | |
| 34 | GARCIA: | Um, from what I can remember, probably 16. |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0142

| | | |
|---|---|---|
| 1 | CAMPOS: | Since he was 16.  And he's how old now. |
| 2 | | |
| 3 | GARCIA: | 16 when they jumped him down the street from my mom's house. |
| 4 | | |
| 5 | CAMPOS: | How old is he now? |
| 6 | | |
| 7 | GARCIA: | Um, he's 29, 30. |
| 8 | | |
| 9 | CAMPOS: | OK, 29, 30, OK. |
| 10 | | |
| 11 | GARCIA: | 30. |
| 12 | | |
| 13 | CAMPOS: | So, tell me about his interactions cuz you said at some point he started having a |
| 14 | | lot of problems with the police. |
| 15 | | |
| 16 | GARCIA: | Mm-hmm. |
| 17 | | |
| 18 | CAMPOS: | Tell me about that. |
| 19 | | |
| 20 | GARCIA: | Um, when they started the foster care system, they wanted him to stay put in a |
| 21 | | foster home and then he didn't so they tried to put him in a group home. He |
| 22 | | refused.  He ran away from there.  He, um, got, uh, what do they call it, uh, I |
| 23 | | forgot, when you run away from a group home it's almost like you ran away from |
| 24 | | a juvenile hall. |
| 25 | | |
| 26 | CAMPOS: | Right, like placement.  They put in a placement? |
| 27 | | |
| 28 | GARCIA: | Yeah.  So the cops were looking at him, like, in that kind of persistence.  They |
| 29 | | would raid my mom's house looking for him. Ever since then, I remember him |
| 30 | | just constantly having the law after him. |
| 31 | | |
| 32 | CAMPOS: | OK. |
| 33 | | |
| 34 | GARCIA: | Constantly. |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 14

LOPEZ 1 (CITY) 0143

| | | |
|---|---|---|
| 1 | CAMPOS: | And there's no, there's no disrespect taken on my end, cuz again, this is, this was |
| 2 | | what I choose to do for a living, but does he have, uh, like a hatred or an |
| 3 | | animosity towards police officers, like- |
| 4 | | |
| 5 | GARCIA: | No. |
| 6 | | |
| 7 | CAMPOS: | ...because of everything that's gone on his life? |
| 8 | | |
| 9 | GARCIA: | No, he actually doesn't. |
| 10 | | |
| 11 | CAMPOS: | So he's never, you've never heard him say, like, you know, fuck the cops or- |
| 12 | | |
| 13 | GARCIA: | No. |
| 14 | | |
| 15 | CAMPOS: | Anything like that? |
| 16 | | |
| 17 | GARCIA: | No. |
| 18 | | |
| 19 | CAMPOS: | OK. |
| 20 | | |
| 21 | GARCIA: | No. |
| 22 | | |
| 23 | CAMPOS: | OK.  Um, when he, when he gets into this-this gang culture does he, you being |
| 24 | | his mom, do you ever look at him and think he's tryin to be a bad ass when he |
| 25 | | maybe isn't really a bad ass? |
| 26 | | |
| 27 | GARCIA: | I look at him more like as he's looking for the comfort of supportive people that |
| 28 | | are accepting- |
| 29 | | |
| 30 | CAMPOS: | OK. |
| 31 | | |
| 32 | GARCIA: | ...to-to what's going, like, um, him failing in school- |
| 33 | | |
| 34 | CAMPOS: | Mm-hmm. |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 15

LOPEZ 1 (CITY) 0144

| | | |
|---|---|---|
| 1 | GARCIA: | ...somewhere for him to go, they're OK, they're there for him.  If he has |
| 2 | | problems at home, it's OK, they're there for him.  Um, me and him get at it, go in |
| 3 | | an argument, disagreement, goes to the park, they're there for him.  It-it's like a-a |
| 4 | | safety net for him. |
| 5 | | |
| 6 | CAMPOS: | OK.  Have you ever known him to carry any kind of weapons at all on him? |
| 7 | | |
| 8 | GARCIA: | Uh, he's told me he has, but no, I've never seen him with weapons. |
| 9 | | |
| 10 | CAMPOS: | You've never seen him with anything? |
| 11 | | |
| 12 | GARCIA: | No. |
| 13 | | |
| 14 | CAMPOS: | OK.  But you, but you [inaudible] |
| 15 | | |
| 16 | GARCIA: | But he's mentioned it plenty of time.  And he'll be mom, cuz he knows that we |
| 17 | | argue because my other brothers they-they've gotten into.  I've had a brother who |
| 18 | | did seven years for hitting my other brother and face with a, um, hammer. |
| 19 | | They're not, uh, they don't carry weapons, but they like to grab weapons- |
| 20 | | |
| 21 | CAMPOS: | Sure. |
| 22 | | |
| 23 | GARCIA: | ...and we have a lot of fighting in our family.  I've been in trouble too myself, |
| 24 | | same incident.  But, um, Xavier he's always telling me, mom, I know you don't |
| 25 | | like it.  I know you don't like it.  I can't go around right now.  I'm getting, I'm |
| 26 | | messin up again.  I'm messin up and he'll slowly distance hisself.  He's like, I |
| 27 | | don't wanna hear you.  I don't wanna hear what you have to say.  I know what |
| 28 | | you're gonna say.  I'm like, mijo, I still love you.  I still wanna talk to you.  I still |
| 29 | | wanna see you.  So he'll, like, very distance himself.  Sometimes he will call me, |
| 30 | | sometimes he won't.  Sometimes he will just show up outta nowhere and then |
| 31 | | he'll say mom, I'm just here to say I love you, but I can't stay because I got a gun |
| 32 | | in the car.  I'm like, what are, and I'm like Xavier what the fuck are you doin with |
| 33 | | yourself.  I'll-I'll go off on him.  Oh, mom I can't because I'm selling drugs right |
| 34 | | now and I'll go off on him again.  So he-he-he knows he can share some things |
| 35 | | with me, but he has been honest with me pretty much, I believe. |
| 36 | | |

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 16

1   CAMPOS:   He's still mijo, right?

2

3   GARCIA:   Huh?

4

5   CAMPOS:   He's still mijo no matter what, right?

6

7   GARCIA:   Yeah, he is.

8

9   CAMPOS:   What, how, and I know you mentioned earlier that he's mentioned a lot of times

10            that he-he's carried weapons, correct?

11

12  GARCIA:   Uh-huh.

13

14  CAMPOS:   And you mentioned that he said mom I have a gun in, I have a gun with me or in

15            the car whi-whi-which did you say?  I don't wanna put words in your-

16

17  GARCIA:   He will say in the car.

18

19  CAMPOS:   OK.

20

21  GARCIA:   He just says in the car cuz he knows I-I give him a hug and I squ-squeeze him.

22            He knows I'll probably flip if I feel it on him.

23

24  CAMPOS:   OK.  Why does he tell you that he has gun?

25

26  GARCIA:   So that way I don't go get in the car, say let's go to the store, let's go get a

27            hamburger.

28

29  CAMPOS:   OK.  So he'll tell you like, oh, no, no, don't go in there-

30

31  GARCIA:   Yeah so-

32

33  CAMPOS:   ...cuz he knows don't-

34

35

36

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 17

| | | |
|---|---|---|
| 1 | GARCIA: | ...and I'll say visit with me and he'll say, mom, I can't, but he like says it almost |
| 2 | | with, uh, pride almost, you know. |
| 3 | | |
| 4 | CAMPOS: | Right. |
| 5 | | |
| 6 | GARCIA: | ...happy, like, I'm OK, I'm taking care of myself. |
| 7 | | |
| 8 | CAMPOS: | Has, have you ever you known him to carry it on his person? |
| 9 | | |
| 10 | GARCIA: | No. |
| 11 | | |
| 12 | CAMPOS: | You've never known him to carry? |
| 13 | | |
| 14 | GARCIA: | No. |
| 15 | | |
| 16 | CAMPOS: | Just in his, just in his car? |
| 17 | | |
| 18 | GARCIA: | Yeah, just from what he's told me, yeah. |
| 19 | | |
| 20 | CAMPOS: | Has he ever told you why he carries one? |
| 21 | | |
| 22 | GARCIA: | He's been jumped plenty of times. |
| 23 | | |
| 24 | CAMPOS: | OK. |
| 25 | | |
| 26 | GARCIA: | He's been, that's what he told me. That's why he has gotten guns. He carries |
| 27 | | knives is because he's gotten jumped a lot of times. |
| 28 | | |
| 29 | CAMPOS: | OK. And you know that he carries it in his car, would you say a lot? |
| 30 | | |
| 31 | GARCIA: | I don't know. |
| 32 | | |
| 33 | CAMPOS: | OK. |
| 34 | | |
| 35 | GARCIA: | That I don't know, but I do, I do know he does mention it quite often. |
| 36 | | |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 18

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

LOPEZ 1 (CITY) 0147

1   CAMPOS:     OK.  Let me as you this, just based on what you know about your son, if you, if
2                  he came over to your house in a car, in his car or a car, 10 times in ten days, how
3                  many of those 10 days do you think he would have a gun in the car?

4

5   GARCIA:      He hasn't been comin over that much.

6

7   CAMPOS:     OK, but just what, based on what you know?

8

9   GARCIA:      Oh probably out of the times he's mentioned it, probably like, two, three.

10

11  CAMPOS:     Two out of the 10 times if he came over?

12

13  GARCIA:      Yeah.

14

15  CAMPOS:     OK.

16

17  GARCIA:      Yeah, not too often.

18

19  CAMPOS:     OK.  Would you be surprised if he came over 10 different time and each time
20                 had the gun?

21

22  GARCIA:      Yes, I would.

23

24  CAMPOS:     OK.  So-

25

26  GARCIA:      Yeah, cuz then I would be really, like, worried of what's going on.

27

28  CAMPOS:     OK.

29

30  GARCIA:      Because he's, um, been put in the hospital from being jumped lots of times.

31

32  CAMPOS:     Do you know what kind of gun he carries on him?

33

34  GARCIA:      I do not know.

35

36

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 19

LOPEZ 1 (CITY) 0148

| 1 | CAMPOS: | You've never seen it? |
| 3 | GARCIA: | No. |
| 5 | CAMPOS: | He's never told you? |
| 7 | GARCIA: | No. |
| 9 | CAMPOS: | OK. Does he- |
| 11 | GARCIA: | I don't know much about guns. |
| 13 | CAMPOS: | Does he ever tell you if he's kept it loaded or not or- |
| 15 | GARCIA: | No. |
| 17 | CAMPOS: | ...if he just keeps it and, you know, in the trunk or the- |
| 19 | GARCIA: | No. |
| 21 | CAMPOS: | ...under the seat? |
| 23 | GARCIA: | No. |
| 25 | CAMPOS: | He'll just be very general and say it's in the car? |
| 27 | GARCIA: | Just, yeah. |
| 29 | CAMPOS: | OK. Now, it sounds like he's had a rocky relationship with, uh, Corrina, correct? |
| 31 | GARCIA: | Yes. |
| 33 | CAMPOS: | ███ s mother, correct? |
| 35 | GARCIA: | Yes. |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 20

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0149

| | | |
|---|---|---|
| 1 | CAMPOS: | OK. How long were they together for? |
| 2 | | |
| 3 | GARCIA: | They have been together since, actually, um, since baby girl was born. She's |
| 4 | | already eight. |
| 5 | | |
| 6 | CAMPOS: | OK. |
| 7 | | |
| 8 | GARCIA: | On and off. Every time he gets out she accepts him back and then she'll have |
| 9 | | him for a little bit. He'll sneak over cuz the parents don't want him there and then |
| 10 | | she'll kick him out as soon as they're done doing whatever they're doing. She'll |
| 11 | | be like get out. Get out. And he'll be calling, mom, she's kicking me out in the |
| 12 | | middle of the night, can you come and pick me up, cuz before he had a car, and |
| 13 | | I'd be like, OK, mijo, I'll pick you up. |
| 14 | | |
| 15 | CAMPOS: | OK. And just so I'm clear, when you say baby girl are you referring to ███ ? |
| 16 | | |
| 17 | GARCIA: | ███, yeah, I'm sorry, yeah. |
| 18 | | |
| 19 | CAMPOS: | OK. No you can call her whatever you want. I just wanna make sure I know |
| 20 | | what you're talking about. |
| 21 | | |
| 22 | GARCIA: | Cuz I didn't realize I- |
| 23 | | |
| 24 | CAMPOS: | That's OK. Not a problem. So, how often does, I'd say over the last six months, |
| 25 | | how often does Xavier get to see ███ |
| 26 | | |
| 27 | GARCIA: | Uh, he was seeing her, he-he, since the court order it was probably about six |
| 28 | | years ago probably- |
| 29 | | |
| 30 | CAMPOS: | OK. |
| 31 | | |
| 32 | GARCIA: | ...and he's been seeing her every-every week or every other week. |
| 33 | | |
| 34 | CAMPOS: | OK. OK. So- |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

| | | |
|---|---|---|
| 1 | GARCIA: | And he has not missed a visit. |
| 2 | | |
| 3 | CAMPOS: | OK. How do you get along with Corrina? |
| 4 | | |
| 5 | GARCIA: | We get along OK. |
| 6 | | |
| 7 | CAMPOS: | OK. |
| 8 | | |
| 9 | GARCIA: | But I try to keep my distance and just because bet-what happens between them- |
| 10 | | |
| 11 | CAMPOS: | Mm-hmm. |
| 12 | | |
| 13 | GARCIA: | …I don't wanna get involved cuz I still wanna have my relationship with Rose. |
| 14 | | |
| 15 | CAMPOS: | OK. So are you kind of, are you, would it fair to say you're like a voice of reason |
| 16 | | with Corrina and with Xavier a little bit? |
| 17 | | |
| 18 | GARCIA: | Yeah, but I don't really get involved too with their, with their relationship. |
| 19 | | |
| 20 | CAMPOS: | OK. |
| 21 | | |
| 22 | GARCIA: | I don't have really much to say of how they treat each other or what they do cuz |
| 23 | | their family. Their baby girl that their raising together. It's not mine. I've had |
| 24 | | my kids. |
| 25 | | |
| 26 | CAMPOS: | So today, um, how did you find out, how did you, how were you notified that |
| 27 | | Xavier was gonna go pick up ▮▮▮. |
| 28 | | |
| 29 | GARCIA: | He had called me and my mom and he's been telling me and my mom since the |
| 30 | | past couple days, um, cuz Corrina called my mom and she was trying to get a |
| 31 | | hold of me to get a hold of Xavier. |
| 32 | | |
| 33 | CAMPOS: | Mm-hmm. |
| 34 | | |
| 35 | GARCIA: | She said ▮▮▮ wants to see, uh, Xavier. He needs to come pick her up. |
| 36 | | |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 22

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

| | | |
|---|---|---|
| 1 | CAMPOS: | When was this? |
| 2 | | |
| 3 | GARCIA: | This was three days ago. |
| 4 | | |
| 5 | CAMPOS: | OK. |
| 6 | | |
| 7 | GARCIA: | Three, four, no sorry, about a week ago. |
| 8 | | |
| 9 | CAMPOS: | OK. |
| 10 | | |
| 11 | GARCIA: | Um, Xavier needs to come pick up ▇ because ▇ wants to see him and she's |
| 12 | | not behaving. And my mom goes Mari call Xavier, call Xavier. I said mom, I |
| 13 | | haven't talked to Xavier. I said I need, I need you to get a hold of him. So |
| 14 | | finally my mom got a hold of Xavier and goes you need to talk to Corrina. He |
| 15 | | goes I can't get a hold of Corrina. Finally when they got in communication with |
| 16 | | one another, Xavier finally came to me. I said mijo, get a old of her and make |
| 17 | | sure it's a fact you're gonna get ▇. I don't wanna be runnin around. I don't |
| 18 | | wanna start problems. I don't wanna go over there disrespectful to her house. |
| 19 | | Let me know for sure if that's what's gonna happen and I'll go there, you know, |
| 20 | | I'll go see ▇. And he goes mom, OK, he called me, he goes I'm gonna be on |
| 21 | | my way to see ▇. Do you want to see her or not? We're gonna go to the park |
| 22 | | and we're gonna spend time with her and she's gonna come with me. I said, |
| 23 | | yeah, sure. And he goes well, you can meet me at the park. I go no, I'll meet |
| 24 | | you there so that way you stay out of trouble. |
| 25 | | |
| 26 | CAMPOS: | Mm-hmm. |
| 27 | | |
| 28 | GARCIA: | So that's how that started. |
| 29 | | |
| 30 | CAMPOS: | OK. Did he ever ask you if you could pick her up for any reason at all? |
| 31 | | |
| 32 | GARCIA: | He actually was thinking of sending me to pick her up, but ▇ di-I mean, |
| 33 | | Corrina didn't want me to. |
| 34 | | |
| 35 | CAMPOS: | Did he say why? |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia
Interview Date: January 26, 2021
Page 23

LOPEZ 1 (CITY) 0152

| | | |
|---|---|---|
| 1 | GARCIA: | No. |
| 2 | | |
| 3 | CAMPOS: | He just was- |
| 4 | | |
| 5 | GARCIA: | No I-I, she-she sometimes she wants me to pick up ▮ and sometimes she |
| 6 | | doesn't. |
| 7 | | |
| 8 | CAMPOS: | No, did-did Xavier tell you why he wanted you to go pick up ▮? |
| 9 | | |
| 10 | GARCIA: | Oh, because Corrina didn't wanna talk to him. |
| 11 | | |
| 12 | CAMPOS: | OK.  And this was today? |
| 13 | | |
| 14 | GARCIA: | Yeah.  She was back-and-forth, I wanna talk to you, I don't wanna talk to you. |
| 15 | | |
| 16 | CAMPOS: | Let me as you this, are- |
| 17 | | |
| 18 | GARCIA: | I think this was all, it was in the past two days.  I been at work, so. |
| 19 | | |
| 20 | CAMPOS: | OK.  Um, where do you work? |
| 21 | | |
| 22 | GARCIA: | At Roadrunner Freight. |
| 23 | | |
| 24 | CAMPOS: | OK. |
| 25 | | |
| 26 | GARCIA: | Im Mira Loma. |
| 27 | | |
| 28 | CAMPOS: | OK.  Um, are you aware that, and I don't recall the exact day, but I'd say maybe |
| 29 | | within a week or two weeks at the max.  Are you aware that there was an |
| 30 | | incident at Corrina's house, uh- |
| 31 | | |
| 32 | GARCIA: | No. |
| 33 | | |
| 34 | CAMPOS: | ...some kind of an argument between, uh, Xavier and Corrina? |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

| | | |
|---|---|---|
| 1 | GARCIA: | No. |
| 2 | | |
| 3 | CAMPOS: | OK. Are you, are you, I think you mentioned it earlier, but were you aware |
| 4 | | today, at least as it stood today and right now that Xavier had some kind of |
| 5 | | warrant out for him? |
| 6 | | |
| 7 | GARCIA: | Yes, because after the, well, after they raided the house, that's when I found out. |
| 8 | | |
| 9 | CAMPOS: | OK. |
| 10 | | |
| 11 | GARCIA: | Yeah. |
| 12 | | |
| 13 | CAMPOS: | So he did know that- |
| 14 | | |
| 15 | GARCIA: | So yeah- |
| 16 | | |
| 17 | CAMPOS: | …he-he was wanted. |
| 18 | | |
| 19 | GARCIA: | Yes, that's what we been trying to talk to him about, yes. |
| 20 | | |
| 21 | CAMPOS: | OK. |
| 22 | | |
| 23 | GARCIA: | And that's been our big argument lately, yes. |
| 24 | | |
| 25 | CAMPOS: | OK. So you, when you got the call, when you started driving from wherever you |
| 26 | | were at to- |
| 27 | | |
| 28 | GARCIA: | I knew the situation, yes. |
| 29 | | |
| 30 | CAMPOS: | Correct, but what-what I'm sayin is when you started driving over to-to Corrina |
| 31 | | to get▮▮▮ or to try to get▮▮▮, did you go straight from wherever you were at |
| 32 | | there or were you out running errands or did you go here, here, here and then |
| 33 | | Corrina's house? |
| 34 | | |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia
Interview Date: January 26, 2021
Page 25

LOPEZ 1 (CITY) 0154

| | | |
|---|---|---|
| 1 | GARCIA: | No, I was actually gonna go towards my moms, downtown Riverside, cuz my |
| 2 | | mom wanted to come too, but then he said where he was at, cuz I live on Wells |
| 3 | | so I came back this way with him. |
| 4 | | |
| 5 | CAMPOS: | OK. So when-when you went, when you were leaving your house, you were |
| 6 | | gonna go to your moms and then go straight to- |
| 7 | | |
| 8 | GARCIA: | Yeah. |
| 9 | | |
| 10 | CAMPOS: | ...to see Rose. So you weren't running around all day in essence. |
| 11 | | |
| 12 | GARCIA: | No. |
| 13 | | |
| 14 | CAMPOS: | You were making a specific trip? |
| 15 | | |
| 16 | GARCIA: | Yes. |
| 17 | | |
| 18 | CAMPOS: | OK, so you-you decide, you figure out where he's at and then you guys go up...is |
| 19 | | he in front of you or behind you. |
| 20 | | |
| 21 | GARCIA: | He's in front of me. |
| 22 | | |
| 23 | CAMPOS: | So he shows up there first? |
| 24 | | |
| 25 | GARCIA: | Yes. |
| 26 | | |
| 27 | CAMPOS: | OK. Do you see him where he parks at? |
| 28 | | |
| 29 | GARCIA: | I see where he parks, yes. |
| 30 | | |
| 31 | CAMPOS: | Did you see him back or when you seen him he was already- |
| 32 | | |
| 33 | GARCIA: | I didn't, his car was already there and when I got, like I said, when I got to the |
| 34 | | stop sign, that's when I seen him crossing the street. |
| 35 | | |
| 36 | | |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 26

1    CAMPOS:        OK.
2
3    GARCIA:        As-
4
5    CAMPOS:        OK, so he parked across the street?
6
7    GARCIA:        Yeah, and as I pull across the-the inters-the little road-
8
9    CAMPOS:        Mm-hmm.
10
11   GARCIA:        ...that's when he's already on the other side and I came side to side with his car,
12                  literally the corner house. That's where it was at.
13
14   CAMPOS:        OK.
15
16   GARCIA:        And I was gonna park, I was gonna look for parking like in front of him and not
17                  get involved. That was my plan, but as I went to do that, that's when I seen the
18                  van pull on the side of me.
19
20   CAMPOS:        Have you ev-, was there anybody else in his car?
21
22   GARCIA:        Yes, his girlfriend.
23
24   CAMPOS:        OK. And you-you knew her? Did you know who she was?
25
26   GARCIA:        I've met her only once.
27
28   CAMPOS:        OK. So you-you pull up next to her.
29
30   GARCIA:        Uh-huh.
31
32   CAMPOS:        Did you stop or did you-
33
34   GARCIA:        I didn't know she was in the car at first.
35
36

Interview with: Marisol Garcia
Interview Date: January 26, 2021
Page 27

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0156

| | | |
|---|---|---|
| 1 | CAMPOS: | OK, did you stop or did you keep going?  Like, your v-your vehicle right now is |
| 2 | | parked next to his, correct? |
| 3 | | |
| 4 | GARCIA: | No, it wasn't parked.  I was still in motion. |
| 5 | | |
| 6 | CAMPOS: | OK.  When the, when the- |
| 7 | | |
| 8 | GARCIA: | When the van pulled up beside me, yes. |
| 9 | | |
| 10 | CAMPOS: | OK.  Did the van- |
| 11 | | |
| 12 | GARCIA: | They-they actually told me stop as I was in mo-cuz I was like- |
| 13 | | |
| 14 | CAMPOS: | Got it. |
| 15 | | |
| 16 | GARCIA: | ...what's going on.  I was still coming up behind his car and they come up to the |
| 17 | | side.  I was still in motion, but I seen the speediness through my rearview mirror |
| 18 | | so I like slowed down and scoot to the side a little bit and then they're like put |
| 19 | | your hands on the steering wheel, stop the car and right there that's where I |
| 20 | | stopped. |
| 21 | | |
| 22 | CAMPOS: | OK, who said that to you? |
| 23 | | |
| 24 | GARCIA: | The officers. |
| 25 | | |
| 26 | CAMPOS: | OK, did you know they were officers at the time? |
| 27 | | |
| 28 | GARCIA: | No, I didn't.  I didn't. |
| 29 | | |
| 30 | CAMPOS: | So you just heard somebody say- |
| 31 | | |
| 32 | GARCIA: | I just heard say, somebody just say stop the car and it scared me- |
| 33 | | |
| 34 | CAMPOS: | Sure. |
| 35 | | |
| 36 | | |

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 28

LOPEZ 1 (CITY) 0157

| | | |
|---|---|---|
| 1 | GARCIA: | And when I, right when I noticed when they threw open the back sliding door and they jump out by my door and I took a glance, I seen police on their-their back of their jackets or their vest. |
| 5 | CAMPOS: | Is that when you first knew they were police_ |
| 7 | GARCIA: | That's when I knew. |
| 9 | CAMPOS: | How many, how many- |
| 11 | GARCIA: | By that time I had no view of Xavier. I had no view what was going on, I just seen them coming this way, one of the officers came straight to my vehicle |
| 14 | CAMPOS: | How many of em did you see in the van? |
| 16 | GARCIA: | I don't recall. It-it seemed probably like, three or, I don't, I really honestly don't recall. |
| 19 | CAMPOS: | But you recall seeing- |
| 21 | GARCIA: | I just remember hearing the, I remember the motion. |
| 23 | CAMPOS: | OK. |
| 25 | GARCIA: | And having view of one officer right at my face, you know, like, at my door and he was very polite. |
| 28 | CAMPOS: | OK, good. What did he say to you? |
| 30 | GARCIA: | He told me put your hands on the steering wheel, don't move. Cuz my car was still in gear and I, I go, I have my foot on the brake and I'm gonna put it in gear so I did. He goes OK, I need you to step out of the car and as I did, I was having eye contact with him and didn't realize what was going on, but I as I put it in gear, that's when I heard the shots and I was like what's going, what's going on. |

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 29

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0158

| | | |
|---|---|---|
| 1 | CAMPOS: | OK.  So when you, when the police officer came out of the van and you guys were having this conversation you're telling me, how much time passed between the time that he came out of the van and you heard shots. |
| 5 | GARCIA: | It was literally like seconds probably. |
| 7 | CAMPOS: | OK, so it was very fast? |
| 9 | GARCIA: | Very fast, that's what it seems like. |
| 11 | CAMPOS: | OK.  And how many shots did you hear? |
| 13 | GARCIA: | I wanna say two. |
| 15 | CAMPOS: | OK. |
| 17 | GARCIA: | It sounded like two. |
| 19 | CAMPOS: | Knowing that- |
| 21 | GARCIA: | But I wasn't even sure there were shots, but it-it, that's what it, what I could I could it-it sounded like. |
| 24 | CAMPOS: | Did you hear the, any other police officers saying anything? |
| 26 | GARCIA: | Not really cuz this one was talking to me.  I was- |
| 28 | CAMPOS: | OK. |
| 30 | GARCIA: | ...focusing on- |
| 32 | CAMPOS: | Sure, I understand. |
| 34 | GARCIA: | ...not being, I-I-I didn't want to be disrespectful and something happen to me cuz I did not expect this. |

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 30

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0159

| | | |
|---|---|---|
| 1 | CAMPOS: | Did you hear anybody at all, whether it was Xavier or anybody else or [crosstalk] |
| 2 | | |
| 3 | GARCIA: | I heard him yell, that's it, but I don't remember what he yelled. |
| 4 | | |
| 5 | CAMPOS: | When you say him, who do you mean? |
| 6 | | |
| 7 | GARCIA: | Xavier. |
| 8 | | |
| 9 | CAMPOS: | OK.  What kind of a yell? |
| 10 | | |
| 11 | GARCIA: | Just like a scream, like a yell, like, not a, not like a hur-like, I just remember |
| 12 | | hearing his voice, like- |
| 13 | | |
| 14 | CAMPOS: | OK. |
| 15 | | |
| 16 | GARCIA: | I don't remember what he said though. |
| 17 | | |
| 18 | CAMPOS: | OK, it's OK.  There's different kinds of yelling, there's yelling when your mad, |
| 19 | | there's yelling when you scared- |
| 20 | | |
| 21 | GARCIA: | It was almost like an angry mad. |
| 22 | | |
| 23 | CAMPOS: | OK, and-and you don't, but you don't remember what he said? |
| 24 | | |
| 25 | GARCIA: | No, I don't. |
| 26 | | |
| 27 | CAMPOS: | Was that before or after you heard the shots? |
| 28 | | |
| 29 | GARCIA: | It was after I heard the shots. |
| 30 | | |
| 31 | CAMPOS: | So you heard the shots and then you heard what you, it was like an angry mad, |
| 32 | | yell. |
| 33 | | |
| 34 | GARCIA: | Yeah. |
| 35 | | |
| 36 | | |

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 31

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

| | | |
|---|---|---|
| 1<br>2 | CAMPOS: | OK. Did he, did, knowing that Xavier has frequently I think as you said or a lot, had guns in his car and you know he carries guns- |
| 3<br>4<br>5 | GARCIA: | I honestly didn't expect that it was him. I thought it was- |
| 6<br>7 | CAMPOS: | But did you at all ever think for a second that-that maybe he shot at somebody? |
| 8<br>9 | GARCIA: | No, I didn't at first. I didn't. |
| 10<br>11 | CAMPOS: | You just heard the shots and you heard him. |
| 12<br>13 | GARCIA: | Mm-hmm. |
| 14<br>15 | CAMPOS: | And did you think that he had been shot? |
| 16<br>17 | GARCIA: | Yeah. |
| 18<br>19 | CAMPOS: | OK, why did you think he had been shot as opposed to [inaudible] |
| 20<br>21<br>22<br>23 | GARCIA: | Because him and Corrina. I thought that they were getting into it and that's honestly what I thought. I though the officers came after him. And then that's when I- |
| 24<br>25 | CAMPOS: | So you thought maybe him and Corrina were goin at it- |
| 26<br>27 | GARCIA: | Yeah. |
| 28<br>29<br>30<br>31 | CAMPOS: | ...and the officers came after Xavier. Now when you say came after, do you mean like they shot Xavier because of an in-like, something goin on with him and Corrina. |
| 32<br>33 | GARCIA: | Well, yeah, but I'm not a stupid person. |
| 34<br>35<br>36 | CAMPOS: | Right. |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia

Interview Date: January 26, 2021

Page 32

LOPEZ 1 (CITY) 0161

| | | |
|---|---|---|
| 1 | GARCIA: | I know they don't shoot for reason. |
| 2 | | |
| 3 | CAMPOS: | Right and- |
| 4 | | |
| 5 | GARCIA: | But I-I did not expect for him to have a gun. I had to find out from the officers if |
| 6 | | he had a gun on him. |
| 7 | | |
| 8 | CAMPOS: | Who did you ask? |
| 9 | | |
| 10 | GARCIA: | The-the cops. |
| 11 | | |
| 12 | CAMPOS: | What's you ask? |
| 13 | | |
| 14 | GARCIA: | Cuz I asked what happened and I go was he shot cuz it sounded like a shot and |
| 15 | | one of the officers said yes, he was shot. I said was anybody else hurt and he |
| 16 | | said no, nobody else was hurt. I said well where was he shot. I said, cuz it, |
| 17 | | when he, they carried him by I seen his body it looked very life-lifeless. I seen |
| 18 | | his shoulder, it had blood. And I go where was he shot, He said in the stomach. |
| 19 | | He'll be alright. He'll be alright. So I was asking a little bit at a time- |
| 20 | | |
| 21 | CAMPOS: | Sure. |
| 22 | | |
| 23 | GARCIA: | …what happened to him. |
| 24 | | |
| 25 | CAMPOS: | And again, I-I-I don't think you're dumb, just so you know that, OK. Um, I think |
| 26 | | you're doin a great job talking to me and=and helping me out with everything |
| 27 | | that's been goin on. But, you mentioned that, you know, you're stupid, that the |
| 28 | | police don't just shoot somebody for no reason, right? |
| 29 | | |
| 30 | GARCIA: | Right. |
| 31 | | |
| 32 | CAMPOS: | So having and understanding that, that did you think initially happened? |
| 33 | | |
| 34 | GARCIA: | When I had time to sit down and think about it- |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside
State of California

LOPEZ 1 (CITY) 0162

| | | |
|---|---|---|
| 1 | CAMPOS: | Mm-hmm. |
| 3 | GARCIA: | ...um, when I was crying, I just keep knowing, you know, he's been getting |
| 4 | | worse on his behavior- |
| 6 | CAMPOS: | Mm-hmm. |
| 8 | GARCIA: | ...and his actions. Nothing so responsible. Now, I don't wanna say I expected |
| 9 | | something like this, but for him to be defiant, I kind of like, maybe that's |
| 10 | | possible, very possible. |
| 12 | CAMPOS: | Why do you, why do you think that? |
| 14 | GARCIA: | Because he's just been very hurtful since he hasn't been able to see ▮▮. He's |
| 15 | | been just angry.  He even yells at me, cusses me out for no reason.  He's like that. |
| 17 | CAMPOS: | Has he ever been, uh, has he ever made any comments to you about, because he |
| 18 | | knows he has a-a warrant, has he ever made any comments to you about not goin |
| 19 | | back or? |
| 21 | GARCIA: | Yeah, he said he's not gonna go in.  He said he wasn't gonna go in.   We told him |
| 22 | | turn himself in.  I go at least call your probation officer, have communication. |
| 23 | | He goes not going to mom. |
| 25 | CAMPOS: | Why, why not? |
| 27 | GARCIA: | Why do you tell me that?  I don't know.  I don't know, why. |
| 29 | CAMPOS: | Did he ever mention anything about- |
| 31 | GARCIA: | He always tells me it's his life. |
| 33 | CAMPOS: | ...if I ever get pulled over, I'm runnin.  If the cops ever try to stop me I'm gonna |
| 34 | | run. |

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 34

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0163

| | | |
|---|---|---|
| 1 | GARCIA: | No.  No. |
| 2 | | |
| 3 | CAMPOS: | Never said anything to you like that? |
| 4 | | |
| 5 | GARCIA: | Not to me, no. |
| 6 | | |
| 7 | CAMPOS: | Because I know you were, guys were going to the park and I know Xavier cares |
| 8 | | about you and I know- |
| 9 | | |
| 10 | GARCIA: | Yeah. |
| 11 | | |
| 12 | CAMPOS: | ...you care about Xavier, so I just wanna clarify whether or not he ever said to |
| 13 | | you like- |
| 14 | | |
| 15 | GARCIA: | No. |
| 16 | | |
| 17 | CAMPOS: | ...hey mom, I know we're goin together, but if something happens- |
| 18 | | |
| 19 | GARCIA: | No. |
| 20 | | |
| 21 | CAMPOS: | ...I gotta go. |
| 22 | | |
| 23 | GARCIA: | No. |
| 24 | | |
| 25 | CAMPOS: | Nothing like that? |
| 26 | | |
| 27 | GARCIA: | No, no. |
| 28 | | |
| 29 | CAMPOS: | OK. |
| 30 | | |
| 31 | GARCIA: | He knows I'm not that type of person.  I'm a person listen. |
| 32 | | |
| 33 | CAMPOS: | So you were told on scene that he had a gun? |
| 34 | | |
| 35 | GARCIA: | Yes. |
| 36 | | |

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 35

LOPEZ 1 (CITY) 0164

| | | |
|---|---|---|
| 1 | CAMPOS: | Did that surprise you? |
| 2 | | |
| 3 | GARCIA: | Yes, it did because he's there to see baby girl and he does not expose baby girl to |
| 4 | | violence like that. |
| 5 | | |
| 6 | CAMPOS: | Why do you think this time, what-what do you think changed this time? |
| 7 | | |
| 8 | GARCIA: | I don't know. I don't know. I really don't. But it did surprise me. |
| 9 | | |
| 10 | CAMPOS: | OK. I-I've never been in a shooting myself, um, but I've talked to many, many, |
| 11 | | many cops who have and just as anybody else doesn't want to, cops don't wanna |
| 12 | | shoot people either. |
| 13 | | |
| 14 | GARCIA: | No, I know. |
| 15 | | |
| 16 | CAMPOS: | OK. And it, and it, it can affect people, everybody whether you're a police |
| 17 | | officer, whether you're not a police officer, whether you're a soldier, whether |
| 18 | | you're in the military. A lot of times that act of shooting somebody can change |
| 19 | | that person, you know what I'm sayin. |
| 20 | | |
| 21 | GARCIA: | I-I-I understand. It-it could, it could haunt the officer for shooting somebody, |
| 22 | | you know, a father, a son. |
| 23 | | |
| 24 | CAMPOS: | Did you get an opportunity to speak to that officer. |
| 25 | | |
| 26 | GARCIA: | No I didn't, I don't know who-who did it. |
| 27 | | |
| 28 | CAMPOS: | If you had- |
| 29 | | |
| 30 | GARCIA: | I was worried, I thought maybe Xavier was the one who shot too. |
| 31 | | |
| 32 | CAMPOS: | So you, there was a part of you that thought maybe- |
| 33 | | |
| 34 | GARCIA: | That he shot somebody. For a split second, yes. |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0165

| | | |
|---|---|---|
| 1 | CAMPOS: | How- |
| 2 | | |
| 3 | GARCIA: | That's why I asked did anybody else get hurt. |
| 4 | | |
| 5 | CAMPOS: | How-how would it make you feel if he killed a cop. |
| 6 | | |
| 7 | GARCIA: | It would hurt me a lot. |
| 8 | | |
| 9 | CAMPOS: | OK.  If you had the- |
| 10 | | |
| 11 | GARCIA: | Just being a mother, it would hurt. |
| 12 | | |
| 13 | CAMPOS: | If you had the opportunity to-to speak, let me ask you, did you have the |
| 14 | | opportunity to speak to the officer who-who was involved in the shooting at all? |
| 15 | | |
| 16 | GARCIA: | No. |
| 17 | | |
| 18 | CAMPOS: | Do you know who it is? |
| 19 | | |
| 20 | GARCIA: | No. |
| 21 | | |
| 22 | CAMPOS: | OK.  If you had the opportunity to speak to him, what would you tell him. |
| 23 | | |
| 24 | GARCIA: | I would apologize.  I really would, you know, for the way he, is defiant or |
| 25 | | whatever had happened, but I do understand his action.  I don't hold a grudge. |
| 26 | | And it's hard to get through to somebody who's set in their ways. |
| 27 | | |
| 28 | CAMPOS: | Mm-hmm. |
| 29 | | |
| 30 | GARCIA: | And I would feel bad for the family of what they have to go through now and |
| 31 | | sleep with. |
| 32 | | |
| 33 | CAMPOS: | OK. |
| 34 | | |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 37

LOPEZ 1 (CITY) 0166

| | | |
|---|---|---|
| 1 | GARCIA: | Because they're protecting us for so many things in life. It's like I'm trying to |
| 2 | | protect my son [inaudible]. That's their only action as well. If I can't get to my |
| 3 | | child, that's what they're trying to also do, right? |
| 4 | | |
| 5 | CAMPOS: | Right. Right. Um, I appreciate you talkin to us, OK. I know this is hard right |
| 6 | | now just sitting here and kind of waiting for this whole thing to- |
| 7 | | |
| 8 | GARCIA: | I'm just worried about him still. I know nothing on how he's doing. |
| 9 | | |
| 10 | CAMPOS: | I understand. I do. Um, let me as you something. After, when, after Xavier was |
| 11 | | shot, did you stay in the car the whole time? |
| 12 | | |
| 13 | GARCIA: | I was already out of the car. They had me sitting on the side of the, on the side |
| 14 | | of the road. |
| 15 | | |
| 16 | CAMPOS: | Did you see any of the officers trying to help Xavier after-afterwards? |
| 17 | | |
| 18 | GARCIA: | I seen, like, them standing all where he was at in the area, but the van was |
| 19 | | blocking my whole view. |
| 20 | | |
| 21 | CAMPOS: | OK, so you couldn't see if they were trying to- |
| 22 | | |
| 23 | GARCIA: | No, no. |
| 24 | | |
| 25 | CAMPOS: | ...provide medical aid or anything like that? |
| 26 | | |
| 27 | GARCIA: | No. I heard that they were. I kept hearing them saying call the, um, they wanted |
| 28 | | a medic, the medic to come and they kept saying call, I don't know what |
| 29 | | terminology what they were saying, but I-I knew that it had to do with, uh, |
| 30 | | medics, but I didn't know it was for Xavier at first. |
| 31 | | |
| 32 | CAMPOS: | OK. And how-how soon after you heard the shots did you hear that, them |
| 33 | | [inaudible] |
| 34 | | |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

LOPEZ 1 (CITY) 0167

| | | |
|---|---|---|
| 1 | GARCIA: | Cuz I kept asking what happened, but the officer that was talking to me didn't |
| 2 | | know also what happened cuz he said he wasn't there, but finally somebody came |
| 3 | | over when he said exactly, I need the, like, the medics. |
| 4 | | |
| 5 | CAMPOS: | OK. |
| 6 | | |
| 7 | GARCIA: | And that's when they finally told me that it was Xavier. |
| 8 | | |
| 9 | CAMPOS: | OK.  OK, um, I don't have anything right now. |
| 10 | | |
| 11 | ONTKO: | Um, just when everything was said and done, I know you said, uh, initially you |
| 12 | | didn't know Monica was in the car, but you, did you have a chance to see her? |
| 13 | | |
| 14 | GARCIA: | I did.  Actually when, just before I got out of the car. |
| 15 | | |
| 16 | ONTKO: | Did she say anything to you- |
| 17 | | |
| 18 | GARCIA: | No, her window was up. |
| 19 | | |
| 20 | ONTKO: | ...about what happened? |
| 21 | | |
| 22 | GARCIA: | No. |
| 23 | | |
| 24 | ONTKO: | She didn't say, did you ask her what happened? |
| 25 | | |
| 26 | GARCIA: | No. |
| 27 | | |
| 28 | ONTKO: | No you never asked. |
| 29 | | |
| 30 | GARCIA: | All-all I did is right-right away I seen Xavier this way, I pull up, I'm looking this |
| 31 | | way and then when I go to put my-my-my, um, car in gear, that's when I seen |
| 32 | | her-her shadow, cuz he has tinted windows, through the tint. |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 39

| | | |
|---|---|---|
| 1 | ONTKO: | But I'm talkin about when everything is done, you guys are out of the cars- |
| 3 | CAMPOS: | No I didn't. After that I didn't talk. |
| 5 | ONTKO: | …sitting next [inaudible] |
| 7 | CAMPOS: | No, we didn't sit next to each other. They had us separated from the beginning. |
| 9 | ONTKO: | So you never had a chance to talk? |
| 11 | GARCIA: | No, no. |
| 13 | ONTKO: | OK. |
| 15 | GARCIA: | She sat right behind his car and they had me over to the corner more and I was just more hurt of what was going on with him and I just told her, she di-she goes something happened to him. And I go yeah, from what I was seeing. I was like, he's been shot they said. She goes I know. |
| 20 | ONTKO: | OK. |
| 22 | GARCIA: | That's the only words we exchanged. |
| 24 | ONTKO: | OK. |
| 26 | CAMPOS: | Um, my partner and I are gonna step out for a second, OK. |
| 28 | GARCIA: | Uh-huh. |
| 30 | CAMPOS: | And then we're just gonna talk a little  bit and make sure we don't have any mother questions for you. |
| 33 | GARCIA: | OK. |
| 35 | CAMPOS: | We appreciate you coming down here. We appreciate you being very patient |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia
Interview Date: January 26, 2021
Page 40

LOPEZ 1 (CITY) 0169

| | | |
|---|---|---|
| 1 | | with us.  We appreciate you letting us search your vehicle.  We appreciate all that |
| 2 | | stuff OK.  Um, the last that I know of Xavier was he was put into surgery.  He's |
| 3 | | out of surgery and he's alive. |
| 4 | | |
| 5 | GARCIA: | OK. |
| 6 | | |
| 7 | CAMPOS: | OK.  I-I don't, I don't know, I don't know the termin-I-I don't know if he's critical |
| 8 | | or he's not.  He-he maybe because of the, because of the fact that he was, he |
| 9 | | sustained gunshot wounds, um, but that's about all I have for you right now, OK. |
| 10 | | |
| 11 | GARCIA: | OK. |
| 12 | | |
| 13 | CAMPOS: | They're not gonna let you see him, OK. |
| 14 | | |
| 15 | GARCIA: | No, I know. |
| 16 | | |
| 17 | CAMPOS: | Because he is technically- |
| 18 | | |
| 19 | GARCIA: | Because he's gonna be in custody.  I understand. |
| 20 | | |
| 21 | CAMPOS: | He is, OK, for-for a few things, one being- |
| 22 | | |
| 23 | GARCIA: | I just wanted to know if he's gonna be OK, that's all. |
| 24 | | |
| 25 | CAMPOS: | OK, and as-as- |
| 26 | | |
| 27 | GARCIA: | [inaudible] |
| 28 | | |
| 29 | CAMPOS: | As far as I know right now, he is, but like I said that's, I-I don't know. |
| 30 | | |
| 31 | GARCIA: | Right. |
| 32 | | |
| 33 | CAMPOS: | Thinks change minute by minute with people's health- |
| 34 | | |
| 35 | GARCIA: | I know. |
| 36 | | |

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 41

| | |
|---|---|
| 1<br>2<br>3 | CAMPOS: | and stuff like that so.   They're not gonna let you see him for-for two reasons.  One, because again, he's in custody and also, you know, because of COVID restrictions and stuff like that- |

1  CAMPOS:   and stuff like that so.   They're not gonna let you see him for-for two reasons. One, because again, he's in custody and also, you know, because of COVID
3          restrictions and stuff like that-

5  GARCIA:   Right.

7  CAMPOS:   ...they won't let people in the hospital I don't believe.  So let us step out.  We'll
8          figure it out and then we can get you outta here, you know, go home and-and try
9          to get some rest, OK.

11 GARCIA:   Alright, thank you.

13 CAMPOS:   Thank you so much, Marisol.

15 GARCIA:   You're welcome.

17 CAMPOS:   OK, it is 1036 hours.  Investigator Campos and Ontko goin off tape.

19 END OF RECORDING

20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36

Interview with: Marisol Garcia

Interview Date:  January 26, 2021

Page 42

LOPEZ 1 (CITY) 0171