# "EXHIBIT M"

```
 1              Videotaped deposition of Marisol Garcia, taken

 2      before Grace A. DiBernardo, Certified Shorthand Reporter

 3      No. 10322, for the State of California, with the principal

 4      office in the County of Orange, commencing on Monday,

 5      October 30, 2023, 9:52 a.m., at 3750 University Avenue,

 6      Suite 250, Riverside, California.

 7

 8      APPEARANCES OF COUNSEL:

 9      CO-COUNSEL FOR THE PLAINTIFF AND THE WITNESS:

10              LAW OFFICES OF DALE K. GALIPO
                21800 Burbank Boulevard
11              Suite 310
                Woodland Hills, California 91367
12              818.347.3333
                BY:  Marcel F. Sincich, Esq. (Via Zoom)
13              msincich@galipolaw.com

14
                LAW OFFICES OF GRECH & PACKER
15              7095 Indiana Avenue
                Suite 200
16              Riverside, California 92506
                951.682.9311
17              BY:  Trenton C. Packer, Esq.
                tpacker@grechpackerlaw.com
18

19
        FOR THE DEFENDANT CITY OF RIVERSIDE AND EVAN WRIGHT:
20
                OFFICE OF THE CITY ATTORNEY - RIVERSIDE
21              3750 University Avenue
                Suite 250
22              Riverside, California 92501
                951.826.5567
23              BY:  Debra K. Cook, Esq.
                dcook@riversideca.gov
24

25
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | forward or sideways.                                     |
|       | 2  | Q    They were above his head?                           |
|       | 3  | A    Not that I recall.  Above his head, no.  I don't    |
|       | 4  | believe -- I don't believe they were that high.          |
| 10:29 | 5  | Q    Do you remember seeing him pull a gun on the        |
|       | 6  | officer?                                                 |
|       | 7  | A    No, I do not, because I even asked what -- like I   |
|       | 8  | believe that's what I asked the officer.  I just remember|
|       | 9  | -- I mean -- I -- I -- no, I don't.                      |
| 10:30 | 10 | Q    I just want to make sure.  Are you saying now       |
|       | 11 | that you did not know he had a gun at the time?          |
|       | 12 | A    Yeah, I did not know he had a gun at the time.      |
|       | 13 | Q    Do you know if he has a gun now?                    |
|       | 14 | A    No, I do not know.  I don't speak to him too        |
| 10:30 | 15 | often.  We don't live together.  Usually sometimes I don't|
|       | 16 | even know when he gets put in jail.  My mom will let me  |
|       | 17 | know.  It's really it.                                   |
|       | 18 | Q    Do you know if he's ever had a gun?                 |
|       | 19 | A    No.                                                 |
| 10:30 | 20 | MR. PACKER:  Objection; relevance.                       |
|       | 21 |       Go ahead.                                          |
|       | 22 | THE WITNESS:  No, he had mentioned to me that he was     |
|       | 23 | interested in -- of guns, and because, you know,         |
|       | 24 | everything that's been going on, and I told him they're  |
| 10:31 | 25 | dangerous.  I don't remember.                            |

|       |    |                                                           |
|-------|----|-----------------------------------------------------------|
|       | 1  | Q   So we talked a little bit before about Xavier         |
|       | 2  | Lopez's, your son's drug use.  You mentioned you weren't  |
|       | 3  | aware of it?                                              |
|       | 4  | A   (Witness nods head up and down.)                      |
| 10:38 | 5  | Q   And --                                                |
|       | 6  | A   I know we've had arguments about it before, yeah.     |
|       | 7  | So I would like to state in there, I believe, yeah, I've  |
|       | 8  | been around him under the influence before.               |
|       | 9  | Q   Do you understand that methamphetamine was his        |
| 10:38 | 10 | drug of choice?                                           |
|       | 11 | MR. PACKER:  Objection; relevance, speculation.           |
|       | 12 | THE WITNESS:  That and drinking.  I know he's drinked     |
|       | 13 | (sic) in front of me.                                     |
|       | 14 | BY MS. COOK:                                              |
| 10:39 | 15 | Q   Do you have any knowledge of him having a             |
|       | 16 | substance abuse problem with those drugs?                 |
|       | 17 | A   Well --                                               |
|       | 18 | MR. PACKER:  Objection -- hold on a second.               |
|       | 19 | Objection; relevance.                                     |
| 10:39 | 20 | THE WITNESS:  Sorry.  Any use of drugs, I believe, is     |
|       | 21 | a substance abuse problem.                                |
|       | 22 | BY MS. COOK:                                              |
|       | 23 | Q   Are you aware that your son was involved in           |
|       | 24 | gangs?                                                    |
| 10:39 | 25 | MR. PACKER:  Objection; relevance, speculation, lack      |

```
 1    of personal knowledge.
 2         THE WITNESS:  I'm aware, yeah, he was affiliated.
 3    BY MS. COOK:
 4    Q    And that's been since he was 16 years old?
 5    A    Yes.
 6    Q    Do you know what gang it was?
 7         MR. PACKER:  Objection; relevance, speculation.
 8         THE WITNESS:  SRL.
 9    BY MS. COOK:
10    Q    What is that?
11    A    South --
12    Q    Is it Southwest Rivas?  I can't remember.  We
13    should look it up.  It is Southwest Rivas?  What do you
14    call it?
15    A    Not west.
16    Q    South Rivas?  Southside.  Young people.
17    A    SRL.
18    Q    SRL.
19    A    Sur Riva Locotes is what it is.
20         THE COURT REPORTER:  I can't write that.
21         THE WITNESS:  S-u-r, Riva, R-i-v-a, Locotes,
22    L-o-c-o --
23         THE COURT REPORTER:  Thank you.
24         THE WITNESS:  Uh-huh, you're welcome.
25    ///
```

```
          1    BY MS. COOK:
          2         Q    Have you ever heard him referred to as Sniper?
          3         MR. PACKER:  Objection; relevance, speculation.
          4         THE WITNESS:  As his nickname, yes.
10:40     5    BY MS. COOK:
          6         Q    Do you know who gave him that nickname?
          7         MR. PACKER:  Objection; relevance, speculation.
          8         THE WITNESS:  I do not know, because I do not talk to
          9    any of his friends.
10:40    10    BY MS. COOK:
         11         Q    Was it a nickname in connection with his
         12    involvement with the gang?
         13         A    I'm sorry.  Take that back.  I do talk to his
         14    friends.  I don't talk to -- affiliate to them in there,
10:40    15    but I believe it was his friends.
         16         Q    Was it his friends in the gang --
         17         A    Yeah.
         18         Q    -- that gave him that name?  Do you have -- do
         19    you have any -- do you know why they gave him that name?
10:40    20         MR. PACKER:  Objection; relevance, speculation.
         21         THE WITNESS:  I have no idea.
         22         MR. PACKER:  Wait for me.
         23         THE WITNESS:  Okay.
         24    BY MS. COOK:
10:41    25         Q    Do you have a nickname for Xavier?
```

```
          1      A     For Xavier?
          2      Q     Yes.
          3      A     Fat man, Xavier.  My daughter called him Travi.
          4    I call him Mijo.
10:41     5      Q     Do you ever call him X?
          6      A     No, I don't call him X too often, but the family
          7    does.  Every so often they throw X out there.  It's from
          8    his name because a lot of people say his name is Javi or
          9    Javier, and that is not his name.  His name is Xavier.
10:41    10    It's tattooed on my leg.
         11      Q     As he was growing up, did he ever have any
         12    run-ins with the police?
         13           MR. PACKER:  Objection; relevance.
         14           THE WITNESS:  Growing up, he's like what age level?
10:41    15    BY MS. COOK:
         16      Q     Let's start as he's a teenager.
         17      A     As a teenager, he was raised at my mom's house.
         18    So for the cops going -- the officers going for my
         19    brothers all of the time, they got to know Xavier, but for
10:42    20    himself, not really at all as a teenager, but then he did
         21    go to Juvenile Hall.
         22      Q     And he got into selling drugs?
         23      A     I'm sorry?
         24           MR. PACKER:  Objection.
10:42    25    ///
```

```
         1   BY MS. COOK:
         2       Q    Did he get into selling drugs?
         3       MR. PACKER:  Objection; relevance, improper character,
         4   speculation.
10:42    5            Go ahead.
         6       THE WITNESS:  May I answer?
         7       MR. PACKER:  Yes.
         8       THE WITNESS:  Yes.
         9   BY MS. COOK:
10:42   10       Q    That's when he got into the gangs?
        11       A    Yes, about the same time.
        12       Q    Have you ever seen him shoot a gun?
        13       MR. PACKER:  Objection; relevance.
        14       THE WITNESS:  I don't recall honestly.
10:42   15   BY MS. COOK:
        16       Q    Did he ever give you a reason of why he needed a
        17   gun?
        18       A    Yes.
        19       Q    What was that reason?
10:42   20       A    He got jumped.  He got tooken (sic) off the road,
        21   him and a friend.  They -- he got threatened a lot of
        22   times.  That's as far as I know.
        23       Q    Do you know who was threatening him?
        24       A    I don't.  This is the time that I pulled away
10:43   25   from him when we weren't talking as much.
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Q    You've tried to correct him into stop with the          |
|       | 2  | drugs and that type of thing?                                |
|       | 3  | A    I have, but not as -- like I said, he was raised        |
|       | 4  | at my mom's house, not as much structure, and not as much    |
| 10:43 | 5  | as I like.  I'm not proud of it, but I give him direction,   |
|       | 6  | but it's not like -- how do you say -- like mothers          |
|       | 7  | should.                                                      |
|       | 8  | Q    Can you kind of describe the relationship that          |
|       | 9  | Xavier and Carina had at about the time of the shooting?     |
| 10:44 | 10 | A    It was rocky, very rocky.  The incident with Baby       |
|       | 11 | Girl became very much, but they still talked, and they       |
|       | 12 | still came around, and they kept giving Xavier chances of    |
|       | 13 | talking with them and all kinds of things like that so --    |
|       | 14 | Q    Do you know of Xavier ever being violent?               |
| 10:44 | 15 | A    What do you mean?  In the house?                        |
|       | 16 | Q    Yeah, let me back up a bit.  Was he violent --          |
|       | 17 | A    With Carina, no, I'm not aware of that.  Believe        |
|       | 18 | me, I would be a certified bitch.  I am not aware of that.   |
|       | 19 | At home, he gets in his moods, he get temperamental, yes,    |
| 10:44 | 20 | but knowing him as violent, as going to hurt somebody        |
|       | 21 | intentionally, no.                                           |
|       | 22 | Q    How about property damage, have you ever known          |
|       | 23 | him to destroy other people's property?                      |
|       | 24 | MR. PACKER:  Objection; relevance.                           |
| 10:44 | 25 | THE WITNESS:  Property damage, I've known him to like        |

```
         1   probably grab something of mine and throw it on the floor,
         2   yeah.
         3   BY MS. COOK:
         4       Q    Have you ever known him to get upset with
10:45    5   something that's going on with Carina and then he damaged
         6   either her property or her parents' property or the
         7   neighbor's property?
         8       A    Yes, I'm aware of that.
         9       MR. PACKER:  Hold on just a second.
10:45   10            I'm going to object belatedly; irrelevant.
        11            So just wait for just a moment and let me get my
        12   objection out.
        13       THE WITNESS:  I'm sorry.
        14   BY MS. COOK:
10:45   15       Q    How did you come to be aware of that?
        16       MR. PACKER:  Same objection.
        17       THE WITNESS:  He told me.
        18   BY MS. COOK:
        19       Q    What did he say about that?
10:45   20       A    He came home crying, and he said he can't believe
        21   the way he behaved.
        22       Q    So he regretted it?
        23       A    Yeah.
        24       Q    Did he say why he did it?
10:45   25       MR. PACKER:  Objection; speculation.
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | for that person?                                             |
|       | 2  | A    Like I said, it was still undergoing                    |
|       | 3  | investigation when all of this happened, because she was     |
|       | 4  | temporarily placed with my son.  Then she was placed back    |
| 10:47 | 5  | with her mom, and I believe that was the incident she's      |
|       | 6  | talking about, when she was placed with us, with my son,     |
|       | 7  | and then the visitation -- she didn't understand why she     |
|       | 8  | was being taken from her mom.  I believe that's November.    |
|       | 9  | I believe that's what she's talking about in that            |
| 10:47 | 10 | incident.                                                    |
|       | 11 | THE VIDEOGRAPHER:  Can I get you to raise your mic off       |
|       | 12 | the table?                                                   |
|       | 13 | THE WITNESS:  I apologize.                                   |
|       | 14 | BY MS. COOK:                                                 |
| 10:47 | 15 | Q    So there was a text between you and Carina where        |
|       | 16 | you said to Carina on 1-28, two days after the shooting,     |
|       | 17 | "I promise one thing on my life, I'll see you around.  You   |
|       | 18 | shouldn't have f-u-c-k-e-d with my mijo."                    |
|       | 19 | Do you know what you meant by that?                          |
| 10:48 | 20 | A    Yeah.  Like I told her, and I'll say it again,          |
|       | 21 | those feelings that I went through, she will soon feel       |
|       | 22 | those feelings, because she has a child now in her care      |
|       | 23 | being raised.  No mother should ever, ever go through that   |
|       | 24 | kind of hurt, ever.  That kind of feeling -- I'm thankful    |
| 10:48 | 25 | he's alive, but that feeling that because it's a lot of      |

```
 1                        CERTIFICATE

 2                            OF

 3                  CERTIFIED SHORTHAND REPORTER

 4                       *    *    *    *

 5

 6          The undersigned Certified Shorthand Reporter

 7   of the State of California does hereby certify:

 8          That the foregoing Deposition was taken before

 9   me at the time and place therein set forth, at which time

10   the Witness was duly sworn by me.

11          That the testimony of the Witness and all

12   objections made at the time of the Deposition were

13   recorded stenographically by me and were thereafter

14   transcribed, said transcript being a true and correct copy

15   of the proceedings thereof, and that a review of the

16   original transcript was requested.

17          That the dismantling of the original transcript

18   will void the reporter's certificate.

19          I further declare that I have no interest in

20   the outcome of the action.

21          In witness whereof, I have subscribed my name,

22   this date:  November 10, 2023      .

23

24                              [signature]

25                         Grace A. DiBernardo, CSR No. 10322
```