# "EXHIBIT N"



# Riverside Police Department
# Officer Report

File Number:
210002558-001

## Administrative Information

| | | | |
|---|---|---|---|
| Subject: | OIS - OFFICER INVOLVED SHOOTING | | |
| Date(s) and Time(s) of Occurrence Or Between: | // | | |
| Location Of Occurrence: | 4610 Tomlinson Ave RIVERSIDE | | |
| Date/Time Reported: | 1/26/2021 3:29:03 PM | Day: | |
| Date Of Report: | 1/26/2021 5:47:20 PM | Type Of Premises: | |
| NPC: | RD: PJ09 | Beat: | 5 |
| Was There a Witness To The Crime? | | | |
| Can a Suspect Be Named Or Identified? | | By Whom? | |
| Can a Suspect Vehicle Be Identified? | | By Whom? | |

## Code Section Classification:

## Records Section

| | | | |
|---|---|---|---|
| Reporting Officer: | 1851-Mercado, Sergio | | |
| 115 Qualified: | Yes | | |
| Send Copies Of This Report To: | | | |
| DOJ/NCIC Entered? | | Name/ID | |
| DOJ/NCIC Cancelled? | | Name/ID | |
| APR Sent? | | Name/ID | |
| APB Sent? | | Name/ID | |

## Public Narrative

An officer involved shooting occurred.

## Supervisor Approving

| | |
|---|---|
| Approving Supervisor: | 1252 - Reddick, Mark A |
| Date Reviewed: | 1/28/2021 12:00:00 AM |

DISTRICT ATTORNEY COPY

## Other Entities

| | | | |
|---|---|---|---|
| Name: | **Avila, Carina Hilary** | | |
| Entity Type: | **Other (Person)** | Code: | **01** |



# Riverside Police Department
# Officer Report

File Number:
210002558-001

| Phone Type | Phone Number |
|---|---|
| Mobile | (909) 815-6244 |

**Evidence Information**

| | | | |
|---|---|---|---|
| **Physical Evidence Present?** | | Physical Evidence Seized? | |
| Photographs Taken? | | Photographer? | |
| Weapon Seized? | | Weapon(s) Taken For Safety? | |
| Gang Related? | | Sensitive Data? | |
| Fingerprint Search Made? | | Fingerprints Obtained? | |
| Narcotics Seized? | | Narcotics Field Tested? | |
| Audio Recording Available? | | In Car Recording Available? | |
| Body Worn Camera Recording Available? | | | |
| Type of Weapon, Force, Or Device Used? | | | |

ıtive:

DISTRICT ATTORNEY COPY

**Narrative**

**Evidence:**

The incident was video and audio recorded using my department issued body worn video system

**Source:**

On Tuesday, January 26, 2021, partner Officer J. Vasquez and I were working full uniform patrol in a clearly marked black and white Riverside Police Department vehicle in the City and County of Riverside. At approximately 1609 hours, METRO Officers advised they were involved in an officer involved shooting at 4610 Tomlinson Ave., in the City and County of Riverside.

**Narrative:**

We responded to the scene and arrived at approximately 1611 hours. We blocked north bound traffic from entering the intersection at Tomlinson Ave. and Cook Ave. using our marked patrol vehicle. I spoke with METRO Officer Lopez who said the residence needed to be cleared to ensure the residents at home were not struck by gun fire. We conducted a welfare check of the residence and all residents inside were uninjured.

I was tasked with speaking with the residents inside of 4610 Tomlinson Ave. and obtained the following statement.

**01/Carina Avila Summarized Statement:**



# Riverside Police Department
# Officer Report

File Number:
210002558-001

She told me the suspect was the father to their daughter, O2[redacted] Lopez. Approximately one week ago, she was threatened by the suspect with a handgun and reported the incident to Police (Refer to PD Report for further).

She was standing near the front door of the residence when she saw the suspect walking down the driveway and heard someone say to the suspect, "Hey, Xavier." He turned around and they told him to take his hands out of his sweater, then a shooting occurred. She said when he was reaching inside of his sweater, she was unable to see what he was reaching for because there was a vehicle in the driveway that obstructed her vision. She said he turned around with his hands to the front of his body, but was unable to see if he had anything in his hands because he turned around and had his back faced towards her. She heard two shots, and said she was unable to provide any further details due to her vision being obscured by the vehicle in the driveway.

**<u>O3/Antonio Avila Statement:</u>**
He was in his backyard mixing paint and did not witness the incident occur. He only heard police yell, "Hands up, hands up!"

He said in the past, the suspect had broken a door at the residence so he was no longer allowed at the residence. In the past, he had got in a verbal argument with the suspect because he had asked him to leave the residence. The suspect told him, "What the fuck is your problem, mother fucker?" He escorted him out of the residence and when the suspect was leaving, he threw a water bottle at his daughter's car. He grabbed the phone to call Police, and the suspect wanted to take away the phone. The suspect asked him to go to the driveway and threatened to get in a physical altercation with him. He said during the incident, he had not seen him with any firearms, but believed he did carry firearms because during that verbal altercation, the suspect lifted his pants and fidgeted with his pants like he had a firearm, but was not sure if he was armed that day.

**<u>O4/Hilaria Avila Statement:</u>**
She was in her bedroom sleeping and did not witness or hear anything

**<u>O5/Leonor Macias:</u>**
She was in the restroom when she heard two shots being fired, but did not witness anything

**<u>O6/Camarillo Campos Statement:</u>**
He was in the backyard and did not see anything, but heard two shots.

**<u>Investigative Actions:</u>**
We spoke with the residents at 4606 Tomlinson Ave., 4618 Tomlinson Ave., and 4628 Tomlinson Ave., but were unable to locate any additional witnesses or video surveillance cameras. We transported Marisol Garcia to RPD Magnolia Station where we met with Riverside Police Department detectives and subsequently cleared from the call.

Refer to additional supplemental and initial reports for additional information.

DISTRICT ATTORNEY COPY