# "EXHIBIT O"

ALICE VICTORIA GARCIA HERNANDEZ         10/18/2023

```
 1            Videotaped deposition of Alice Victoria Garcia

 2   Hernandez, taken before Grace A. DiBernardo, Certified

 3   Shorthand Reporter No. 10322, for the State of California,

 4   with the principal office in the County of Orange,

 5   commencing on Wednesday, October 18, 2023, 3:03 p.m., at

 6   3750 University Avenue, Suite 250, Riverside, California.

 7

 8

 9   APPEARANCES OF COUNSEL:

10   CO-COUNSEL FOR THE PLAINTIFF:

11            LAW OFFICES OF DALE K. GALIPO
              21800 Burbank Boulevard
12            Suite 310
              Woodland Hills, California 91367
13            818.347.3333
              BY:  Benjamin S. Levine, Esq.
14            blevine@galipolaw.com

15            LAW OFFICES OF GRECH & PACKER
              7095 Indiana Avenue
16            Suite 200
              Riverside, California 92506
17            951.682.9311
              BY:  Trenton C. Packer, Esq. (Not present)
18            tpacker@grechpackerlaw.com

19

20   FOR THE DEFENDANT CITY OF RIVERSIDE:

21            OFFICE OF THE CITY ATTORNEY - RIVERSIDE
              3750 University Avenue
22            Suite 250
              Riverside, California 92501
23            951.826.5567
              BY:  Debra K. Cook, Esq.
24            dcook@riversideca.gov
              BY:  Cecilia Rojas, Esq.
25            crojas@riversideca.gov
```

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
 1      A    I do.

 2      Q    Okay.  How do you know him?

 3      A    He is my sister's boyfriend, the father of my

 4 niece, and that's how I know him.

 5      Q    Do you know if they are today boyfriend and

 6 girlfriend or was that a past relationship?

 7      A    I don't know.  They're always on and off.

 8      Q    Okay.  And how long has -- have they been

 9 together?

10      A    They've been on and off for about -- my niece, I

11 think, is eleven years old.  So for eleven years.

12      Q    So have you seen Mr. Lopez on and off for that

13 period of time?

14      A    Unfortunately, yes.

15      Q    And how would you describe your relationship with

16 Mr. Lopez?

17      A    I hate him.  He's a very awful person.

18      Q    Okay.  Have you always hated him?

19      A    Since the moment I met him, yes.

20      Q    What about him, when you met him, made you hate

21 him?

22      A    His criminal lifestyle.  He's a very heinous

23 person, hurts others, and has no regard -- no, no -- how

24 do you say it -- disregard or regard for anybody's safety

25 while being -- hurts people, just for his own convenience.
```

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

|  |  |  |  |
|---|---|---|---|
|  | 1 | Q | And you knew this from the first time you met |
|  | 2 | him? |  |
|  | 3 | A | You can tell a person from a mile away who (sic) |
|  | 4 | their colors are, who (sic) their true colors are. |  |
| 03:16 | 5 | Q | And has -- did you have any cause in those 11 |
|  | 6 | years to witness him do any criminal activity? |  |
|  | 7 | A | Yes, actually.  He's, you know, done a lot of |
|  | 8 | things. |  |
|  | 9 | Q | Could you kind of overview for us what those |
| 03:17 | 10 | were? |  |
|  | 11 | A | He's done a lot towards my parents' property, |
|  | 12 | breaking windows, slashing tires.  He's harassed and |  |
|  | 13 | threatened many -- a couple of my neighbors and tenants |  |
|  | 14 | that we have, and he's -- I'm pretty sure that's not all. |  |
| 03:17 | 15 | There's more to that, more things he's done. |  |
|  | 16 | Q | Have you ever seen him threaten any of these |
|  | 17 | people? |  |
|  | 18 | A | I've seen him break windows. |
|  | 19 | Q | Do you know why he was breaking the windows? |
| 03:17 | 20 | A | Sorry.  Can I -- |
|  | 21 | Q | Yes.  Do you want to take a quick break or do you |
|  | 22 | want a moment? |  |
|  | 23 | A | I just wish people would understand how -- what a |
|  | 24 | disgusting and horrible person he is.  He's -- he gets mad |  |
| 03:18 | 25 | -- or he would get mad at my sister for stupid reasons, |  |

Global Access Litigation Services
(949) 220-0449

ALICE  VICTORIA  GARCIA  HERNANDEZ          10/18/2023

1    come to the house, break windows, try to come in, and it's

2    -- slash tires, and I just -- the list goes on, steal

3    things, break into the house, you know, take things here

4    and there, not just from -- from different people, you

03:18  5    know, damaged my neighbors' properties.  There's a lot of

6    things that he's done.

7         Q     I guess I'm wondering, has he ever stolen

8    anything from you?

9         A     It's been 11 years since we've dealt with him.  I

03:19  10   can't remember.  I mean, he stole my peace, my peace of

11   mind.  I can't sleep knowing that he's out there on the

12   streets.

13        Q     So I guess I'm wondering, has he ever threatened

14   you?

03:19  15        A     He has actually.

16        Q     And how did he do that?

17        A     In the way where -- like, for instance, he would

18   -- one time he actually came in the morning.  Everybody

19   was asleep.  This, I do recall, because I remember this.

03:19  20   My dog was barking like crazy, and my dog was -- it was a

21   bark where I knew something was wrong, and so I'm always

22   living -- before he -- you know, this incident happened, I

23   was always living on the edge knowing -- what he is going

24   to do now?  Is he going to break a window?  God forbid he

03:20  25   ever comes and even kills one of us.  That's how crazy he

Global  Access  Litigation  Services
(949)  220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
     1    is, you know, and so one morning, it was like 5 in the

     2    morning, and I got up because my dog was barking, and I

     3    love to garden.  So I always have like a machete to cut

     4    down trees.

03:20 5              (Interruption in the proceedings.)

     6         THE COURT REPORTER:  We have to go off the record.

     7         THE VIDEOGRAPHER:  The time is 3:21 p.m., and we are

     8    off the record.

     9              (Recess held.)

03:22 10        THE VIDEOGRAPHER:  Here begins Media No. 2 in the

    11    continuing deposition of Alice Victoria Garcia.  The time

    12    is 3:22 p.m., and we are back on the record.

    13         THE WITNESS:  Okay.  So I love to garden, and I have

    14    all types of gardening tools, and with that I have a

03:22 15   machete that I use to cut down branches and things like

    16    that.  Well, when my dog started barking, I grabbed the

    17    machete.  I walk out -- I rent the back house per se.  So

    18    I walk out my back door, and I go to where my dog is

    19    barking, and he pops up out of the corner.

03:22 20             I got scared, and he told me -- he told me -- I

    21    remember that day, he told me, "Well, you're not going to

    22    do anything with that machete.  Either way, I'm going to

    23    come back."  Right there and then, I knew, you know.  I

    24    told him, "You need to leave.  You need to leave, because,

03:23 25   you know, you are not allowed to be here.  You are" -- my
```

Page 19

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

03:23   1    parents do not allow him at the house, and he came in to
        2    try to break into my sister's window, and thank God my dog
        3    alerted me, and, you know, I made him leave.  You know, I
        4    had the machete in my hand.  I told him, "You need to
        5    leave or I will protect my family.  I will protect
        6    myself," and I don't know if he was armed.  He always --
        7    he's always armed, always, and so I knew that it was a
        8    life-or-death situation if I don't -- if I put it down,
        9    there could be -- I have reason to believe that he
03:23   10   probably could or maybe would have killed me, who knows,
        11   but since I had something in my hands to protect myself,
        12   he walked out that gate, and he left.
        13   BY MS. COOK:
        14       Q    And by "he," you're referring to Xavier Lopez?
03:24   15       A    Xavier Lopez.
        16       Q    And do you remember when this happened?
        17       A    Oh, gosh.  It was years ago.  My dog is seven
        18   years old.  So it was probably like about, I would say,
        19   four.
03:24   20       Q    Four years ago?
        21       A    Around there.
        22       Q    So this is 2023.  Toward the end of 2021 is when
        23   the incident happened with the shooting.
        24       A    It was probably --
03:24   25       Q    Estimate, two years before that?

ALICE  VICTORIA  GARCIA  HERNANDEZ                10/18/2023

1        A      Probably, yes.

2        Q      Okay.  So you live in fear of Mr. Lopez?

3        A      I always, to this day.  As soon as -- he's always

4    in and out of jail.  He's a criminal.  He should be kept

03:24   5    there, and the moment he steps out of jail, I can't sleep

6    at night knowing that if my dog goes barking, he's at the

7    window trying to break in.  It's always him trying to do

8    something, and I can -- I live in fear that -- knowing

9    that something can happen to my little sister.  Something

03:25  10    can happen to my parents, you know, to my family, to my

11    family's property.  It's a constant fear.

12        Q      So in the last two years since the shooting, have

13    you seen Mr. Lopez?

14        A      No, because I believe he was in jail.

03:25  15        Q      Okay.

16        A      I think those were the peaceful times in my life.

17        Q      Are you still afraid of him today?

18        A      Yes, because he is a very horrible person.  He

19    has a very horrible criminal background, and I've heard

03:25  20    the things that he's done to people, the pain he's caused

21    to people, and I'm -- I'm scared of him, but at the same

22    time, I'm not scared of him.  I'm not scared to defend

23    myself.  I will do whatever I have to do to defend me and

24    my family, but I'm scared of the fact of him doing

03:26  25    something to the people I love and me not being there to

Global  Access  Litigation  Services
(949)  220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

1    protect them.  So that's what scares me.

2        Q    You said that he's always armed.  How is it that

3    you know that?

4        A    He's -- you know, if you look at his criminal

03:26  5    record, he's always getting locked up for, you know,

6    firearms or whatnot.  He's always -- he always -- he's

7    armed either with knives, guns or something.  He's

8    always --

9        Q    Have you ever seen him armed, show you any kind

03:26 10    of a weapon?

11       A    You know, I have not, because he hides them.

12       Q    Where does he hide them?

13       A    You know, I'm going to tell you of an incident

14    that happened.  I'm scared of telling you, because this

03:27 15    might put me in a tough situation.  I'm going to tell you

16    either way.  I do remember that a week before -- a week

17    and a half before the whole incident where he got shot,

18    him and my sister -- or Xavier Lopez and Carina were not

19    on.  Carina was not on good terms with him, and I guess he

03:27 20    was watching the house.  Creepily, he was watching the

21    house, and a week before that happened, the whole

22    incident, everybody -- I guess he was watching the house,

23    because my dad and I and my other sister left.  We went

24    out to eat, and Carina was left alone with █████, and

03:28 25    Carina told me that he walked in, and he was armed.  I

Page 22

ALICE  VICTORIA  GARCIA  HERNANDEZ        10/18/2023

```
          1   can't remember correctly if she told me that he had a
          2   sweater or if he had a shirt on, and he just lifted up his
          3   shirt while my niece was there with her.  My niece didn't
          4   see the gun on him, but she said that he lifted, you know,
03:28     5   his garment to show that he had a gun, threatened --
          6   basically threatening her.  That, to me, is a threat.  If
          7   I'm going to show you that I have an arm -- that I'm
          8   armed, I'm threatening you, and any law enforcement --
          9   anybody in the criminal justice field will tell you that,
03:28    10   you know, and so when I came back -- I believe there was a
         11   police report on that.
         12        So when I came back, my sister told me what
         13   happened, and it tore me to pieces that I wasn't able -- I
         14   wasn't there, you know.  We had just left.  So he -- so
03:28    15   this is why I live in fear, because he was sitting there
         16   watching the house.  From what angle was he watching the
         17   house?  Because I'm always watching the cars that are
         18   driving by and if I see a car drive by more than two
         19   times, I'm -- I start getting the license plates down.  I
03:29    20   start seeing if I can see the facial features on that
         21   person, remember what they're wearing, because I live in
         22   constant fear for that reason, that he went in that night
         23   when nobody was around to threaten my little sister, and
         24   my niece was there.  What the -- what heinous person would
03:29    25   do that to their own child?  What monster would threaten
```

Global  Access  Litigation  Services
(949)  220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

1    the mother of their child while their child is there?

2    That is disgusting.  What a disgusting human being.

3         Q    I want to take you to the day of the shooting.

4    Now, you probably -- you might have seen him with a gun on

03:30    5    that day.

6         A    Well, that day, after that incident where he

7    walked and threatened my sister, whatever, my sister was

8    -- my niece didn't want to see her dad for a while, and it

9    just so happened that she wanted to see her dad.  So my

03:30   10    sister had told me, "Hey, he's going to come, and you

11    already know what happened a week before.  So let's lock

12    up the gate, and when he comes, we'll have ████ walk

13    outside.  You can unlock the gate for him -- for her, and

14    she can walk out and lock it behind, just because we don't

03:30   15    know if he's going to come in."  If he threatened my

16    sister like that, you don't know if he is going to come

17    and kill her.  At that point, that's the first thing that

18    comes to our minds.

19         Mind you that around that time, one of my other

03:30   20    sisters was living there with us, and my mom, and her two

21    children were there as well, and so when she told me that

22    he was going to come, all of the kids were in the back

23    playing in my daughter's clubhouse.  She has a big

24    clubhouse that my husband made her, and my dad and I were

03:31   25    painting it.  When my sister told me, "Hey, he's going to

Page 24

```
           1    come," I had no issue with that, but because of how

           2    dangerous he is -- and I already knew he was going to come

           3    armed, because he came in a week before armed, you know,

           4    and so I guess, you know, my sister told me, "Hey, he said

03:31      5    he's here or he's on his way."

           6           So as I was walking up, I do remember I was

           7    walking up, and I saw him walk towards the house.  He had

           8    a black trench coat, and it was hot that day.  It was

           9    like, who the heck wears a trench coat on a hot day?  It

03:31     10    just happened so fast.  You know, Officer Wright did what

          11    he had to do to protect our community and my family and,

          12    you know, I'm glad that he was there, because what could

          13    have happened?  He did not come with good intentions.  He

          14    came with intentions -- if -- if -- okay.  If I walk -- I

03:32     15    was walking towards the front.

          16           That's when Officer Wright -- I heard someone say

          17    something, "Xavier.  This is blah, blah, blah."  Then out

          18    of nowhere, I see Xavier reach for his jacket.  I thought,

          19    man, this guy is going pull out a gun and shoot, because

03:32     20    he's that dangerous.

          21    Q    Let's -- let's break it down.  I want to go back

          22    to, your sister told you that Mr. Lopez --

          23    A    Mr. Xavier Lopez.

          24    Q    -- was going to go -- was picking up his child?

03:32     25    A    Yes.  I remember she told me, "Oh, he's going to
```

ALICE VICTORIA GARCIA HERNANDEZ        10/18/2023

| | | |
|---|---|---|
| | 1 | probably was there to maybe -- I don't know -- to help him |
| | 2 | in a way do some type of harm, because he doesn't need an |
| | 3 | army I, per se, to come pick up his daughter.  He was |
| | 4 | going to come pick up his daughter no matter what.  Why |
| 03:37 | 5 | would his mom and another person be in two different cars |
| | 6 | going with him?  Why?  Was that even necessary? |
| | 7 | Q    So you weren't expecting his mother to be |
| | 8 | there -- |
| | 9 | A    No -- |
| 03:37 | 10 | Q    -- when he came? |
| | 11 | A    -- we weren't. |
| | 12 | Q    But you've seen her before, so you recognized |
| | 13 | her? |
| | 14 | A    Yeah.  She's always on drugs.  Sometimes she will |
| 03:37 | 15 | -- once in a while when she's on drugs, she'll pass -- one |
| | 16 | time I was outside carving pumpkins with the kids, and |
| | 17 | this lady, all drugged out, it's dark, passes by the house |
| | 18 | and starts yelling, "Oh, ███████" and this and that, like |
| | 19 | just kept walking, and I told all of the kids, "Go inside |
| 03:37 | 20 | now."  I made all of the kids go inside.  Turns out, it |
| | 21 | was Xavier's crackhead mom walking by. |
| | 22 | Q    So have you -- I mean, you know what she looks |
| | 23 | like.  Have you had any -- do you have like any |
| | 24 | relationship with her or had -- |
| 03:38 | 25 | A    Oh, no. |

Global Access Litigation Services
(949) 220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

1        A    I'm guessing there was two, because I did hear

2     the shots.

3        Q    Was it loud?

4        A    Yes and no.  It really wasn't that loud compared

03:42  5     to what I've heard -- what I've, you know, heard before

6     but --

7        Q    Did at some point you look to see what was going

8     on to see if it was the officer that was shot or

9     Mr. Lopez?

03:42  10        A    No, because I felt safe that the officers were

11    there.  So I knew that they were there to protect us in

12    case -- when the police is present, I feel safe.  I don't

13    have to feel scared, you know, no matter what the

14    situation is, and they're there to protect and serve us,

03:42  15    and you know, I had no idea that -- what was going on, but

16    I knew they were protecting and serving our community.

17        Q    So did you -- once you thought it was safe, did

18    you go and take a look to see what was going on?  Like did

19    you see Xavier Lopez on the ground?

03:43  20        A    I didn't, because it all happened behind my car.

21        Q    Oh.

22        A    I park in the driveway.  No, actually I think it

23    might have been -- I don't know whose car was there.  I

24    parked in the driveway.  That day it was me -- and I don't

03:43  25    know who else parked next to me, but our cars were --

Global Access Litigation Services
(949) 220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
      1   Carina Avila at the time when all of this was going on?

      2       A    She was in her room.

      3       Q    Both her and ███ were on the inside of the

      4   house?

03:50 5       A    Yes.

      6       Q    What about other people at the property, was

      7   there anybody else there at the time of the shooting that

      8   you recall?

      9       A    My dad.  I can't remember if my mom was there or

03:50 10  not.

      11      MR. LEVINE:  I'm sorry.  The Zoom video is still

      12  pointed towards the board.

      13      MS. COOK:  Sorry about that.  Let me move this.  Is

      14  that okay?

03:50 15      THE COURT REPORTER:  Yes.

      16      MR. LEVINE:  Thank you.

      17      MS. COOK:  Sure.

      18      Q    At some point did Carina know that something had

      19  happened and come outside?

03:51 20      A    She never came out.  I don't think she ever came

      21  outside.

      22      Q    Okay.  And do you know if Mr. Lopez has a drug

      23  problem?

      24      A    Is that even a question?  He's -- he obviously

03:51 25  has a drug problem.  He has -- he's always on something.
```

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

1        Q    How do you know that?

2        A    You know --

3        Q    By looking at him?

4        A    By looking at him, you can always tell he's on

03:51    5    drugs.

6        Q    What kind -- what are his mannerisms when you see

7    that -- him acting in a way that you think he's on drugs?

8        A    Like for instance, let's say he -- Oh, one time,

9    I think he was on something.  He wanted to come pick up

03:52   10    ▮▮▮ in the middle of the night, and then took my -- I

11    think he took my niece for a walk.  My niece had school

12    the next day.  It was like 3 in the morning.  He took her

13    for a walk up the hill.  Who in their right mind would

14    come pick up their daughter in the middle of the night?

03:52   15    He told -- my mom went out, and he told my mom, "Shhh.  Go

16    back inside."  Who -- would somebody in their right mind

17    that's not on drugs do that?  This man is always on

18    something.  If it's not marijuana, it's -- it's something

19    else.

03:52   20        Q    And I think that -- do you recall having an

21    interview with any police officers after the incident?

22        A    You know what, it's been so long.

23        Q    You don't remember?

24        A    I can't remember.  I do -- actually, I do

03:53   25    remember a police officer talking to me about -- I

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

1   remember he asked me, "Do you know" -- he did ask me, "Are

2   you aware of what happened today" or like "Did you know

3   what was going to happen?"  I said, "Yeah, my niece was

4   going to go with her father."

03:53  5      Q    So we do have some of that audio, and it

6   essentially echoes what you're saying here, similar types

7   of things, but you had given your opinion that Mr. Lopez

8   is not somebody that should be around kids.

9      A    Yeah, he's not somebody that should be around

03:53  10   kids.

11     Q    Other than what you've testified to that he's

12   always armed and on drugs, I think you said he was

13   violent?

14     A    He is violent.

03:53  15     Q    Are there any other reasons aside from those that

16   you believe he should not be around kids?

17     A    I don't -- but the people he's around, people

18   that are always on drugs.  People that are always on drugs

19   do things that they shouldn't, hurt people, and you know,

03:54  20   who knows, they probably might even hurt kids.  You know,

21   I'm actually -- when my niece was small, when she was a

22   baby, he used to live on Chadbourne.  One day, I don't

23   know if I was -- I don't know why I passed by there.  I

24   think I was going to go to give something to my niece.  My

03:54  25   sister asked me, I believe, "Hey, can you go give -- can

Global Access Litigation Services
(949) 220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
      1    you go drop this off?"  Mind you, I don't like him, not
      2    one bit, but since my niece was involved, I did it.  When
      3    I got there, my niece was in the car with the windows down
      4    strapped in the child seat.  She did not know how to
03:55 5    unstrap herself at that time.  She was small.  While he
      6    was in the backyard doing I don't know what, my niece was
      7    in the car unsupervised where anybody can walk out.  It
      8    was hot.  Yes, the windows were down, but there should not
      9    be any child left behind.  There should not be any child
03:55 10   unattended, especially at that age.  If that isn't a
      11   reason, I don't know what is.  For him to leave his own
      12   child in a car like that, he's a heinous person.
      13       Q    Based upon your knowledge of him in and around
      14   2021, was it your belief he was a danger to his own child?
03:55 15       A    Yeah, he is always --
      16       MR. LEVINE:  Objection; argumentative, relevance,
      17   calls for speculation.
      18            You can answer.
      19       THE WITNESS:  I think it is relevant, because that day
03:56 20   that he got shot, he was there to pick up his child, and
      21   he had a gun on him.  So it is relevant, if I do say so
      22   myself.
      23   BY MS. COOK:
      24       Q    And did you think he was a danger to your sister?
03:56 25       A    Of course he is.
```

Global Access Litigation Services
(949) 220-0449

ALICE   VICTORIA   GARCIA   HERNANDEZ          10/18/2023

```
    1   for the record in case this ever goes in front of the
    2   court.  So you don't need to respond to my objections.
    3   They are just for the record.
    4       THE WITNESS:  Okay.  This person brings out -- yes.
03:59   5   BY MS. COOK:
    6       Q    He said at the end of his objections, go ahead
    7   and answer.  Go ahead and answer.
    8       A    So the neighbor and I are very -- we were very
    9   close at one point, and the neighbor one time, we were
03:59  10   talking, and the neighbor tells me that Mr. Xavier called
   11   him and threatened him and told him that if he didn't stop
   12   saying hi to Carina, talking to Carina, that he would make
   13   his disappear basically.
   14       Q    Your neighbor told you this?
03:59  15       A    Yes, and the neighbor has talked to me about
   16   Xavier damaging his vehicle.  The neighbor still has the
   17   vehicle, and he's showed me, and the neighbor -- all of
   18   our neighbors are tired of him.  My front door neighbors,
   19   after that incident, they got cameras because of all of
04:00  20   the things he's done.  He's popped a lot -- he's popped
   21   our tenants' tires because he's seen the tenants talk to
   22   Carina, just saying, "Oh, hi.  How are you?"
   23       Q    So you think he does that because he's jealous?
   24       A    Oh, yeah.
04:00  25       MR. LEVINE:  Objection; calls for speculation, lacks
```

Global Access Litigation Services
(949) 220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
 1  criminal?  That's disgusting.  To me, that's disgusting.

 2       Q    Do you know that your sister is being represented

 3  by those lawyers?

 4       A    Yeah, I do.  I do.

 5       Q    And has anybody conveyed to you that they expect

 6  these lawyers are going to be very successful for Xavier

 7  Lopez?

 8       A    Yeah.  I hope not.  He does not deserve anything

 9  good in the world.

10       MS. COOK:  Okay.  I'm going to go ahead and pass the

11  witness, which means that Mr. Lopez's lawyer can now ask

12  you questions.  He's going to be asking you from the Zoom.

13       THE WITNESS:  Yes.

14       MS. COOK:  Do you have any questions, Mr. Levine?

15       MR. LEVINE:  Yes, I have a few questions.

16

17                        EXAMINATION

18

19  BY MR. LEVINE:

20       Q    So before -- I'm going back just to the time of

21  the shooting which you answered a few questions about a

22  little while ago.  Are you with me on the time frame we're

23  talking about?

24       A    When he got shot?

25       Q    Yes.
```

04:03 (line 5)
04:03 (line 10)
04:04 (line 15)
04:04 (line 20)
04:04 (line 25)

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
     1    -- I'm trying to finish with the question you asked me.

     2    So can I finish my statement?

     3        Q    Okay.

     4        A    So when I watched the video, then I can make out

04:08     5    that the officers identified himself, "Xavier, this is so

     6    and so officer."

     7        Q    Okay.

     8        A    "Put your hands up."

     9        Q    So my next question is, did you ever say anything

04:08    10    to any of the police officers before the shooting?

    11        A    I didn't see anybody.  I had no idea they were

    12    there.

    13        Q    Okay.

    14        A    I knew that he was there to pick up my niece.  My

04:09    15    daughter had told me that Xavier was going to pick up

    16    ██████  So can you lock the gate, because the week before,

    17    like I said earlier --

    18        Q    Okay.  Thank you.

    19        A    He had gone in and threatened my sister.

04:09    20        Q    Thank you.

    21        A    If you're going to ask a question, you should at

    22    least let me finish my statement.

    23        Q    There -- well, you're not entitled to just --

    24    you've answered the question.  So I'm allowed to move on

04:09    25    at that point, once the question has been answered.
```

ALICE VICTORIA GARCIA HERNANDEZ        10/18/2023

1    you recall saying that Xavier was a violent person at any

2    point?

3        A    Yes, very.

4        Q    Okay.  Have you ever seen him physically harm

04:11  5    anybody personally?

6        A    My mom.  Personally, he's come in, broken

7    windows.  If that's not violence, then I don't know what

8    is.  Slashing our tires, if that's not violence, I don't

9    know what is.

04:11  10       Q    I'm talking about physically hurting a person,

11   have you ever seen him hurt a human being?

12       A    So slashing tires, breaking property is not an

13   act of violence?

14       Q    You know, I'm talking about a human --

04:11  15       A    I believe it's an act of violence.  Whether

16   you're touching a person or not, that's an act of

17   violence.  That's an act of aggression.  That's assault.

18       Q    Did you ever see -- did you ever see --

19       A    Assault is considered violence.  So that should

04:12  20   be -- that should answer your question.

21       Q    Have you ever seen him physically hit a person?

22       A    It's been eleven years.  I've seen him do a lot

23   of things.  Do you think I'm going to remember every

24   single incident?

04:12  25       Q    Do you recall ever seeing him physically hit a

Global Access Litigation Services
(949) 220-0449

ALICE  VICTORIA  GARCIA  HERNANDEZ        10/18/2023

1    person?

2        A    I've already answered your question.  Let's --

3    you can ask another one.  Just like you cut me off, I've

4    already answered your question.  The question has been

04:12  5    answered.

6        Q    I think you testified that you were interviewed

7    at some point by a police officer after the shooting, and

8    you were asked some questions about what you knew ahead of

9    time, things like that.  Do you recall talking about that

04:12  10   earlier today?

11       A    Yes.  I -- they asked me if I knew anything.  I

12   said, "Yes, I knew my daughter -- my niece was going to go

13   with her father, and I was going to lock up the gate,

14   because a week before Xavier had come in, threatened my

04:13  15   sister with a gun.  So I wasn't going to risk any

16   incident."  So at that time, I was going to go lock the

17   gate, and when my niece was ready to go with her father

18   and her father was there to pick her up, I was going to go

19   unlock the gate and let her out.

04:13  20       Q    Do you recall telling the officer who interviewed

21   you that you were hoping the officers, quote, "would take

22   him out" --

23       A    Yeah, I do.  I do, because he's a very heinous

24   person.  If you come to a house where there's children and

04:13  25   you come with a gun, isn't that enough to make you think

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
         1    through the anxiety, the fear of not being able to sleep
         2    at night because something is going to happen, having that
         3    fear that somebody could die, I would love to see you live
         4    that.
04:15    5         Q    Okay.  Thank you.
         6         A    And for that -- after that happened --
         7         Q    Thank you.  I'm going to go onto my next question
         8    now.  I think this might be my last one.
         9         A    I hope so.
04:15   10         Q    In the same interview with the officer, do you
        11    recall telling the officer that you were glad this
        12    happened, that Xavier had been shot?
        13         A    Yes, I do recall, because he is --
        14         MR. LEVINE:  Okay.  Thank you.  I have no further
04:15   15    questions.  Back to you, Ms. Cook.
        16
        17                      FURTHER EXAMINATION
        18
        19    BY MS. COOK:
04:15   20         Q    Do you want to finish your answer?
        21         A    Yes, I do want to finish my answer.  Yes, I do
        22    recall that, because after so many years of pain and
        23    suffering and anguish, that's the least that God can do
        24    for us.  I'm -- I don't understand why that person is out.
04:15   25    If you see his criminal record, he should be locked up
```

Global Access Litigation Services
(949) 220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
       1    forever or six feet in the floor.
       2        Q    So from your view and your knowledge of him in
       3    all of the 11 years, would you -- is it fair to say that
       4    from your view he was tormenting your family and
04:16  5    neighborhood?
       6        A    Yes, yes, he was.  All of my neighbors hate him.
       7    My front door neighbor, you should see the way -- my front
       8    door -- one of my front door neighbors put barbed wire,
       9    barbed wire on the top of his fence because Xavier would
04:16  10   jump over his fence and try to terrorize his property.  No
       11   person should have to go through that.  No person should
       12   have to live through that.
       13       Q    I'm sorry.  So I really just have one question
       14   left, and when you were watching Xavier walk toward the
04:16  15   gate and you were on your way to the gate and then you
       16   heard -- now we know it was Sergeant Wright -- say
       17   Xavier's name, could you tell that Sergeant Wright was a
       18   police officer?
       19       A    When he said "Xavier," yes.  Yes, I could.
04:17  20       Q    You knew it, even if he didn't say, "It's the
       21   police"?  I don't know.  Maybe you heard that.  I know
       22   you're saying you don't remember what the words were.
       23       A    It was years ago.
       24       Q    From where you were standing, did you think that
04:17  25   Sergeant Wright was a police officer or somebody in law
```

Global Access Litigation Services
(949) 220-0449

ALICE VICTORIA GARCIA HERNANDEZ          10/18/2023

```
 1                        CERTIFICATE

 2                            OF

 3              CERTIFIED SHORTHAND REPORTER

 4                    *    *    *    *

 5

 6          The undersigned Certified Shorthand Reporter

 7   of the State of California does hereby certify:

 8          That the foregoing Deposition was taken before

 9   me at the time and place therein set forth, at which time

10   the Witness was duly sworn by me.

11          That the testimony of the Witness and all

12   objections made at the time of the Deposition were

13   recorded stenographically by me and were thereafter

14   transcribed, said transcript being a true and correct copy

15   of the proceedings thereof, and that a review of the

16   original transcript was requested.

17          That the dismantling of the original transcript

18   will void the reporter's certificate.

19          I further declare that I have no interest in

20   the outcome of the action.

21          In witness whereof, I have subscribed my name,

22   this date:  October 31, 2023            .

23

24

25                          Grace A. DiBernardo, CSR No. 10322
```

Global Access Litigation Services
(949) 220-0449