"EXHIBIT P"

```
 1   APPEARANCES OF COUNSEL:

 2            FOR THE PLAINTIFF:

 3            LAW OFFICES OF DALE K. GALIPO
              BY:  SHANNON LEAP, ESQ.
 4                 (Appearing via Zoom)
              21800 Burbank Boulevard
 5            Suite 310
              Woodland Hills, California  91367
 6            (818) 347-3333
              Sleap@galipolaw.com
 7
              FOR THE DEFENDANTS:
 8
              CITY OF RIVERSIDE, OFFICE OF THE CITY ATTORNEY
 9            BY:  DEBRA COOK, ESQ.
              3750 University Avenue
10            Suite 250
              Riverside, California  92501
11            (951) 826-5567
              Dcook@riversideca.gov
12
              ALSO PRESENT:
13
              Izabella Morrissey, Videographer
14            Gianna DiBernardo
              Evan Wright
15

16

17

18

19

20

21

22

23

24

25
```

```
05:13   1    high school degree?
        2         A.    Yeah.
        3         Q.    Where do you go to high school?
        4         A.    Norte Vista High School.
05:13   5               MS. COOK:  I'm going to show what you
        6    we're going to mark as Exhibit 13 and have you look
        7    at it.
        8               (Exhibit 13 was marked.)
        9    BY MS. COOK:
05:13  10         Q.    There's a picture on Exhibit 13.  And I
       11    want to ask you, do you recognize who that is?
       12         A.    Yes.
       13         Q.    And who is that?
       14         A.    I know him by my neighbor's boyfriend.
05:13  15         Q.    Okay.
       16         A.    But I did not know him by his name.
       17         Q.    Okay.  So it's Xavier Lopez, but you
       18    recognize him?
       19         A.    Yes, I do.
05:13  20         Q.    You've seen him before?
       21         A.    Yes.
       22         Q.    Did you see him on the day of the
       23    incident?
       24         A.    No, I didn't.
05:13  25         Q.    Okay.  So let me just do this.
```

Page 11

```
05:15    1   lawn.  And that's when we heard everything that
         2   happened.
         3       Q.  Okay.  So just to kind of put perspective
         4   on it, your house is located across the street from
05:15    5   the place where the shooting happened; right?
         6       A.  It's across, not directly in front, but
         7   one house -- one house over.
         8       Q.  Okay.  So kind of like diagonal?
         9       A.  Yes.
05:15   10       Q.  Okay.  Could you see what was happening
        11   from your place?
        12       A.  We could not see what was happening, but
        13   we could see -- we could see movement.  There was
        14   just trees there.  So we couldn't see directly what
05:16   15   was going on.
        16       Q.  So why don't you go ahead and just kind of
        17   overview, what do you remember happening as you
        18   watched it unfold?
        19       A.  As we were -- you know, as we were
05:16   20   standing try to figure out what was going on before
        21   we started walking towards the lawn, we just heard
        22   yelling, "stop, stop."  And then I can't recall how
        23   many times -- I guess this was the police officer
        24   yelling "stop," then "get on the ground" a few
05:16   25   times.  As we started walking towards the lawn,
```

```
 1                      CERTIFICATE

 2                          OF

 3                   SHORTHAND REPORTER

 4                    *    *    *    *

 5

 6          The undersigned Certified Shorthand

 7   Reporter of the State of California does hereby

 8   certify:

 9          That the foregoing deposition was taken

10   before me at the time and place therein set forth,

11   at which time the witness was duly sworn in by me.

12          That the testimony of the witness and all

13   objections made at the time of the deposition were

14   recorded stenographically by me and were thereafter

15   transcribed, said transcript being a true and

16   correct copy of the proceedings thereof, and that a

17   review of the original transcript was requested.

18          That the dismantling of the original

19   transcript will void the reporter's certificate.

20          In witness whereof, I have subscribed my

21   name this date: _____November 3_____, 2023.

22

23
                      _____
24

25              Jennifer Livingston, CSR No. 14087
```

Page 28