# "EXHIBIT S"

**CURRICULUM VITAE 11/2023**

**Jeffrey A. Martin**
727 Industrial Rd. Ste. #102
San Carlos, CA 94070
Telephone (650) 595-2452
E-mail:  jeff@dsiconsult.com

---

## EDUCATION

**Juris Doctor – 2007**
Northwestern California University School of Law, Sacramento, California
- State Bar of California, License No. 262839

**Graduate Certificate, Human Factors Psychology – 2017**
Grand Canyon University - Phoenix, AZ

**Bachelor of Arts, Psychology – 1981**
California State University - East Bay, Hayward, CA

**Associate in Risk Management – 2000**
Insurance Institute of America, Malvern, PA

---

## EMPLOYMENT

**DSI CONSULTING, LLC**                                                    **2014 - Present**

> **Chief Consultant**
> Provides consulting, training, and expert witness services related to police practices, human factors, and forensic video analysis.

**SELF-EMPLOYED, San Carlos, CA**                                          **2009 -Present**

> **Consultant/Trainer/Attorney**
> Provides expert-witness services and adjunct instruction for California P.O.S.T. Institute of Criminal Investigations Officer-involved Shootings Investigations Course.

**BERRY WILKINSON LAW GROUP**                                              **2009 - 2014**

> **Associate Attorney**
> Provided legal representation for public safety personnel in disciplinary and other administrative matters.

**FORCE SCIENCE INSTITUTE, LTD.**                                          **2012**

> **Staff Consultant**
> Assisted with operations pertaining to training, research and administrative functions.

**LEXIPOL, LLC.**                                                          **2009-2013**

> **Contract "Daily Training Bulleting" Author**
> Authored approximately four to six daily training bulletins per month on various law enforcement topics including use of force, pursuits, ethics, officer safety, and other topics related to policy compliance.

**SAN JOSE POLICE DEPARTMENT, San Jose, CA**                                   **1984 - 2010**

**Sergeant, Bureau of Field Operations**                  **2009 - 2010, 2000 - 2003, 1995 - 1997**
**Patrol Division**
Supervised one or more patrol areas and supervised criminal investigations, tactical operations, conducted use-of-force investigations, and community-oriented policing activities.  Engaged in other supervisory duties such as writing performance appraisals, coaching, and responding to citizen complaints. Member of the Crisis Intervention Team since April 2001.

**Sergeant, Bureau of Administration**                                          **2005 - 2009**
**Training Division**
Supervised the P.O.S.T. Force-Options Simulator (FOS) and Law Enforcement Driving Simulator Programs, which delivered training to the San Jose Police Department and peace officers within Santa Clara County.  Delivered and supervised FOS instructor training to other trainers throughout the state of California.  Taught and supervised classes in defensive tactics and officer safety.  Served as the lead instructor and instructor-trainer for the TASER program for the San Jose Police Department and Basic Academy.  Revised pursuit policy and designed, delivered and supervised mandated training for all sworn personnel to meet legislative requirements.  Delivered instruction on use-of-force investigations in the Night Detective Academy.

**Sergeant, Bureau of Field Operations**                                        **2003 - 2005**
**Patrol Division, Main Lobby and Pre-Processing Center**
Supervised operations in the main lobby, which included Witness Center during serious, criminal investigations and the department's temporary holding facility, as regulated by Title 24 of the California Code of Regulations.  Also, completed bi-weekly assignments for regular patrol supervision.

**Sergeant, Bureau of Field Operations**                                        **1998 - 2000**
**Administrative Unit**
Served as the patrol bureau training coordinator for 800 sworn personnel and supervised sworn and non-sworn employees in the Administrative Unit.

**Sergeant, Bureau of Field Operations**                                        **1997 - 1998**
**Airport Division**
Supervised the policing and security functions by sworn personnel at San Jose International Airport.  Ensured compliance with FAA and other regulations.

**Police Officer, Bureau of Field Operations**
**Patrol Division**                                   **1984 - 1986, 1988 - 1989, 1994 - 1995**
Engaged in proactive enforcement activities, investigated felony and misdemeanor crimes, and participated in community-oriented policing activities.

**Field Training Officer, Bureau of Field Operations**                          **1992 - 1994**
**Patrol Division**
Directly trained and evaluated new officers in basic patrol officer functions, including criminal investigations, patrol tactics and report writing.

**Police Officer, Bureau of Investigations**                                    **1989 - 1992**
**Narcotics/Covert Investigations Unit**
Investigated drug and narcotic-related crimes, conducted and/or participated in undercover activities including sting operation support, conducting parole and probation searches, working with informants, obtaining and serving search warrants, and conducting surveillance.  Also, served as the firearms instructor for the unit.

**SAN JOSE POLICE DEPARTMENT, San Jose, CA (cont.)**

**Police Officer, Bureau of Field Operations**                                    **1986 - 1988**
**Special Operations Division, Parks Enforcement Unit**
Engaged in proactive enforcement activity throughout the city and its parks, including the investigation of misdemeanor and felony crimes, conducting parole and probation searches, obtaining and executing search warrants, and working with informants.  Also, responded to and handled regular patrol calls as needed.

**BAY AREA RAPID TRANSIT (BART) DIST. POLICE DEPARTMENT, Oakland, CA   1981 - 1984**

**Police Officer**
Assignments included both uniformed and plain clothes patrol.

**SOUTH BAY REGIONAL PUBLIC SAFETY TRAINING CONSORTIUM, San Jose, CA      1997 - 2004**

**Adjunct Instructor – Multiple Courses and Programs**
Taught liability issues and use-of-force investigations in the Supervisor School, Liability and Officer Safety in the Field Training Officer Course, Liability Issues in FTO Updates, Force-options Simulator Instructor, and Defensive Tactics Instructor in the Basic Academy.
_____

## TEACHING/PRESENTATIONS

2023          **A Potential Case of Change Blindness in an Officer-involved Shooting.** Annual Meeting of the Human Factors and Ergonomics Society – Forensic Professionals Group.

2023          **Pros and Cons of Relying on In-House Subject-Matter Experts/What does it mean to "watch" BWC video.** International Association of Homicide Investigators 29th Annual Symposium (Leadership/Management Breakout).

2023          **Harvesting Objective Facts from BWC Video** (co-presented with Brandi Harper, Esq.). PORAC LDF Members Conference.

2023          **A Potential Case of Change Blindness in an Officer-involved Moving-vehicle Shooting.** 2023 PORAC LDF Symposium.

2022          **Pros and Cons of Relying on In-House Subject-Matter Experts**, and **Video Evidence: What did I just see?** Public Safety and Internal Investigations Seminar, Americans for Effective Law Enforcement.

2022          **Video Evidence: What did I just see?** International Association of Homicide Investigators 28th Annual Symposium.

2022          **Things Can Be Deceiving, Especially on Video** (Co-presenter). PORAC LDF Member Conference.

2022          **A Potential Case of Change Blindness in an Officer-involved Moving-vehicle Shooting.** 2022 Force Science Conference.

2022          **Officer-Involved Shooting/Death Investigation.** Including use of force law, human factors, basics of video evidence, and other subjects. Curriculum designer and Instructor - 2 presentations to date on behalf of Cutting Edge Training, LLC.

3

| | |
|---|---|
| 2021 | **Avoiding Errors in Police-Conduct Investigations with an Emphasis on Video Evidence.** Public Safety and Internal Investigations Seminar, Americans for Effective Law Enforcement. |
| 2021 | **Avoiding Failures in Police-Conduct Investigations with an Emphasis on Video Evidence.** International Association of Homicide Investigators 27th Annual Symposium (Leadership/Management Breakout). |
| 2021 | **Video Evidence Survival for the Current Era.** California Reserve Peace Officers Association – Annual Reserve Peace Officers Conference. |
| 2021 | **Eyewitness Dynamics for Events.** San Diego County Office of the County Counsel. |
| 2021 | **New Priorities and Ambiguities Created by the New California Use-of-Force Law – Penal Code § 835a.** Jail and Prisoner Operational and Legal Issues Seminar, Americans for Effective Law Enforcement. |
| 2020 | **A Potential Case of Inattentional Blindness in a Police-Pursuit Collision** (co-presented with Angela Stokes, Ph.D. and Joseph Cohen, Ph.D**.**)**.** Annual Meeting of the Human Factors and Ergonomics Society – Forensic Professionals Group. |
| 2019 | **Understanding and Evaluating Eyewitness Identifications** (MCLE). Santa Clara County District Attorney's Office. |
| 2019 | **Basic Information for Using Video in Officer-involved Incidents**. San Mateo County District Attorney Inspectors. |
| 2018 | **Understanding and Evaluating Eyewitness Recall of Events** (MCLE). San Diego County District Attorney's Office. |
| 2018 | **Understanding and Evaluating Eyewitness Recall of Events.** Annual Meeting of the Human Factors and Ergonomics Society – Forensic Professionals Group. |
| 2018 | **In-Custody Death Investigations — "History & Definitions," "Standards of Lawful Force," "Excited Delirium," "Theories of Police Culpability vs. Science," "Specific Investigative Steps & TASER Forensics," "Human Factors & Eyewitness Dynamics," "Video Seizures," and "Video Evidence."** Curriculum designer and Instructor - 1 presentation to date on behalf of Cutting Edge Training, LLC. |
| 2017 | **Forensic Application of ISE 210 - Vision.** Guest lecturer at San Jose State University, Graduate Human Factors & Ergonomics course for Assistant Professor Dan Nathan-Roberts. |
| 2016 | **Applied Human-Error Theory: A Police TASER-Confusion Shooting Case Study**. Annual Meeting of the Human Factors and Ergonomics Society – Forensic Professionals Group. |
| 2016 | **Human Factors for the Crime Scene Investigator (Including Eyewitness Dynamics).** Presented at the Santa Clara County Crime Laboratory. |
| 2016 | **Eyewitness Dynamics.**  Presented at the Bay Area Gang Alliance monthly meeting. |
| 2015 - Present | Officer-involved Shootings Investigations – **"Lawful Force," "Human Factors," "Analyzing Video Evidence," Eyewitness Dynamics,"** and other topics.  Curriculum designer and Instructor - 3 presentations to date on behalf of Cutting Edge Training, LLC. |

4

| | |
|---|---|
| 2015 | **"Human Factors," and "Eyewitness Dynamics."** Presented to the California Highway Patrol – Critical Incident Response Team. |
| 2014 | **"Understanding the Deadly Bluff: When Unarmed Subjects Commit Suicide by Cop."** Presented at the *Suicide Identification, Prevention and Investigation for Law Enforcement & Correctional Officers: Train-the-Trainer Program*, sponsored by the Institute for the Prevention of In-custody Deaths, Las Vegas, NV. |
| 2012 - Present | **Officer-involved Shootings Investigations Course - "Lawful Force" and "Human Factors"** curriculum designer and instructor, with coaching on interviewing – Over 80 presentations. California P.O.S.T. Robert Presley Institute of Criminal Investigation. |
| 2006 – 2009 | **TASER X-26 Instructor and Instructor-Trainer.** San Jose Police Department Basic Academy and In-service Training Unit. |
| 2006 – 2009 | **California P.O.S.T. LD 20 (Use of Force) Scenario Evaluator**. San Jose Police Basic Academy. |
| 2007 | **SB719 Pursuit Policy Update.** Curriculum designer and instructor, San Jose Police Department. |
| 2005 – 2009 | **Force Options Simulator; Law Enforcement Driving Simulator; TASER X-26, TASER Update; Officer Safety Update; First Aid; Defensive Tactics; Tactical Field Exercises.** Supervision and delivery in San Jose Police Department In-service Training Unit. |
| 2004 – 2007 | **Liability.** San Jose Police Department Communications Training Officer Seminar. |
| 2002 – 2004 | **Force Options Simulator**, South Bay Regional Public Safety Training Center. |
| 2001 | **Police Pursuit Driving.** Featured expert regarding pursuit decision making in the training videotape "produced by Performance Dimensions Publishing. |
| 2001 | **Pursuit Decision Making,** course developer and instructor for interactive training CD-ROM for The Backup, Inc. |
| 2000 – 2004 | **Defensive Tactics**, Basic Academy, South Bay Regional Public Safety Training Consortium. |
| 1999 – 2003 | **Pursuit Decision Making**, developed and delivered course curriculum, nine presentations in seven states. |
| 1997 – 2001 | **SWAT Weapons Retention, Performance Appraisals, and Field Tactics for Patrol**, various departments. |
| 1997 – 2006 | **FTO Liability**, San Jose Police Department Field Training Officer Seminar. |
| 1997 – 2004 | **FTO Liability, Officer Safety, and Supervisor Liability** (Including use-of-force investigation and documentation), South Bay Regional Public Safety Training Consortium. |
| 1997, 1998, 2000, and 2003 | **In-custody Death Update, Universal Weapon Retention, Evaluating Physical Skills Training, and Multiple-Officer Takedowns, and Dealing with the Mentally Ill**, presented at the *Defensive Tactics Newsletter* Instructors Conferences. |
| 1995 – 1998 | **Constitutional Limitations on the Use of Force**, taught to selected patrol teams, San Jose Police Department. |
| 1992 | **Redefining the Basics of Patrol Tactics**, taught to selected patrol teams, San Jose Police Department. |

5

1991-1992     **Raid Planning and Entry,** assistant instructor, San Jose Police Department, Narcotics/Covert Investigations Unit.

1990-1992     **Firearms**, San Jose Police Department, Narcotics/Covert Investigations Unit.

1987     **Side-handle baton (PR-24),** developed and delivered curriculum for the San Jose Police Department.  This included the initial and in-service training to over 100 sworn department members, as well as writing the Side-handle baton specifications and requirements for the department.

1986     **Modern Pistol Technique**, delivered to the San Jose Police Department Youth Services Detail.

1983     **Side-handle baton (PR-24)** researched and developed program for the BART Police Department.  This included the initial and in-service training for all 130 sworn members.

---

## COMMITTEE PARTICIPATION

- 2021    Calif. POST Did you know? Duty to Intercede Subject Matter Expert
- 2020    Calif. POST Pursuit Guidelines Revision Subject Matter Expert
- 2017    Calif. POST Use-of-Force Training Video Subject Matter Expert
- 2008 – 2011/2014 California POST SAFE Driving Campaign – Subject Matter Expert Committee
- 2007    San Jose Police Department Lead SB 719 Pursuit Policy Revision
- 2006    Calif. POST SB 719 Vehicle Pursuit Guidelines Revision per SB 719 Subject Matter Expert
- 2006    San Jose Police Department Awards & Commendation Board
- 2004    San Jose Police Department TASER/Use of Force policy update Consultant
- 1999    Calif. POST Supervisors School Redesign Committee
- 1998    San Jose Police Department Duty Manual Update Consultant
- 1998    Calif. Commission on Peace Officers Standards & Training (POST) Field Training Officer School Review Committee
- 1998    San Jose Police Department Crisis Intervention Team Implementation Task Force
- 1998    San Jose Police Department Carbine Program Deployment Committee
- 1997    San Jose Police Department Pursuit Policy Update Committee
- 1995    San Jose Police Department Bureau of Field Operations Training Committee
- 1992    San Jose Police Department Training Committee (Academy Subcommittee)

---

## PUBLICATIONS

### Peer Reviewed

Martin, J. A. & Suss, J. (2023, October). A potential case of change blindness in an officer-involved shooting. In *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*.

Martin, J. A. (2023). Biased investigation, destroyed evidence, and no proof: An internal affairs investigation autopsy. *AELE Public Safety Journal*.

Kroll, M. W., Melinek, J., Martin, J. A., Brave, M. A., & Williams, H. E. (2022). Confusion between firearms and electrical weapons as a factor in police shootings. *Forensic Science, Medicine and Pathology*.

Martin, J. A. (2020, December). A potential case of inattentional blindness in a police-pursuit collision. In *Proceedings of the Human Factors and Ergonomics Society Annual Meeting* .(Vol. 64, No. 1, pp. 536-540).

Martin, J. A., Cohen, J., & Stokes, A. (2018). Understanding and evaluating eyewitness recall of events. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*, *62*(1), 421–425.

Martin, J.A. (2016, September). Applied human-error theory: A police taser-confusion shooting case study. In *Proceedings of the Human Factors and Ergonomics Society Annual Meeting* (Vol. 60, No. 1, pp. 475-479).

Martin, J.A. (2016). Science, experience and the law support changing traditional vehicle-stop tactics. *Law Enforcement Executive Forum, 16(1),* 58-69.

Kaminsky, R.J., Martin, J.A. (2000).  An analysis of police officer satisfaction with defense and control tactics. *Policing: An International Journal of Police Strategies and Management, 23(2),* 132-153.

## Non-peer Reviewed

Martin, J. (2019, September). "Assumed Realism" – What is it and what does it mean for law enforcement? CalibrePress.com, https://www.calibrepress.com/2019/09/assumed-realism/.

Martin, J. (2003, September/October). What's Missing in Police Pursuit Decision Making? *The Police Marksman, 28(5),* 16-18.

Martin, J. (2003, March/April). Suicide by Cop: What the Responding Officer Needs to Know. *The Police Marksman, 28(2),* 31-32.

Martin, J. (2002, July). Revising Policy and Procedure Manuals. *Law and Order, 50 (7),* 114-116.

Martin, J. (2002, May). Making Appraisal Writing Easy. *The Police Chief.*

Martin, J. (2002). Dealing with the Mentally Ill: The Importance of the Subject Control Instructor. *The Defensive Tactics Newsletter, 12(1),* 1, 3.

Martin, J. (2002). Clarifying the "Cover Fire" Issue. *The Backup, 5(1).*

Martin, J. (2001, September). 3QFC Pursuit Decision Making Model. *Law and Order, 49(9),* 16-17.

Martin, J. (2001, July). Pursuit Termination: A Lifesaver? *Law and Order, 49(7),* 30-33.

Martin, J. (2000, November). The Pitfalls of the FTO as Instant Backup. *Law and Order, 48(7),* 20, 22.

Martin, J. (2000, November).  Force 101 – Part IV: *Tennessee v. Garner. The Vanguard, 27(11).*

Martin, J. (2000, October). Force 101 – Part III: *Graham v. Connor*. *The Vanguard, 27(10),* 17.

Martin, J. (2000, September). Force 101 – Part II: Rules of Force Conduct. *The Vanguard, 27(9),* 14.

Martin, J. (2000, August). Force 101 – Part I: The "Core Transaction." *The Vanguard, 27(8),* 15-16.

Martin, J. (2000). Getting Over the Hurdle of Your First Article. *The Defensive Tactics Newsletter, 10(1),* 5-8.

Martin, J., Papenfuhs, S. (2000, January/February).  The "Sneak Attack" vs. the "Tactical Distance" Approach to Handcuffing. *The Police Marksman, 25(1).*

Martin, J., Williams, G.T. (2000, January).  Extracting Suspects from Commercial Aircraft Safely. *Police, 24(1),* 60-63.

7

Martin, J. (1999). Evaluating the Effectiveness of Subject Control and Defensive Tactics Training. *The Defensive Tactics Newsletter,* 9(1), 1, 10-11.

Martin, J., Williams, G.T. (1998). 1998 California Peace Officers Murdered. *The Journal of California Law Enforcement, 32(4),* 1-11.

Martin, J., Williams, G.T. (1998). 1997 California Officers Murdered Study. *The Journal of California Law Enforcement, 32(3),* 18-28.

Martin, J. (1997, November). Arrest and Control Tactics: A Risk Management Perspective. *Law and Order, 45(11),* 74-76.

Martin, J. (1997). Reducing Suspect Resistance Through "Direct" Handcuffing. *The Defensive Tactics Newsletter, 6(4),* 1, 10-12.

Martin, J. (1997, September/October). Krav Maga: Serious Training for Serious Times. *The Police Marksman, 22(5),* 40-42.

Martin, J. (1997, July/August). The Myth of Control. *The Police Marksman, 22(4),* 54-55.

Martin, J. (1996, August). The Dangers of Dual Force. *Law and Order, 44(8),* 86-88.

Martin, J. (1996). The Wrap: A Definitive Solution Finally Arrives. *The Defensive Tactics Newsletter, 6(2),* 1, 4-7.

Martin, J. (1996, Spring).  The Pat Search: Clarifying the Issues for Trainees. *NAFTO News*, 5(1), 18-20.

Martin, J. (1990, September/October). The Secondary Sidearm. *The Police Marksman, 15(5),* 43-44.

Martin, J. (1990, May/June). The Training Attitude. *The Police Marksman, 15(3),* 59-60.

---

## PROFESSIONAL MEMBERSHIPS

California State Bar
International Association of Chiefs of Police
Human Factors and Ergonomics Society – Forensic Professionals Technical Group (2023 *ad hoc* program co-chair)
Law Enforcement and Emergency Services Video Association
California Association of Force Instructors

---

## SPECIALIZED TRAINING

### Electronic Control Weapons

TASER® X-26P, X2, and TASER 7 Instructor - Axon® Academy – 2019, 2021

TASER® Master Instructor - TASER® Training Academy – 2007, 2009, 2011 & 2014

TASER® X-26 Instructor – TASER, International – 2003

Advanced TASER® (M26) Instructor – TASER International – 2001

TASER Instructors Course, Tasertron, Inc. – 1996, 2000

**Arrest/Subject Control and Defensive Tactics**

FBI Defensive Tactics Instructor – Federal Bureau of Investigation – 2000

C.L.A.M.P. Instructors Course – Law Enforcement & Security Trainers, Inc. – 1999

G.R.A.S.P. Instructors Course – Law Enforcement & Security Trainers, Inc. – 1999

Arrest & Control Instructor – Los Angeles Police Department – 1998

Master Instructor Handcuffing – ISC Division of Wellness – 1998

Defensive Tactics Instructors Course – Krav Maga Assoc. of America, Law Enforcement Training Division – 1997

Control Points – ISC Division of Wellness – 1997

Police Close Defense Instructor – Williams Defense Systems (now Cutting Edge Training) – 1997

**Edged Weapons**

Tactical Folding Knife Instructor – CQC Service Group – 1997

**Firearms**

P.O.S.T. Certified Firearms Instructors Course – Napa Valley College Criminal Justice Training Center – 1997

MP5 Submachinegun Operators Course – Heckler & Koch, International Training Division – 1997

Tactical Shotgun – International Law Enforcement Training & Consulting – 1994

Urban Rifle – Thunder Ranch/International Training Consultants - 1993

Defensive Pistol-Level II – Thunder Ranch/International Training Consultants – 1993

Police Shotgun- Level I – Yavapai Firearms Academy – 1988

Intermediate Pistol Course – American Pistol Institute (Gunsite) – 1987

Basic Pistol Course – American Pistol Institute (Gunsite) – 1986

**Impact Weapons**

ASP Tactical Baton Instructors Course – Armament Systems & Procedures – 1995, 1997

Side-handle Baton Instructors Update – Gavilan College – 1988

Side-handle Baton Instructors Update – Santa Rosa Criminal Justice Training Center – 1987

Side-handle Baton Instructors Workshop – Martinez Adult School – 1984

P.O.S.T. Certified Side-handle Baton Instructors Course – Martinez Adult School – 1984

**Chemical Agents**

Aerosol Defense Spray (O.C.) Instructor – CQB Supply – 2005

## Use of Force

P.O.S.T. Force-options Simulator Instructor – San Jose Police Department – 2002

Confrontational Simulation/Use of Force Instructor – Con Sim International – 1995

## Arrest-related Deaths

Forensic Analyst: Excited Delirium, Sudden In-Custody Deaths Program – I.P.I.C.D. – 2009, 2014

In-custody Death Prevention Instructor – I.P.I.C.D. – 2005

Legal, Medical, and Scientific Constraints on Human Restraints Symposium – I.P.I.C.D. – 2014

## Emergency Vehicle Operations

Law Enforcement Driving Simulator Instructor – San Jose Police Department – 2005

Pursuit Intervention Technique – Oakland Police Department – 2005

Driver Awareness Instructor – San Jose Police Department – 2005

Emergency Vehicle Operation Instructor – San Jose Police Department – 2005

## Crisis Intervention and De-escalation

San Diego County Regional De-escalation Course – San Diego County District Attorney's Office – 2020

Realistic De-escalation – Force Science Institute – 2017

Suicide by Cop/Suicide Response – San Jose Police Department CIT update – 2002

Crisis Intervention Team Academy – San Jose Police Department – 2001

Crisis Management and Resolution – San Francisco Police Department – 1998

## Human Factors

Fundamentals of Biomechanics and Injury Causation – GTD Scientific – 2022

Perception-Response Times for OIS Investigations – Association of Force Investigators – 2021

Human Factors/Ergonomics (ISE 210) – San Jose State University – 2015

Investigating Human Fatigue Factors – National Transportation Safety Board – 2009

Principles of Force Science Certification Course – Force Science Research Center – 2008

## Specialized Investigations

Internal Affairs Investigations – San Jose State University – 2009

Responding to Officer-Involved Shootings – Police Training Services Company – 2008

Officer-Involved Shootings Investigations Course – LAPD, Force Investigations Division – 2008

Narcotic Investigation – California Department of Justice – 1990

### Supervision/Leadership

P.O.S.T. Police Supervision – Gavilan College – 1995

Supervisors In-house Academy – San Jose Police Department – 1995

Sergeants Workshop in Community Oriented Policing – Justice Training Institute – 1994

Situational Leadership, Train the Trainer – Center for Leadership Studies – 1994

### Forensic Video Analysis

Forensic Image and Video Enhancement with Amped Give – Amped Software – 2023

Digital Multimedia Evidence Processing – Law Enforcement & Emergency Services Video Association (LEVA) – 2021

Forensic Video Analysis & the Law – LEVA – 2021

Workflow 101 – LEVA – 2020

Online Video Evidence Training Symposium – Input-Ace – 2020

Video Examinations for the Police Investigator – Forensic Video Solutions – 2018

Video Evidence for Investigators – LEVA – 2018

Basic Video Forensics – Michael G. Schott – 2013 & 2015

---

## CONSULTANT AND EXPERT WITNESS

### <u>Civil – Defense (Deposed: 19 Testified: 7)</u>

August 2023   Roger Hepner v. County of Tulare et al. United States District Court – Eastern District of California – Case No. 1:18-cv-00774-DAD-EPG. Areas of Expertise: *"Forensic video analysis and interpretation," "Reasonable use of force in jail setting and pre-trial detainee," "Predictable response to resistance given limited training,"* and *"Incompetent investigation."* (Report submitted and **deposed** – Attorney: Grant Winter).

January 2023   Steven Dalton & Tina Pizzo v. County of San Diego et al. United States District Court – Southern District of California – Case No. 21-cv-2143-W. Areas of Expertise: *"Probable cause to arrest," "Explicit probable cause for a hold pursuant to California W&I Code § 5150," "State-created danger – foreseeability of danger," "Actions causing citizen to believe they were being detained," "Forensic video analysis,"* and *"Policy compliance."* (Report submitted and **deposed** – Attorney: Alexa Katz).

| | |
|---|---|
| January 2023 | Ashley Blackmon v. City of Beverly Hills et al. United States District Court – Central District of California – Case No. 2:21-cv-08381-AB. Areas of Expertise: ***"Reasonable suspicion to detain," reasonable drawing and display of weapons, handcuffing and searching during detention and high-risk vehicle stop," "Forensic video analysis," "Consent to search," "Monell," "Evidence of bias,"*** and ***"Policy compliance."*** (Report submitted – Attorney: Jeanne Tollison). |
| November 2022 | Estate of Castro Gutierrez by and through... v. Isai Castillo et al., United States District Court – Southern District of California – Case No. 21-cv-01292-H-LL. Areas of Expertise: ***"Pre-shooting planning and tactics," "Reasonable use of deadly force," "Reasonable use of the TASER," "Policy compliance,"*** and ***"Forensic video analysis."*** (Report submitted – Attorney: Stacy Plotkin-Wolff). |
| June 2021 | Estate of Toby Diller v. City of San Diego. United States District Court – Southern District of California – Case No. 3:20-cv-01003. Areas of Expertise: ***"Reasonable suspicion to detain," "probable cause to arrest," "reasonable use of force by peace officers; reasonable use of deadly force by peace officers," "human factors," "forensic video analysis,"*** and ***"firearm retention and holster retention devices."*** (Report submitted and **deposed** – Attorney: Rayna Stephan). |
| April 2021 | Winston Settrini v. City of San Diego et al. United States District Court – Southern District of California – Case No. 3:20-cv-2273 CAB (BGS). Areas of Expertise: ***"Reasonable use of force by peace officers," "human factors,"*** and ***"forensic video analysis."*** (Report submitted and **testified** – Attorney: Jacqueline McQuarrie). |
| January 2021 | D.W., a minor, by and through her guardian ad litem et al., v. County of San Diego, et al. Superior Court of the State of California – County of San Diego. Case No. 37-2019-00029602-CU-PO-NC. Areas of expertise: ***"Reasonable planning and tactics in apprehending wanted suspect in violation of P.R.C.S., and active methamphetamine and firearms violations, including high-risk vehicle stops, foot pursuits, setting perimeter containments, air support resources, and reasonable use of cover and dynamics of firearms projectiles impacting building materials," "California peace officer training regarding those subjects," "Use of TASERs and extended-range-impact weapons during foot pursuits and searches for armed suspects and the relative likelihoods of effectiveness of each," "Human factors, including human pattern movement recognition, attentional demands, perception-reaction time issues, and memory issues during high-stress incidents," "Vehicle pursuit decision-making/balancing test," "Facts supporting suicide-by-cop shooting," "Speed of firing a Glock handgun in actual field conditions," "Sawed-off shotguns, ammunition types, and relative dangerousness," "Feasibility of issuing pre-shooting warnings and providing opportunities to comply,"*** and ***"De-escalation and feasibility."*** (Deposed and **testified** – Attorneys: J. Chapin/R. Lenert/M. Holmes). |
| December 2020 | Paul Holland and Geoffrey Nelson v. City and County of San Francisco. United States District Court – Central District of California. Areas of expertise: ***"Reasonable suspicion to detain for investigative detentions," "Reasonable pat searches," "Probable cause to arrest,"*** and **"Proper use of handcuffs."** (Report submitted – Attorney: Hunter Sims) |
| December 2020 | Susan Bennett v. County of Orange et al. United States District Court – Central District of California. Areas of expertise: ***"Technical preparation, examination and interpretation of video evidence," "Objectively reasonable force," "Proper application of handcuffs,"*** and ***"Policy compliance."*** (Report submitted – Attorney: Jeanne Tollison). |

December 2020 Judy O'Neil v. City and County of San Francisco. United States District Court – Northern District of California – Case No. 3:17-cv-07190. Areas of expertise: *"Probable cause to arrest," "Reasonable perception of threat of death or serious bodily injury," "Tactics during attempt to locate and apprehend carjacking suspect," "Supervision of trainee by field training officer," "Use-of-force" and "BWC policy compliance."* (Report submitted and **deposed** – Attorney: Hunter Sims)

August 2020    Michael Juricich v. County of San Mateo et al. United States District Court – Northern District of California. California. Areas of expertise: *"Technical preparation, examination and interpretation of video evidence,"* "Reasonable suspicion to detain, "Probable cause to arrest, *"Objectively reasonable force," "Response to immediate medical needs of arrestee through booking process,"* and, *"Policy compliance."* (Report submitted – Attorney: Peter Cruz).

March 2020     Oscar Tapia Carmona v. County of San Mateo et al. United States District Court – Northern District of California – Case No. 5:18-cv-05232. Areas of expertise: *"Technical preparation, examination and interpretation of video evidence," "Procedure for protecting inmate identified at-risk of suicide," "Reasonable attempts at persuasion prior force applications," "Providing immediate medical assistance," and Policy compliance."* (Report submitted and **deposed** – Attorney: Brian Kulich)

February 2020  Carl Edwards v. City of Vallejo et al. United States District Court – Eastern District of California. Areas of expertise: *"Reasonable suspicion to detain," "Probable cause to conduct pat search," "Probable cause to arrest," "Reasonable use of force including the use of the carotid restraint," "Areas constituting curtilage," "Reasonable basis for listing booking charges," Policy compliance," and the "Examination, preparation, and interpretation of digital video evidence."* (Report submitted – Attorney: Richard Osman)

November 2019 Dominique Abdullah v. City of San Diego et al. United States District Court – Southern District of California. Areas of expertise: *"Technical preparation, examination and interpretation of video evidence," "Objectively reasonable force,"* and *"Policy compliance."* (Report submitted – Attorney: Seetal Tejura)

November 2019 Scott Daniels v. City and County of San Francisco et al. United States District Court – Northern District of California. Areas of expertise: *"Reasonable suspicion to detain," "Reasonable us of Handcuffs."* (Report submitted – Attorney: James Hannawalt)

Sept. 2019     Steven Young v. East Palo Alto Police Officers Daniel Cancilla and Steve Humrich – United States District Court – Northern District of California – Case No. 4:18-cv-01931. Areas of expertise: *"Reasonable suspicion to detain," "Probable cause to conduct pat search,"* and *"Reasonable use of force."* (Report submitted and **testified** – Attorney Jeffrey Vucinich)

August 2019    Willie Flanigan v. San Francisco Police Department et al., United States District Court – Northern District of California. Areas of expertise: *"Proper notification and response of off-duty incident," Reasonable suspicion to detain," "Probable cause to arrest," "Reasonable use of force," "Diligent investigative follow-up," "Compliance with Agency Policy."* (Report submitted – Attorneys Rebecca Bers and Sabrina Berdux)

April 2019     A. B., a minor, et al., v. County of San Diego et al., United States District Court – Southern District of California – Case No. 18-cv-1541. Areas of expertise: *"Probable cause to arrest," Reasonable use of force," Reasonable use of TASERs," "Reasonable use of impact weapons," "TASER forensics," "Examination, preparation, and interpretation of digital video evidence," Indicators of methamphetamine influence," "Maximal restraint methods," "Rendering reasonably timely medical assistance," "Arrest-related death issues, i.e., positional asphyxia, restraint asphyxia, compression asphyxia,"* and *"Compliance with agency policy."* (Reports submitted and **deposed** – Attorneys, Ronald Lenert and Christina Vilaseca)

13

August 2018    Estate of Mark Roshawn Adkins et al. v. County of San Diego et al., United States District Court – Eastern District of California – Case No. 3:18-cv-00371. Areas of expertise: *"Probable cause to arrest," Reasonable use of force," Reasonable use of TASERs," "TASER forensics," "Examination, preparation, and interpretation of digital video evidence," "Indicators of PCP and methamphetamine influence and related dangers," "Adequacy of training in the use of TASERs and force responses,"* and *"Compliance with agency policy."* (Reports submitted and **deposed** – Attorney: Melissa Holmes)

June 2018    Brian Ramirez v. County of Sacramento, et al., United States District Court – Eastern District of California – Case No. 2:17-cv-01868. Areas of expertise: *"Reasonable Use of vehicle as an instrumentality of Force," "Reasonable use of TASER," Probable cause to arrest/Recognition of vehicle code violations," "Recognition of dangerous driving behavior by motorcyclist," "California legal requirements for peace officers driving while in pursuit or with emergency equipment," "Driving with due care and caution by peace officers," "Human factors, including perception and reaction time, basic vision and perception, and 'inattentional blindness;'* and *"Compliance with department policies regarding emergency driving, pursuits, and the use of the TASER."* (Report submitted and **deposed** – Attorney: Shanan Hewitt)

February 2018    Bernardo Luque-Villanueva & Eduardo Sandoval v. County of San Diego, et al., United States District Court - Southern District of California. Areas of expertise: *"Reasonable suspicion to detain," "Probable cause to arrest," "Reasonable use of OC spray," "Reasonable use of neck restraint," "Reasonable use of available surfaces to control threatening prisoner,"* and *"Reasonable officer-safety detention of bystander recording police arrest."* (Report submitted – Attorney: Christina Vilaseca)

January 2018    D.W., a minor, by and through her guardian ad litem Jessica Martinez, et al., v. County of San Diego, et al., United States District Court – Southern District of California – Case No. 17-CV-1459 & Superior Court of the State of California for the County of San Diego – Case No. 37-2019-00029602. Areas of expertise: *"Probable cause to arrest based upon information from other peace officers," "Reasonable use of deadly force," "Perception of human movement patterns," "Perception and reaction time," "Evaluation of other feasible force options, including de-escalation," "Rendering reasonably timely medical assistance," and "Policy compliance."* (Report submitted and **deposed** Attorney: James Chapin/Ronald Lenert)

June 2017    Robert Brown v. City and County of San Francisco, et al., United States District Court - Northern District of California – Case No. 4:16-cv-04671. Areas of expertise: *"Probable cause to arrest," Reasonable force,"* and *"Policy compliance."* (Report submitted, **deposed** and **testified** – Attorney: Rebecca Bers)

April 2017    Alma Godinez v. County of San Diego, et al., United States District Court - Southern District of California. Areas of expertise: *"Reasonable conduct of civil standby call," "Consent-based warrantless entry into dwelling based upon apparent authority," "Exigency based warrantless entry into dwelling," "Probable cause to arrest," "Reasonable use of TASER to stop the threat of serious bodily injury or death," Factors influencing how peace officers react to threatening persons," "Perception of human motion," "Legal duty of peace officers to come to the aid of others (public-duty doctrine)," "Timely provision of medical attention to arrestee," and "Compliance with department policy."* (Report submitted and **testified (2)** – Attorney: James Chapin)

March 2017    Corey Bland v. New Jersey State Police, et al., United States District Court - District of New Jersey. Areas of expertise: *"Automatic response to threat," "Perceptual distortions and memory gaps during officer-involved shootings," "Perception and memory factors," "Reasonable use of deadly force to stop a dangerous fleeing driver," "Pre-shooting tactics," "Reasonable pursuit decision making."* (Report submitted – Attorney: Vincent Rizzo)

14

February 2017    Estate of Cecilia Lam v. City and County of San Francisco, et al., United States District Court - Northern District of California. Areas of expertise: *"California peace officer training regarding domestic violence calls," "Information typically provided to patrol officers responding to domestic violence calls," "Context for informing potential domestic violence victim of right to make a private person arrest pursuant to 836(b) P.C.," "Probable cause to arrest," "Private persons arrests," "Providing civil standby services,"* and *"Creation of special relationship."* (Report submitted – Attorney: James Hannawalt)

February 2017    Thomas Chang et al. v. City of Pacifica, et al., United States District Court - Northern District of California. Areas of expertise: *"Requisite probable cause for emergency psychiatric detention," "Use of de-escalation approach," "Probable cause to arrest," "Tactical response to barricaded suspect," "Use of Noise-flash diversionary devices," "Pre-shooting tactics," "Reasonable use of deadly force."* (Report submitted – Attorney: Jeffrey Vucinich)

January 2017    Lucas Moore v. County of San Diego, et al., United States District Court - Southern District of California. Areas of expertise: *"Reasonable suspicion to detain for potential domestic violence incident," "Probable cause to arrest," "Arrests for Public Intoxication," "Reasonable use of force to overcome resistance,"* and *"Proper use of preliminary alcohol screening devices."* (Report submitted & **Deposed** – Attorney: James Chapin)

December 2016    Andrew Garcia v. City of Garden Grove, et al., United States District Court - Central District of California. Areas of expertise: *"Reasonable suspicion to detain," "Probable cause to arrest," "Human Factors - Perception of human movement patterns (threat perception)," Reasonable use of deadly force in immediate defense of life and to stop dangerous fleeing suspect," "Human visual capability to detect and identify Airsoft pistol marking," "Officer-subject interactions during officer-involved shootings," "Timely rendering of medical assistance," and "Policy compliance."* (Report submitted & **Deposed** – Attorney: Bryan Moore)

November 2016    James Soler v. County of San Diego, et al., United States District Court - Southern District of California.  Areas of expertise: *"Probable cause to arrest and continue to hold related to the totality of the circumstances supporting a reasonable belief that an arrested subject is the named person on an arrest warrant, including reliance on other official channels for information,"* and *"Diligence in investigating an inmate's claim that he is not the person named on an arrest warrant."*  (Report submitted – Attorney: Stephanie Kish)

August 2016    Estate of Amilcar Perez-Lopez v. City and County of San Francisco, et al., United States District Court – Northern District of California. Areas of expertise: *"Reasonable suspicion to detain," "Reasonable use of deadly force in both immediate defense of life and fleeing felon contexts," "Changing directions and orientations of suspect explaining shots to the back,"* and *"Policy compliance."* (Report submitted – Attorney: James Hannawalt)

July 2016    Joseph James Greer v. City of Hayward, et al., United States District Court - Northern District of California.  Areas of expertise: "*Probable cause to arrest," "Reasonable use of force," Reasonable use of TASERs," "Reasonable use of baton as a leverage tool," "Reasonable use of pressure point application," "Reasonable use of restraints - including handcuffs and The WRAP device," "Proper monitoring of physical condition and timely rendering of first aid," "Provision of emergency medical treatment in a timely manner."* (Report submitted – Attorney: Jeffrey Vucinich)

15

June 2016        L.M. by and through her guardian ad litem v. City of Redding, et al., United States District Court – Eastern District of California.  Areas of expertise: ***"Vehicle flight constituting a threat to the public," "Reasonable use of TASERs," "Reasonable use of the carotid restraint," Reasonable use of personal weapons," "Reasonable use of batons," "Secondary head strikes with Batons," and "Theoretically dangerous positions increasing risk of arrest-related deaths."*** (Report submitted – Attorney: Richard Fisher)

February 2016    Daniel Acedo v. City of Chula Vista, et al., United States District Court – Southern District of California.  Areas of expertise: ***"Probable Cause to Arrest," "Warrantless Entry onto Property Based Upon Fresh Pursuit," "Pointing of Firearms While Making Arrest," "Use of Police Dog While Making Arrest,"*** and ***"Conformance with Departmental Policy."*** (Report submitted – Attorney: Karen Rogan)

January 2016     Jovan Jimenez v. County of San Diego, et al., United States District Court – Southern District of California.  Areas of expertise: ***"Reasonable Suspicion to Detain," "Probable Cause to Arrest," "Arrest based on Citizens Arrest," "Use of Handcuffs During Detentions," "Reasonable Force to Control Handcuffed Suspects,"*** and ***"Factors Supporting that Head Strike with an Impact Weapon was Accidental."*** (Report submitted – Attorney: James Chapin)

January 2016     Gary Lawman v. City and County of San Francisco, et al., United States District Court – Central District of California.  Areas of expertise: ***"Probable Cause to Arrest," "Booking of Misdemeanant  Arrestees," "Explicit Probable Cause to Detain Pursuant to Section 5150 W&I," "Policy Conformance,"*** and ***"Monell Liability."*** (Report submitted, **Deposed** and **testified** – Attorney: James Hannawalt)

August 2015      Michael Nichols et al v. City of Palm Springs, et al., United States District Court – Central District of California. Areas of expertise: ***"Proper Use of Informants," "Determining the Status of Informants,"*** and ***"Creation of Duty to Protect Informants."*** (Report submitted – Attorney: Michael Tam)

July 2015        Civil: Robert Barron v. City of Redding et al., United States District Court – Eastern District of California.  Areas of expertise: ***"Reasonable Suspicion to Detain," "Probable Cause to Arrest," "Reasonable Use of Deadly Force," "Patrol Tactics"*** and ***"Policy Compliance."*** (Report submitted & **deposed** – Attorney: Sean O'Dowd)

March 2015       Civil:  Estate of Yanira Serrano v. County of San Mateo, et al., United States District Court – Northern District of California.  Areas of expertise: ***"Reasonable Use of Deadly Force," "Force Options," "Patrol Tactics," "Policy Compliance," "Pointing of Firearm," "Monell Liability."*** (Report submitted & **deposed** – Attorney: David Levy)

August 2014      Civil: Jose Antonio Aguilar Jaramillo v. City of San Mateo, et al., United States District Court – Northern District of California.  Areas of expertise: ***"Reasonable Suspicion to Detain," "Probable Cause to Arrest," "Reasonable Force," "Post-arrest care,"*** and ***"Policy Compliance."*** (Report submitted – Attorney: Jeffrey Vucinich)

December 2013    Civil: United States Automobile Assoc. v. Las Vegas Metropolitan Police Department Consolidated with Dennis Wallace v. Las Vegas Metropolitan Police Department, et al. Nevada District Court, Clark County, Nevada.  Areas of  expertise: ***"Vehicular Pursuits," "Policy Compliance," "Threat Assessment of Suspect Driving," "Emergency Vehicle Operations."*** (Consulted – Attorney: Adam Fulton)

June 2013        Civil:  Nicholas Damante v. City of Hayward, et al. Alameda County Superior Court. Areas of expertise: ***"Reasonable Suspicion to Detain," "Probable Cause to Arrest," "Differentiation of Knives Under 653k PC," "Reasonable Force."*** (Consulted – Attorney: Jeffrey Vucinich)

16

February 2013  Civil:  A.K.H., a minor by and through her Guardian Ad Litem, Elizabeth Landeros; Maria Cerda Reyes; and Benito Herrera v. City of Tustin et al.  United States District Court – Central District of California.  Areas of expertise: *"Reasonable Suspicion to Detain," "Probable Cause to Arrest," "Reasonable Use of Deadly Force," "Human Perception and Reaction Time," "Suicide by Cop," "Timely Rendering of First Aid," and "Policy Compliance."* (Report submitted & **deposed** – Attorney: Robert Kaufman)

December 2011  Civil: Carrillo/Correa v. Las Vegas Metropolitan Police Department, et al. United States District Court – District of Nevada.  Areas of expertise: *"Vehicular Pursuits," "Policy Compliance," "Threat Assessment of Suspect Driving," "Emergency Vehicle Operations"* and *"Perception and Memory."* (Report submitted and **deposed** – Attorney: Sean Lyttle)

October 2011  Civil:  Mary & Charles Piskura v. TASER, International, et al. United States District Court – Southern District of Ohio.  Areas of expertise: *"Eyewitness Perception and Memory of Events"* and *"The Biomechanics of Officer-Suspect Interactions."* (Report submitted – Attorney: Andrew Yosowitz)

November 2010 Civil:  Kenneth Carrethers v. Bay Area Rapid Transit, et al. San Francisco, CA.  United States District Court – Northern District of California.  Areas of expertise:  *"Reasonable Suspicion to Detain, Probable Cause to Arrest, and Reasonable Force"* and *"Reasonable Use of Leg Restraint for Defense of a §1983 Action Alleging Unlawful Arrest and Excessive Force."* (Report submitted and **deposed** – Attorney: Dale Allen)

December 2008 Civil:  John Garcia v. County of Merced, et al., U.S. District Court – Eastern District of California.  Area of expertise:  *"Officers' Training Regarding Proper Search Warrant Affidavit Procedures in a Narcotic Investigation."*  (Report submitted – Attorney: Roger Matzkind)

February 2008  Civil:  Randy Sewell v. Dustin James Hutchcraft, et al. Lane County, OR.  Second Judicial District of Oregon. Area of expertise: *"Off-duty Police Practices in Assault and Battery by Police Plaintiff."* (Consulted – Attorney: Kevin Crawford)

April 2004  Civil:  Steven May v. Maaco Auto Body, Modesto, CA. Superior Court of California, Stanislaus County.  Area of expertise: *"Proper Police Procedures and Policies Related to Emergency Vehicle Operation and Pursuits."* (Consultation – Attorney: Dale Thayer)

May 2003  Civil:  Peruzzaro v. San Mateo County Transit District, Redwood City, CA. Superior Court of California, San Mateo County. Area of expertise:  *"Current Training and Proper Procedure Related to Emergency Vehicle Operation, "Code-3" Driving and Safety Measures."* (**Deposed** – Attorney: Albert Wenzell, Jr.)

June 1999  Civil:  Steve Hatzigeorgiou vs. Camelot Park, et al. Modesto, CA.  Superior Court of California, Stanislaus County. Area of expertise:  *"Appropriate Off-Duty Conduct by Peace Officers."* (Consultation – Attorney: Michael Amaro)

## Civil – Plaintiff (Deposed: 1)

March 2021  Civil:  Steven Wren v. El Paso County Sheriff's Office, et al. United States District Court (District of Colorado). Areas of Expertise: *"Following standard vehicle-pursuit initiation and termination policy," "Pursuit decision-making,"* and *"Reasonable conditions for engaging in legal interventions."* (Report submitted – Attorney: Zachary Mugge)

April 2020     Alan and Kelly Strickland v. Masai Uriji et al. United States District Court – Northern District of California. Areas of expertise: *"Technical preparation, examination and interpretation of video evidence," "Objectively reasonable force," "Probable cause to arrest."* (Report submitted – Attorney: Brett Beyler).

April 2017     Aprintess Williams v. Krook, et al., United States District Court – District of Nevada.  Areas of expertise: *"Unreasonable use of handcuffs," "Duty to provide water and protect arrestee from excessive heat," "Failure to respond to prisoner's serious medical needs."* (Report Submitted – Attorney: Brittnie Watkins)

March 2015     Angel Keith Toscano, Jr., et al. v. City of Fresno, et al., United States District Court – Eastern District of California.  Areas of expertise: *"Probable cause to arrest," "Reasonable force – patrol vehicle v. bicyclist," "Driving with due regard during pursuit of bicyclist," "Effect of use of emergency lights and siren," "Increasing the danger to struck fleeing suspect," and "Emergency vehicle operations training."* (Submitted Report – Attorneys: Andrew Jones & Adam Rushing)

October 2013     Steve Armstrong v. El Rancho Market of Chandler, Inc., Superior Court of Arizona – Maricopa County. Areas of expertise: *"Proper procedure for detaining suspected shoplifters by retail loss-prevention personnel," "inadequate training of loss-prevention personnel," and Improper use of handcuffs."* (Consulted – Attorney: Robert Trop)

October 2012     Austin Koval v. United States of America. United States District Court – Eastern District of California. Areas of expertise: *"Reasonable suspicion to detain," "Probable cause to arrest," "Reasonable officer's application of criminal statute," "Unreasonable seizure of personal property without cause," and "Duty to intercede."* (Report submitted & **deposed** – Attorney: Robert Trop)

March 2009     Steven Morrow v. Park-Gaylord Apartments, Paul Pries, et al. San Jose, CA. Superior Court of California, Santa Clara County.  Area of expertise: *"Proper police practices in foot pursuits."* (Report submitted – Attorney: Peter Timewell)

## Criminal – Prosecution (Testified: 8)

February 2018     People of the State of California v. Kehinde Jackson, Superior Court, County of Marin. Areas of expertise: *"Human perception and memory compared to video recordings," "Reasonable use of batons, OC spray and TASERs,"* and *"Appropriate use of de-escalation."* (Submitted Report – Attorney: Namita Patel)

December 2016     People of the State of California v. Scott Thorne, Superior Court, County of Sonoma. Areas of expertise: *"Standard procedures for investigating potential domestic violence calls," "Peace officer training regarding making warrantless entries into dwellings based upon exigent circumstances," "Reasonable use of force with baton and TASER," "Reasonable perception by officers and factors in deciding to intervene with another officer's excessive force,"* and *"Organizational and system factors that influence decision-making by peace officers."* (Submitted Report & **testified** – Attorney: Robert Waner)

June 2016     People of the State of California v. Gabrielle Lemos and Michelle Lemos, Superior Court, County of Sonoma.  Areas of expertise: *"Reasonableness of having occupants of stopped vehicles exit"* and *"Proper procedures for preliminary investigations of potential domestic violence incidents."* (**Testified** – Attorney: Jenica Leonard)

September 2014   People of the State of California v. Brian Rathjen, Superior Court of California, Santa Clara County.  Areas of expertise: ***"Reasonable force" and "Dealing with mentally ill individuals."*** (Consulted – Attorney: Angela Bernhard – Prosecution for Murder and Resisting Arrest with Injury to Peace Officer)

September 2014   People of the State of California v. Christopher Melton, Superior Court of California, Stanislaus County.  Areas of expertise: ***"Reasonable force" and "arrest & control tactics."*** (**Testified** – Attorney: Blythe Harris – Prosecution for Assault Under Color of Authority)

August 2009   People v. Romel Custodio, Marlo Custodio, and Marilou Alvarado, San Jose, CA.  Superior Court of California, Santa Clara County. Areas of expertise: ***"Operation and Use of the TASER® brand electronic control device"*** and ***"The use of force in the prosecution for resisting arrest/obstructing and delaying a peace officer."*** (**Testified** – Attorney: Donald Shearer)  STATUS:  Uncompensated expert witness as part of normal police duties.

December 2006   People v. Phuoc Ngoc Pham, San Jose, CA.  Superior Court of California, Santa Clara County. Area of expertise: ***"Brandishing a firearm by off-duty police defendant."*** (Report submitted – Attorney: Raymond Mendoza)  STATUS:  Uncompensated expert witness as part of normal police duties.

August 2006   People v. Joe Reyes Guerra, San Jose, CA.  Superior Court of California, Santa Clara County. Areas of expertise:  ***"Police use of force," "Force options"*** and ***"Proper application of the TASER® brand electronic control device."*** (**Testified** – Attorney: James Leonard)  STATUS:  Uncompensated expert witness as part of normal police duties.

February 2005   People vs. Michael Kan and Craig Daniel Lee, San Jose, CA. Superior Court of California, Santa Clara County.  Areas of expertise:  ***"Assault under color of authority," "officers' training as to facts amounting to reasonable suspicion to detain & probable cause to arrest"*** and ***"Policy and Practices Regarding Use of Force."*** (Report submitted & **testified** – Attorney: Peter Waite)   STATUS:  Uncompensated expert witness as part of normal police duties.

November 2005   People vs. Jose Murillo, Santa Clara, CA.  Area of expertise:  ***"Effect of a stun baton."*** (Report submitted – Attorney: Benjamin Field – Prosecution)   STATUS:  Uncompensated expert witness as part of normal police duties.

May 2005   People vs. Marvin Evenorlazo Amaya, Santa Clara, CA.  Areas of expertise: ***"Officers' training as to facts amounting to reasonable suspicion to detain"*** and ***"Policy and practices regarding use of force."*** (**Testified** – Attorney: Angela Bernard)  STATUS: Uncompensated expert witness as part of normal police duties.

December 2002   People vs. Lugo Santillan Silva, Santa Clara, CA.  Area of expertise***:  "use of force/police service dogs as an instrumentality of force."*** (**Testified** – Attorney: Judith Sklar – Prosecution) STATUS: Uncompensated expert witness as part of normal police duties.

September 2001   People vs. Craig Winton Mosher, Monterey, CA.  Superior Court of California, Monterey County.  Area of expertise: ***"Assault under color."*** (Consulted – Attorney: Gary Thelander – Prosecution)  STATUS:  Uncompensated expert witness

**<u>Criminal – Defense (Testified: 10)</u>**

February 2023    People v. Joseph Lamantia, Superior Court – County of Stanislaus (Preliminary Hearing). Areas of expertise: ***"California peace officer training regarding 835a PC," "Human factors (perception, vision, reaction time, patterns of movement associated with mistake-of-fact shootings),"*** and ***"Forensic video analysis."*** (**Testified** – Attorney: Roger Wilson (initially retained by Stanislaus County District Attorney's Office, subpoenaed by Defense).

July 2022    People v. Henry Abe, Superior Court – County of Yuba (Jury Trial). Areas of Expertise: ***"Reasonable use of force," "Human factors,"*** and "***Forensic video analysis."*** (**Testified** – Attorney: Roberto Marquez)

January 2022    People v. Charles Blount, Superior Court – County of Sonoma (Jury Trial). Areas of Expertise: ***"Use of force," "Reasonableness of tactics," "Human factors (perception, reaction time, patterns of movement/affordance perception associated with mistake-of-fact shootings),"*** and ***"Forensic video analysis."*** (**Testified** – Attorney: Harry Stern (initially retained and subpoenaed by Deputy D.A. Robert Waner)

November 2021 People v. Justin Wall, Superior Court – County of San Joaquin (Jury Trial). Areas of expertise: ***"Use of force," "Human factors – Perception, reaction time, and perceptual failures to see (change blindness),"*** and ***"Forensic video analysis."*** (Report submitted and **testified** – Attorneys: Paul Goyette and Brett Sherman)

June 2019    People v. Blake Lycett, Superior Court – County of San Mateo. Areas of expertise: "Technical preparation, examination and interpretation of video evidence," ***"Reasonable use of force in jail setting,"*** and ***"Human Factors – Attention & Basic memory."*** (Report submitted – Attorney: Julia Fox)

May 2019    People v. Joshua Nahan and Nicholas Morgan, Superior Court – County of San Diego. Areas of expertise**: *"Use of Force," "Human Factors – Perception, Reaction Time, Attention & Basic Memory,"*** and *"Preparation, examination, and interpretation of video evidence."* (Report submitted and **testified** – Attorneys: Richard Pinckard & Michael Begovich)

February 2019 People v. Justin Wall, Superior Court – County of San Joaquin (Preliminary hearing). Areas of expertise: ***"Use of Deadly Force," "Human Factors – Attentional Resources and Perceptual Limitations,"*** and *"Preparation, examination, and interpretation of video evidence."* (Report submitted and **testified** – Attorney: Judith Odbert)

March 2018    In re Allan T., Superior Court – County of San Diego. Areas of expertise: "***Interaction between subject responding with gunfire during a fight or being struck with a metal flashlight," "Factors influencing unintentional self-inflicted gunshot wound while drawing handgun," "Perception-reaction time and subject interactions resulting in back-to-front gunshot wounds,"*** and ***"Short trigger travel distance and light trigger-pull weight as a potential factor in an unintentional self-inflicted gunshot wound."*** (Report submitted – Attorneys: Michael Fremont & Joseph Adelizzi)

January 2018    People v. Scott Ruppel, Superior Court – County of Butte. Areas of expertise***: "Human Factors: Automatic versus controlled responses," "Use of Force,"*** and **Preparation and presentation of video evidence and analysis."** (Report submitted and **testified** – Submitted Report – Attorney: Brett Sherman)

July 2017    People v. Jeffrey Villanueva, Superior Court – County of Placer. Areas of expertise: ***"Reasonable force responses in overcoming resistance by pre-trial detainee in custodial facility," and "Effect of organizational culture on conduct," "Generally accepted procedures for criminal force-response investigations."*** (Report submitted – Attorney: Paul Goyette)

| December 2017 | State of Maine v. Derrick DuPont, Superior Court of the State of Maine – Franklin County. Areas of expertise: ***"Reasonable perception of deadly threat by civilian," "Perception of human motion,"*** and ***"Basics of human perception and memory of eyewitnesses of events."*** (Report submitted – Attorney: Scott Hess) |
|---|---|
| October 2017 | People v. Matthew Mettler, Superior Court – County of San Joaquin. Areas of expertise: ***"Reasonable force in compelling compliance with jail procedures,"*** and ***"Factors affecting how sound perception can influence perception of level of force."*** (Report submitted – Attorney: Nicole Valentine) |
| May 2017 | People v. Max Whalen Crowell, Superior Court – County of Monterey. Areas of expertise: ***"Reasonable force in overcoming inmate resistance;"*** and ***"Indicators suggesting inaccurate perception and memory of an event."*** (Report Submitted – Attorney: Sean Connolly) |
| February 2017 | People v. Jaime Salvador Martinez, Superior Court – County of Sutter.  Areas of expertise: ***"Reasonable suspicion to detain," Reasonable use of firearm in effecting detention," "Peace officer powers as conferred by California Penal Code section 830.2(h)," "Basic vision, perception and attention,"*** and ***"Inadequate investigation upon which to make charging decision."*** (Report Submitted & Consulted at trial – Attorney: Greg Thoming) |
| November 2016 | People v. Daniel Nessling, Superior Court – County of Modoc. Areas of expertise: ***"Proper use of video evidence in evaluating police conduct," "Conclusions about report omissions," "Reasonable force in physically controlling intoxicated bleeding prisoner," "Recognition of bloodborne pathogen hazards," "Incomplete investigation of alleged misconduct,"*** and ***"Officer movement based upon automatic postural response."***  (Report Submitted – Attorney: Joshua Olander) |
| April 2016 | People v. Patrick Feaster, Superior Court – County of Butte. Areas of expertise: ***"Distraction Effects of Stress and its Interaction with Automatic Behavior," "Memory Gaps in Officer-involved Shootings,"*** and ***"Reasonableness of Drawing of a Sidearm by a Police Officer."*** (Report Submitted – Attorney: Paul Goyette) |
| January 2016 | People v. John Demery, Superior Court – County of Riverside. Areas of expertise: ***"Factors that constitute proportionate force," "Human factors," "Perception of threat of death or serious bodily injury by unarmed assailant,"*** and ***"punches resulting in death or serious bodily injury."*** (**Testified** – Attorney: Richard Pinckard) |
| July 2011 | State of Nevada v. Aron Carpenter, Las Vegas, NV. Eighth Judicial District of Nevada. Areas of expertise:  ***"Pursuit policy," "Determining policy compliance", "Pursuit dynamics," "Distinguishing policy from law,"*** and ***"Human perception and reaction time."*** (**Testified** – Attorney: Bret Whipple) |
| April 2010 | People v. Julio Morales, San Jose, CA.  Superior Court of California, Santa Clara County. Areas of expertise: ***"Consensual encounters, reasonable suspicion to detain," "Probable cause for pat searches," "San Jose Police Department regulations, San Jose Police Department performance appraisal practices, and Under the influence (11550 H&S) investigative procedures for the defense of a San Jose Police Officer charged with sexual battery and false imprisonment."*** (**Testified** – Attorney: Craig M. Brown) |

## Administrative – Grievant (Testified: 18)

| May 2023 | In the Matter of the Appeal by Grievant, Post-disciplinary Appeal Hearing: Areas of Expertise: ***"Forensic Video Analysis," "Policy Compliance re Use of Force,"*** and ***"Human Factors."*** (**Testified** – Attorney: Brett Sherman). |
|---|---|

August 2022       In the Matter of the Appeal by Grievant, Arbitration. Areas of expertise: *"Forensic Video Analysis,"* and *"Human Factors – Perception-reaction Time."* (**Testified** – Attorney: Josh Olander).

March 2021        In the Matter of the Appeal by Grievants, State Personnel Board Case No. 20-1533K. Areas of expertise: *"Forensic Video Analysis"* and *"Factors affecting the reliability of digital video evidence."* (Submitted Report & **testified** – Attorney: Tyler Talbot).

December 2020 Personnel Matter of Lincoln, Nebraska Police Officer. Area of expertise: *"Preparation, examination, and interpretation of video evidence," "human perception and memory vs. video recordings," "Standards for reasonable pat search," "perception, vision and decision-making," "policy compliance."* (Report Submitted – Attorney: Tom McCarty).

November 2020 Grievant/Appellant v. City of Marysville. Areas of expertise: *"Preparation, examination, and interpretation of video evidence," "Limitations of video evidence," "Proper force-response investigative steps," "Injury literature on police motor vehicles vs. pedestrians," "Policy compliance."* (Submitted Report & **testified** – Attorney: Seth Nunley).

July 2020         Grievant/Appellant v. Stockton Unified School District. Areas of expertise: *"Forensic video analysis," "Probable cause to arrest," "Reasonable force," "Proper investigative steps for allegations of excessive force,"* and *"Proper interviewing techniques."* (Report submitted & **testified** – Attorney: Josh Olander).

March 2020        Grievant/Appellant v. San Francisco Department of Police Accountability. Areas of expertise: *"Preparation, examination, and interpretation of video evidence," "Standards for reasonable pat search," "Reasonable force responses," "Courtroom testimony," and "Task prioritization and body-worn camera activation."* (Submitted Report & **testified** – Attorney: Julia Fox).

January 2020      In the Matter of the Appeal by Grievants, State Personnel Board Case Nos. 20-0126K, 20-0130K, and 20-0134K. Areas of expertise: *"Factors affecting the reliability of digital video evidence."* (Submitted Report & **testified** – Attorney: Rick Pinckard).

April 2019        Grievant/Appellant v. City of Chico. Areas of expertise: *"Preparation, examination, and interpretation of video evidence." "Reasonable force responses on handcuffed arrestee," "Inadequate investigation," "Failure to identify unreasonable force*." (Submitted Report & **testified** – Attorney: Brett Sherman).

September 2018 Grievant/Appellant v. City of Sacramento (7/11/16 Incident). Areas of expertise: *"Policy Analysis," "Reasonable Force responses," "Use of Police Vehicle as an Instrumentality of Force," "Video Analysis," and "Human Factors."* (Submitted Report & **testified** – Attorney: Judith Odbert).

August 2018       Grievant/Appellant v. City of Sacramento (2/23/16 Incident). Areas of expertise: *"Policy Compliance," "Assignment of Primary Collision Factor," "Reasonable Force," "Proper Analysis of Video Evidence,"* and *"'Human Factors: Perception-reaction Time,' "Memory,' and 'Evaluation of Eyewitness Memory for Events.'"* (Submitted Report & **testified** – Attorney: Judith Odbert).

May 2018          Grievant/Appellant v. City of Novato. Areas of expertise: *"Examination, preparation, and interpretation of digital video evidence," "Analysis of video evidence," "Human Factors,"* and *"Law enforcement emergency vehicle operations (EVOC) training," "Law enforcement psychomotor skills training," "Available remedial driver training,"* and *"Driving with due regard."* (Submitted Report & **testified** – Attorney: Alison Berry Wilkinson).

May 2018        Appeal of Zohar Zaied v. Mendocino County Sheriff's Department. Areas of expertise: ***Reasonable force response (TASER) to Pre-trial detainee in custodial setting,"*** and ***"Compliance with sheriff's policies**." (Submitted Report – Attorney: Greg Thoming)

April 2017      Grievant/Appellant v. City of Sacramento. Areas of expertise: ***"Policy Compliance,"*** ***"Reasonable Force Responses,"*** and ***"Examination, Preparation, and Interpretation of Video Evidence."*** (Submitted Report & **testified** – Attorney Joshua Olander).

Dec 2016        Grievant/Appellant v. San Jose Police Department. Areas of expertise: "***Training required to transfer policy knowledge to field performance;" "Indicators of investigator bias and investigative defects;" "Use of digital video evidence in reconstructing events;" "Perception and reaction time;" "Attentional demands under threat;" and "Application of the pursuit policy of the San Jose Police Department when no pursuit has occurred.***" (**Testified** – Attorney: James Shore)

March 2015      In the Matter of the Appeal of Rodolfo Gomez, Jr., Board of Fire and Police Commissioners of the City of Milwaukee.  Area of expertise: "***"Importance of proper analysis of video evidence in use-of-force investigations."*** (**Testified** – Attorney: Brendan Matthews)

June 2013       Civil Service Hearing:  Juan Vara & Kevin Wheeler v. New Orleans Police Department, New Orleans, LA.  Areas of expertise: ***"Use of force," "TASER" and "Human factors" (Basic vision, light & dark adaptation, lighting and attention).*** (Report submitted & **Testified** – Attorneys: Donovan Livacarri & Raymond Burkett, III)

March 2012      Grievant/Appellant v. Santa Clara County Sheriff's Department, San Jose, CA.  Areas of expertise: "***Use-of-force policy compliance," "Force options" and "Arrest and control tactics."*** (**Testified** – Attorney: William Rapoport – Grievant)

August 2011     Arbitration Hearing:  Aron Carpenter v. Las Vegas Metropolitan Police Department, Las Vegas, NV. Areas of expertise:  ***"Pursuit policy and compliance," "Recognition of suicidal behavior," "Vehicle dynamics," "Basic collision report writing,"*** and ***"Perception, memory and reaction time."*** (**Testified –** Attorney: John Harper – Grievant)

March 2011      Sonny Lopez v. City of Grover Beach. Areas of expertise: ***"Human Perception and Memory," "Operation and Capabilities of the TASER® X26 and TASER Cam®,"*** and ***"Reasonable Use of the TASER®"*** and ***"Reasonable Force Per Department Policy."*** (**Testified** – Attorney: Alison Berry Wilkinson)

March 2003      Grievant/Appellant vs. City of San Jose, San Jose, CA.  Areas of expertise: ***"Use of Force/Police Service Dogs as an Instrumentality of Force."*** (**Testified** – Attorney: Craig M. Brown – Grievant) STATUS: Uncompensated expert witness subpoenaed by officer.

## Consultation/Review

May 2022        Consultation & Review: Officer-involved shooting of Tyrell Wilson. Areas of Expertise: ***"Reasonable use of deadly force under 835a PC," "Human factors,"*** and ***"Forensic video analysis."*** (Report Submitted – Contra Costa County District Attorney's Office – Chief Investigator Arnold Threets).

February 2022   Consultation & Review: Officer-involved shooting of Trevor Seever. Areas of Expertise: ***"Reasonable use of deadly force under 835a PC and peace officer training re 835a PC,"*** ***"Human factors,"*** and ***"Forensic Video Analysis."*** (Report submitted and testified at preliminary hearing [subpoenaed by Defense]: Stanislaus County District Attorney's Office).

May 2021      Consultation & Review: Confidential review of officer-involved shooting incident. Areas of expertise: ***"Reasonable use of deadly force under 835a PC," "Human factors,"*** and ***"Forensic video analysis***." (Report Submitted – California district attorney's office).

March 2021      Consultation & Review: In the matter of Devin Carter. Areas of expertise: ***"Evaluation of Force Responses by Peace Officers,"*** and ***"Forensic Video Analysis."*** (**Testified** at Grand Jury: San Joaquin County District Attorney's Office – Attorney: Angela Hayes).

May 2020      Consultation & Review: Arrest-related Death of David Ward. Areas of expertise: ***"Evaluation of Force Responses by Peace Officers," "Arrest-related Death Incidents," "Examination, Preparation and Interpretation of Video Evidence."*** (**Testified** at Grand Jury: Sonoma County District Attorney's Office – Attorney: Robert Waner).

December 2018      Consultation & Review: Chinedu Okobi Arrest-related Death Analysis. Areas of expertise: ***"Evaluation of Force Responses by Peace Officers," "Arrest-related Death Incidents," "Examination, Preparation and Interpretation of Video Evidence," "Timely Summoning of Medical Attention," "Accountability Measures,"*** and ***"Sudden cardiac deaths in the arrest-related death conte***xt." (Report Submitted –San Mateo County District Attorney's Office – Chief Inspector John Warren)

October 2017      Consultation & Review: Confidential force-response analysis of the actions of county corrections personnel. Areas of expertise: ***"Reasonable use of body force and TASER to overcome resistance of inmates."*** (Report Submitted –Mendocino County District Attorney's Office – Chief Investigator K.B.)

December 2016      Consultation & Review: Force-response Analysis of Force Response by Then-Deputy Scott Thorne on September, 2016. (See People of the State of California v. Scott Thorne under Criminal Prosecutions section, above). (Report Submitted – Sonoma County District Attorney's Office – Deputy District Attorney Robert Waner).

October 2015      Consultation & Review: Force-Response Analysis of the Actions of San Diego County Sheriff's Deputy Jeffrey Cruz. Areas of expertise: ***"Reasonable suspicion to detain," "Reasonable use of handcuffs," "Probable cause to arrest based on private-persons arrest," "Reasonable use of pushing handcuffed subject in reacting to pre-assault indicators," "Reasonable use of flashlight to strike body,"*** and ***"Factors supporting that strike to head was inadvertent."*** (Report Submitted San Diego County District Attorney's Office – Attorney: Annette Irving)

July 2015      Consultation & Review: Force-Response Analysis of Officer-Involved Shooting: Fridoon Rawshan Nehad. Areas of expertise: ***"Reasonable suspicion to detain," "Probable cause to arrest," "Human perception v. video evidence," "Force options," "reasonable use of deadly force."*** (Report submitted – San Diego County District Attorney's Office – Attorney: Fiona Dunleavy)

March 2015      Consultation: Confidential Client (Chief of Police) – Review of reports and examination and interpretation of in-car camera video of arrest to determine reasonableness of force during arrest.

January 2015      Consultation & Training: Confidential Client (Police Internal Affairs Unit) – Examination and interpretation of two body-worn camera videos of two separate incidents, one involving physical non-lethal force (physical force, TASERs, and OC spray) and the other of an officer-involved shooting. Provided training to IA investigators about how to examine and interpret video of force incidents.

March 2000      Interviewed for review of claim regarding a training injury in a defensive tactics course at a basic academy for Keenan & Associates (TPA).

| July 1998 | Reviewed evidence and documentation for the U.S. Department of Justice Civil Rights Division and rendered an opinion as to reasonableness of force for patterns and practices. Case name is confidential. |

## Professional/Peer Review

| April 2023 | Peer reviewer for proposals for 2023 Annual Meeting of the Human Factors and Ergonomics Society – Forensic Professionals Technical Group (Ad hoc Program Chair). |
| August 2008 | Peer Review Panel member for the Commercial Equipment Direct Assistance Program (CEDAP), Department of Homeland Security. |
| November 2006 | Peer Review Panel member for the Commercial Equipment Direct Assistance Program (CEDAP), Department of Homeland Security.  STATUS:  Compensated consultant. |
| February 2006 | Peer Review Panel member for the Commercial Equipment Direct Assistance Program (CEDAP) Department of Homeland Security. |
| August 2001 | Professional Review of Research Report, National Institute of Justice. |
| March 1999 | Professional Review of Research Report, National Institute of Justice |
| August 1998 | Peer Review Panel member for grant proposals, National Institute of Justice |

---

## ADJUDICATION

| March 2014 | Confidential File No. 033.14284.15294. Neutral board member agreed to by the California Highway Patrol and Appellant in good cause hearing for revocation of a retired peace officer's concealed weapon endorsement pursuant to California Penal Code Sections 25740 and 26305(b) et seq. |

---

## DEPOSITION AND TRIAL TESTIMONY OVER THE PAST FOUR YEARS

| August 2023 | Roger Hepner v. County of Tulare et al. United States District Court – Eastern District of California – Case No. 1:18-cv-00774-DAD-EPG (Report submitted and **deposed** – Attorney: Grant Winter). |
| August 2023 | Winston Settrini v. City of San Diego et al. United States District Court – Southern District of California – Case No. 3:20-cv-2273 CAB (BGS) (Report submitted and **testified** – Attorney: Jacqueline McQuarrie). |
| July 2023 | Steven Dalton & Tina Pizzo v. County of San Diego et al. United States District Court – Southern District of California – Case No. 21-cv-2143-W (Report submitted and **deposed** – Attorney: Alexa Katz). |
| May 2023 | People v. Henry Abe, Superior Court – County of Yuba, Case No. CRM22-00833 (Jury Trial) (**Testified** – Attorney: Roberto Marquez). |
| January 2023 | *People v. Joseph Lamantia*, Superior Court – County of Stanislaus, Case No. CR-21-002254 (Preliminary Hearing). (**Testified** – Attorney Roger Wilson [originally hired by Stanislaus County District Attorney's Office]). |

Nov. 2022     D.W., a minor, by and through her guardian ad litem et al., v. County of San Diego, et al. Superior Court of the State of California – County of San Diego. Case No. 37-2019-00029602-CU-PO-NC. (**Deposed** and **testified** – Attorneys J. Chapin/R. Lenert/M. Holmes).

January 2022     *People v. Charles Blount*, Superior Court – County of Sonoma – Case No. SRO-1916259 (Jury Trial). (**Testified** – Attorney: Harry Stern [originally hired by Sonoma County District Attorney's Office – DDA Robert Waner]).

November 2021     *People v. Justin Wall*, Superior Court – County of San Joaquin – Case No. STK-CR-FE-2018-0008639 (Jury Trial and preliminary hearing). (Report submitted and **testified** – Attorneys: Paul Goyette and Brett Sherman)

June 2021     *Estate of Toby Diller v. City of San Diego et al.*. United States District Court – Southern District of California – Case No. Case No. 3:20-cv-01003. (Report submitted and **deposed** – Attorney: Rayna Stephan).

December 2020     *Judy O'Neil v. City and County of San Francisco et al.* United States District Court – Northern District of California – Case No. 3:17-cv-07190.  (Report Submitted and **deposed** – Attorney: Hunter Sims)

March 2020     *Oscar Tapia Carmona v. County of San Mateo et al.* United States District Court – Northern District of California – Case No. 5:18-cv-05232. (Report Submitted and **deposed** – Attorney: Brian Kulich)

Sept. 2019     *Steven Young v. East Palo Alto Police Officers Daniel Cancilla and Steve Humrich* – United States District Court – Northern District of California – Case No. 4:18-cv-01931. (Report submitted and **testified** – Attorney Jeffrey Vucinich)

May 2019     *People v. Joshua Nahan and Nicholas Morgan*, Superior Court – County of San Diego _ Case No. CN393121. (Report submitted and **testified** – Attorneys: Richard Pinckard & Michael Begovich)

April 2019     *A. B., a minor, et al., v. County of San Diego et al.*, United States District Court – Southern District of California – Case No. 18-cv-1541. (Reports submitted and **deposed** – Attorneys, Ronald Lenert and Christina Vilaseca)