"EXHIBIT V"

November 16, 2023

Debra K. Cook, Senior Deputy City Attorney
City Attorney's Office
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501

Re: <u>Xavier Lopez v. City of Riverside</u>

Dear Ms. Cook:

Following is my report on the above matter regarding the issue of alcohol and drug intoxication of plaintiff Xavier Lopez:

## QUALIFICATIONS

1. I am a forensic consultant with over 56 years of experience in forensic science, especially with respect to alcohol and drug impairment upon individuals (refer to attached CV).

2. I have observed over 1000 individuals in field conditions who were impaired by Alcohol and/or drugs.

3. I have observed over 350 individuals in experimental and laboratory studies who were impaired by alcohol and/or drugs.

4. I have observed over 30 autopsies where cause of death was determined to be an alcohol and/or drug overdose.

## REPRESENTATIVE MATERIALS RELIED UPON FOR OPINIONS

1. Alcohol and the Impaired Driver, American Medical Association, 1970.

2. Absorption, Distribution, and Elimination of Alcohol: Highway Safety Aspects, Kurt M. Dubowski, Journal of Studies on Alcohol, 1985.

3. Blood Alcohol Concentration at 0.06 and 0.10% causes a complex multifaceted deterioration of body movement control, Modig, Fransson, Magnusson and Patel (2011).

4. The influence of blood alcohol concentrations of around 0.03% on neuropsychological functions-a double-blind, placebo-controlled investigation, Breitmeier, Seeland-Schulze, Hecker and Schneider (2007).

## COMPENSATION

1. Retainer Fee (includes all case review and evaluation, consultations, deposition reviews, medical records review, forensic alcohol/drug evaluation, deposition preparation, and arbitration and/or trial preparation) .................................................................................... $7500.00

2. Arbitration and/or trial testimony .......................................................... $450/hour

3. Deposition fee ........................................................................................ $450/hour

5. Travel time ............................................................................................. $150/hour

## EXHIBITS

1. Chart titled "Effects of Alcohol Upon Driving Ability: Gradient of Progressive Impairment"

## MATERIALS REVIEWED

1. Medical records of Lopez from Riverside Community Hospital

2. Depositions of Monica Camacho, Xavier Lopez (Volumes 1 & 2), Marisol Garcia, Evan Wright, Robert Monreal, Henry Park, & Carina Avila.

3. Report of interview of Monica Gonzalez

4. Officer Reports from Riverside Police Department

## DETERMINED FACTS

1. Date and time of incident: 01/26/2021, approximately 1530 hours

2. Lopez's height and weight at time of incident: approximately 5'10", 196 pounds

3. Blood sample obtained from Lopez at approximately 1640 hours at Riverside Community Hospital. Analysis of the blood sample indicated a serum alcohol concentration of 51 mg/dl (equivalent to a blood alcohol concentration of 0.04%).

4. Lopez admitted to drinking beer prior to the incident.

**OPINIONS**

On the basis of my education and experience as outlined above and on the attached curriculum vitae, the literature on toxicology issues including, but not limited to, those referenced in this report, the materials reviewed for this case, I have reached the following opinions that I hold to a reasonable degree of scientific certainty:

1. Lopez's blood alcohol concentration at the time of the incident was between 0.05 and 0.06 % (w/v). This opinion assumes he had an average elimination rate of 0.015% blood alcohol per hour.

2. Lopez would suffer impairment of behavioral, mental, and physical abilities as described on the Chart of Impairment. Whether or not he would demonstrate such impairments would depend upon the task and/or performance demanded of him.

3. Lopez would also suffer some degree of impairment of short and/or long term memory. Degree of memory impairment would depend on the conditions and nature of items and/or situations involved.

4. During the course of my career I have consulted, observed, tested, and researched and reviewed the scientific literature on the effects of alcohol on people and their abilities. They reveal that alcohol impairs (1) reaction time, (2) tracking, (3) divided attention, (4) visual functions, (5) perception, (6) psychomotor skills, (7) the ability to perform tasks, (8) information processing, which is the accuracy and speed with which the brain can process information, (9) risk taking, and (10) memory. Studies have shown that impairment can begin as low as 0.01 to 0.015% in affecting judgment, divided attention, information processing and risk taking. Studies further indicate impairment of nearly every area of behavior at 0.05%.

**CONCLUSIONS**

1. Xavier Lopez's behavioral, mental, and physical abilities were significantly impaired by alcohol at the time of the incident.

Submitted this 16th day of November, 2023

*Martin H. Breen*
Martin H. Breen, Forensic Consultant

FILE?
LOPEZ ILL

