# Exhibit "B"

## EMPLOYEE HISTORY

| EMPLOYEE | | LAST NAME | FIRST NAME | ID # | TITLE | SWORN / or HIRE DATE |
|---|---|---|---|---|---|---|
| TOTAL: | 33 | Wright | Evan | 1453 | Officer | 10/7/2005 |

**IA File**

| | | | | | |
|---|---|---|---|---|---|
| COMPLAINT: | 4 | K-9: | | DAMAGE: | 9 |
| INQUIRY: | | PURSUIT: | 4 | LIABILITY: | |
| INTERNAL: | 3 | T/C: | | COURT: | 1 |
| | | U OF F: | 12 | CLAIM: | |
| | | | | EEOC: | |

LOPEZ 1 (CITY) 3179

*Riverside Police Department*

OFFICE OF INTERNAL AFFAIRS

**Complaints / Inquiries /
Internal Investigations**

3/11/2021

| DIVISION: **SPECIAL OPERATI** | LAST NAME: **Wright** | FIRST NAM **Evan** | PD ID# **1453** | STATUS: **A** | TOTAL*: **7** |
|---|---|---|---|---|---|

**PC1202006**

| ALLEGATION: | COUNT: | FINDING | FILE TYPE: **DISCIPLINE** | FILE NO DATE: **2/6/2012** | COM | SYNOPSIS |
|---|---|---|---|---|---|---|
| Discourtesy | 1 | Not Sustained | | | | 2.23Z--Rudeness |
| Improper Procedures | 2 | Not Sustained | | | | 2.23W--Exceed pwrs (unlawfully took phone & made calls) |
| | 3 | Unfounded | | | | 2.23W--Exceed powrs (made calls after phone was booked) |

**PA1606021**

| ALLEGATION: | COUNT: | FINDING | FILE TYPE: **DISCIPLINE** | FILE NO DATE: **6/21/2016** | INT | SYNOPSIS |
|---|---|---|---|---|---|---|
| Criminal Conduct-Misd | 1 | Not Sustained | | | | 330.3.5(y)--Violating any misdemeanor or felony statute |
| CUBO | 2 | Sustained | 10-Hr. Suspension 5/2/1 | | | 330.3.5(z)--CUBO |

**PA1803014**

| ALLEGATION: | COUNT: | FINDING | FILE TYPE: **DISCIPLINE** | FILE NO DATE: **3/12/2018** | INT | SYNOPSIS |
|---|---|---|---|---|---|---|
| OIS | 1 | | | | | Fatal OIS--Jurupa Valley |

**PC1804022**

| ALLEGATION: | COUNT: | FINDING | FILE TYPE: **DISCIPLINE** | FILE NO DATE: **4/30/2018** | COM | SYNOPSIS |
|---|---|---|---|---|---|---|
| False Arrest | 1 | Unfounded | | | | 330.3.5(t)--Exceeded peace officer powers |

**PC1912072**

| ALLEGATION: | COUNT: | FINDING | FILE TYPE: **DISCIPLINE** | FILE NO DATE: **12/26/2019** | COM | SYNOPSIS |
|---|---|---|---|---|---|---|
| Discourtesy | 1 | Exonerated | | | | 330.3.2(j)--Discourtesy |

**PA2101003**

| ALLEGATION: | COUNT: | FINDING | FILE TYPE: **DISCIPLINE** | FILE NO DATE: **1/27/2021** | INT | SYNOPSIS |
|---|---|---|---|---|---|---|
| OIS | 1 | | | | | Nonfatal OIS--Tomlinson Ave. |

*Includes citizen complaints, internal investigations and inquiries

LOPEZ 1 (CITY) 3180

*Riverside Police Department*

OFFICE OF INTERNAL AFFAIRS

**Complaints / Inquiries /**
**Internal Investigations**

3/11/2021

| DIVISION: **SPECIAL OPERATI** | LAST NAME: **Wright** | FIRST NAM **Evan** | PD ID# **1453** | STATUS: **A** | TOTAL*: **7** |
|---|---|---|---|---|---|

**PC2103012**

| ALLEGATION: | FILE NO DATE: **3/11/2021** | FILE TYPE: **COM** | |
|---|---|---|---|
| Other | COUNT: **FINDING** | DISCIPLINE | SYNOPSIS |
| | 1 | | 330.3.5(e)--wrongful exercise of authority |

*Includes citizen complaints, internal investigations and inquiries

Page 2 of  2

LOPEZ 1 (CITY) 3181

*Riverside Police Department*

OFFICE OF INTERNAL AFFAIRS                    **PURSUIT**                    3/11/2021

| DIVISION: **SPECIAL OPERATIONS** | LAST NAME: | **Wright** | FIRST NAM | **Evan** | PD ID# **1453** | STATUS: **A** | TOTAL: **4** |
|---|---|---|---|---|---|---|---|

**141130181632**

| ALLEGATION | UNIT NO. | UNIT T/C | INCIDENT DATE: | 11/30/2014 | | |
|---|---|---|---|---|---|---|
| Pursuit | 1 | N | FINDING | DISCIPLINE | SYNOPSIS | |
| | | | Within Policy | | GTA susp FTY for T/S, hit fire hydrant, fled on foot | |

**150809120589**

| ALLEGATION | UNIT NO. | UNIT T/C | INCIDENT DATE: | 8/9/2015 | | |
|---|---|---|---|---|---|---|
| Pursuit | 2 | N | FINDING | DISCIPLINE | SYNOPSIS | |
| | | | Within Policy | | GTA susp fled; surrendered after PIT maneuver | |

**170117010165**

| ALLEGATION | UNIT NO. | UNIT T/C | INCIDENT DATE: | 1/17/2017 | | |
|---|---|---|---|---|---|---|
| Pursuit | 1 | N | FINDING | DISCIPLINE | SYNOPSIS | |
| | | | Within Policy | Disc re: Policy 3 | Attempt t/s when driver failed to yield | |

**200023724**

| ALLEGATION | UNIT NO. | UNIT T/C | INCIDENT DATE: | 9/8/2020 | | |
|---|---|---|---|---|---|---|
| Pursuit | 2 | N | FINDING | DISCIPLINE | SYNOPSIS | |
| | | | Within Policy | cnsl  PIT location | Susp FTY for TS, led pursuit, was arrested | |

LOPEZ 1 (CITY) 3182

*Riverside Police Department*

OFFICE OF INTERNAL AFFAIRS

# USE OF FORCE

3/11/2021

| DIVISION: **SPECIAL OPERATI** | LAST NAME: **Wright** | FIRST NAME: **Evan** | PD ID#: **1453** | STATUS: **A** | TOTAL: **12** |
|---|---|---|---|---|---|

### 100403046000    INCIDENT DATE:  4/3/2010

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: |
|---|---|---|---|---|---|---|---|---|
| Use of Force | Hands | 3 | Yes | Yes | Within Policy | / | | SYNOPSIS |
| | | | | | | | | Susp w/drugs ran when ofcrs tried to arrest him |
| | Ground | 3 | Yes | Yes | Within Policy | / | | Susp w/drugs ran when ofcrs tried to arrest him |
| | Other | 3 | Yes | Yes | Within Policy | / | | Susp w/drugs ran when ofcrs tried to arrest him |
| | Fist | 5 | Yes | Yes | Within Policy | / | | Susp w/drugs ran when ofcrs tried to arrest him |

### 141116174665    INCIDENT DATE:  11/16/2014

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: |
|---|---|---|---|---|---|---|---|---|
| Use of Force | Carotid | 4 | Yes | Yes | Within Policy | / | | SYNOPSIS |
| | | | | | | | | Susp w/warrants fled into apartment, resisted arrest |
| | Fist | 5 | Yes | Yes | Within Policy | / | | Susp w/warrants fled into apartment, resisted arrest |
| | Baton | 5 | Yes | Yes | Within Policy | / | | Susp w/warrants fled into apartment, resisted arrest |

### 160916170705    INCIDENT DATE:  9/16/2016

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: |
|---|---|---|---|---|---|---|---|---|
| Use of Force | Other | 3 | Yes | No | Within Policy | / | | SYNOPSIS |
| | | | | | | | | Attpt muder susp would not comply w/ofcrs commands |

### 161110207865    INCIDENT DATE:  11/10/2016

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: |
|---|---|---|---|---|---|---|---|---|
| Use of Force | Carotid | 4 | Yes | Yes | Within Policy | / | | SYNOPSIS |
| | | | | | | | | Panicked susp tried to get past ofcrs & exit shower |

LOPEZ 1 (CITY) 3183

*Riverside Police Department*

OFFICE OF INTERNAL AFFAIRS

**USE OF FORCE**

3/11/2021

| DIVISION: **SPECIAL OPERATI** | LAST NAME: **Wright** | FIRST NAME: **Evan** | PD ID#: **1453** | STATUS: **A** | TOTAL: **12** |
|---|---|---|---|---|---|

### 161110207891

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: |
|---|---|---|---|---|---|---|---|---|

**INCIDENT DATE:** 11/10/2016

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | DISCIPLINE / ACTION | SYNOPSIS |
|---|---|---|---|---|---|---|---|
| Use of Force | Fist | 5 | Yes | Yes | Within Policy / | | Susp yelling & visibly angry, refused commands |
| | CntrlHold-other | 3 | Yes | Yes | Within Policy | | Susp yelling & visibly angry, refused commands |
| | Other | 3 | Yes | Yes | Within Policy | | Susp yelling & visibly angry, refused commands |

### 171022190809

**INCIDENT DATE:** 10/22/2017

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | DISCIPLINE / ACTION | SYNOPSIS |
|---|---|---|---|---|---|---|---|
| Use of Force | CntrlHold-other | 3 | Yes | Yes | Within Policy / | | Intoxicated subj would not submit to arrest |
| | Other | 3 | Yes | Yes | Within Policy | | Intoxicated subj would not submit to arrest |
| | Other | 3 | Yes | Yes | Within Policy | | Intoxicated subj would not submit to arrest |

### 181108212283

**INCIDENT DATE:** 11/8/2018

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | DISCIPLINE / ACTION | SYNOPSIS |
|---|---|---|---|---|---|---|---|
| Use of Force | Carotid | 4 | Yes | Yes | Within Policy / | | Susp w/felony warrant refused to stop & walked away |
| | Other | 3 | Yes | Yes | Within Policy | | Susp w/felony warrant refused to stop & walked away |
| | Tackle | 3 | Yes | Yes | Within Policy | | Susp w/felony warrant refused to stop & walked away |

### 190005295

**INCIDENT DATE:** 2/16/2019

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | DISCIPLINE / ACTION | SYNOPSIS |
|---|---|---|---|---|---|---|---|
| Use of Force | Taser | 4 | Yes | Yes | Within Policy / | | Susp stabbed mother/refused to comply w/commands |

LOPEZ 1 (CITY) 3184

*Riverside Police Department*

OFFICE OF INTERNAL AFFAIRS

## USE OF FORCE

3/11/2021

| DIVISION: **SPECIAL OPERATI** | LAST NAME: **Wright** | FIRST NAME: **Evan** | PD ID#: **1453** | STATUS: **A** | TOTAL: **12** |
|---|---|---|---|---|---|

### 190035590  INCIDENT DATE: 12/10/2019

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SYNOPSIS |
| Use of Force | Other | 3 | Yes | Yes | Within Policy | / | cnsl re identifying self | susp attempted to flee and concealed his hands from ofc |
| | Carotid | 4 | Yes | Yes | Within Policy | / | cnsl re identifying self | susp attempted to flee and concealed his hands from ofc |
| | Tackle | 4 | Yes | Yes | Within Policy | / | cnsl re identifying self | susp attempted to flee and concealed his hands from ofc |

### 200014392  INCIDENT DATE: 6/1/2020

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SYNOPSIS |
| Use of Force | Other | 5 | No | Yes | Within Policy | / | | Protestors assaulted ofcrs with variety of projectiles |

### 200019013  INCIDENT DATE: 7/21/2020

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SYNOPSIS |
| Use of Force | Other | 3 | Yes | Yes | Within Policy | / | | Susp fled from METRO Ofcr, resisted and uncooperative |
| | Other | 3 | Yes | Yes | Within Policy | / | | Susp fled from METRO Ofcr, resisted and uncooperative |

### 210002558  INCIDENT DATE: 1/26/2021

| ALLEGATION | TYPE | LEVEL | INJURY | EWS | FINDING | | DISCIPLINE / ACTION | RELATED COMPLAINT: PA2101003 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SYNOPSIS |
| Use of Force | OIS | 6 | Yes | Yes | N/A | / | | Armed susp from previous pursuit found; OIS occurred |

LOPEZ 1 (CITY) 3185

*Riverside Police Department*

OFFICE OF INTERNAL AFFAIRS

**INTERNAL AFFAIRS REPORT**
**PROPERTY DAMAGE**

3/11/2021

| DIVISION: **SPECIAL OPERATI** | LAST NAME: | **Wright** | FIRST NAM | **Evan** | PD ID# **1453** | STATUS: **A** | TOTAL: | **9** |
|---|---|---|---|---|---|---|---|---|

**150320042471**

| ALLEGATION: | DATE: | 3/20/2015 | | | |
|---|---|---|---|---|---|
| | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | Other | | During PRCS srch, bedroom door was breached | |

**150519075189**

| ALLEGATION: | DATE: | 5/19/2015 | | | |
|---|---|---|---|---|---|
| | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | Other | | During parole srch, ram used to breach front door | |

**150522076721**

| ALLEGATION: | DATE: | 5/22/2015 | | | |
|---|---|---|---|---|---|
| | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | N/A | | During prob srch, pulled open metal screen door | |

**150721110132**

| ALLEGATION: | DATE: | 7/21/2015 | | | |
|---|---|---|---|---|---|
| | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | Within Policy | | During prob srch, used bang to open locked bedroom door | |

**170220032034**

| ALLEGATION: | DATE: | 2/20/2017 | | | |
|---|---|---|---|---|---|
| | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | Within Policy | | Broke window using 40mm wooden baton | |

**180812150942**

| ALLEGATION: | DATE: | 8/31/2018 | | | |
|---|---|---|---|---|---|
| | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | N/A | | During srch wrnt, locked bedroom door was breached | |

**190031009**

| ALLEGATION: | DATE: | 10/25/2019 | | | |
|---|---|---|---|---|---|
| | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | Within Policy | | damage to door, door jamb, metal security, knob | |

**200013984**

| ALLEGATION: | DATE: | 5/29/2020 | | | |
|---|---|---|---|---|---|
| | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | Within Policy | | breached interior door during search wrnt | |

LOPEZ 1 (CITY) 3186

*Riverside Police Department*

OFFICE OF INTERNAL AFFAIRS

**INTERNAL AFFAIRS REPORT
PROPERTY DAMAGE**

3/11/2021

| DIVISION: **SPECIAL OPERATI** | LAST NAME: | **Wright** | FIRST NAM | **Evan** | PD ID# **1453** | STATUS: **A** | TOTAL: | **9** |
|---|---|---|---|---|---|---|---|---|

| 200014392 | DATE: | 6/1/2020 | | | |
|---|---|---|---|---|---|
| ALLEGATION: | COUNT: | FINDING | DISCIPLINE | SYNOPSIS | |
| Damage | 1 | | | bean bag round to psgnr window to see inside veh | |

LOPEZ 1 (CITY) 3187

**INTERNAL AFFAIRS REPORT
LAWSUIT**

3/11/2021

| DIVISION: **SPECIAL OPERATI** | LAST NAME: **Wright** | FIRST NAM **Evan** | PD ID# **1453** | STATUS: **A** | TOTAL: **1** |
|---|---|---|---|---|---|

**CV 20-2081CAS**

| ALLEGATION: | COUNT | FINDING | DISCIPLINE | SYNOPSIS |
|---|---|---|---|---|
| Court | 1 | Unknown/Pending | | Plaintiff is filing lawsuit for OIS of his son |

LOPEZ 1 (CITY) 3188