# Exhibit "A"

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* XAVIER LOPEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE No.: 5:21-cv-02140-PSG (JEMx)<br><br>[*Honorable Philip S. Gutierrez*]<br>Magistrate Judge John E. McDermott<br><br>**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Xavier Lopez hereby designates the following retained and non-retained expert witnesses who may be called upon to give expert testimony pursuant to Rule 26(a)(2)(A) of the Federal Rule of Civil Procedure. Plaintiff reserves the right to supplement and/or amend this disclosure.

**I.     RETAINED EXPERTS:**

    A.     Roger A. Clark (Police Practices/Use of Force)

          Police Procedures Consultant, Inc.

          10207 Molino Road

          Santee, CA 92071

          (208) 351-2458

Mr. Clark's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit A.

    B.     Scott Holdaway (Videographer, Editor, and Forensic Video Analyst)

          CVisualEvidence, LLC.

          2441 W 205th Street, Suite C102

          Torrance, CA 90501

          (310) 831-8900

          Mr. Holdaway's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit B.

    C.     Amy Magnusson, M.D., (Medical Expert)

          Physical Medicine and Rehabilitation

          2999 Health Center Drive

          San Diego, CA 92123

          (858) 939-4496

Dr. Magnusson's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit C.

/ / /

| 25. | Vinay Yagnik, M.D. | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Yagnik is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment, colon, kidney, and injuries. Plaintiff reserves the right to call a representative on Dr. Yagnik's behalf if unable to appear or testify at trial. |
| --- | --- | --- |
| 26. | Wade Faerber, DO | 26520 Cactus Ave, Moreno valley, CA 92555, (951) 486-5350. Dr. Faerber is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on Dr. Faerber's behalf if unable to appear or testify at trial. |

DATED: November 16, 2023

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF GRECH & PACKER

By: _____
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff*

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, CITY OF LOS ANGELES

      I, Karen Slyapich, am employed in the CITY of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

      On November 16, 2023, I served the foregoing document described as:

**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES**

on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

<u>METHOD OF SERVICE</u>

☒    (BY MAIL)  I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

        ☐    I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

        ☐    I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒    (BY ELECTRONIC SERVICE)  I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐    (BY FEDERAL EXPRESS)  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list.  I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on November 16, 2023, at Woodland Hills, California.

_____
Karen Slyapich

1

<u>SERVICE LIST</u>

2

3
PHAEDRA A. NORTON, City Attorney SBN 200271
REBECCA L. MCKEE, Assistant City Attorney, SBN 279485
DEBRA K. COOK, Deputy City Attorney, SBN 250114
4
OFFICE OF THE CITY ATTORNEY – City of Riverside
3750 University Avenue, Suite 250
5
Riverside, CA 92501
Telephone (951) 826-5567
6
Facsimile (951) 826-5540

7
Attorneys for Defendants CITY OF RIVERSIDE and EVAN WRIGHT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# "EXHIBIT C"

**AMY MAGNUSSON, M.D.**
**DIPLOMATE, AMERICAN BOARD OF**
**PHYSICAL MEDICINE AND REHABILITATION**
**SUBSPECIALTY BOARD CERTIFICATION, SPINAL CORD MEDICINE**
**SUBSPECIALTY BOARD CERTIFICATION, BRAIN INJURY MEDICINE**
**8765 Aero Drive, Suite 310**
**San Diego, CA 92123**
**p- 858-648-5322**
**f - 858-648-5324**


TO:                          LAW OFFICES OF DALE K. GALIPO
                             21800 Burbank Blvd., Suite 310
                             Woodland Hills, CA 91367
                             p- 818-347-3333
                             f- 818-347-4188
                             Marcel F. Sincich, Esq.
                             msincich@galipolaw.com

PATIENT:              Lopez, Xavier
DATE OF BIRTH:        6/30/91
DATE OF INJURY:       1/26/21
DATE OF EVAL:         11/2/23
DATE OF REPORT:       11/15/23


**PHYSICAL MEDICINE AND REHABILITATION**
**MEDICAL-LEGAL EVALUATION**
**SUMMARY OF MEDICAL CONDITIONS AND**
**PRELIMINARY LIFE CARE PLAN RECOMMENDATIONS**


**IDENTIFICATION**
Mr. Xavier Lopez is a 32 year old right hand dominant male who sustained gunshot injuries on 1/26/21. I was contacted on 10/6/23 by Mr. Marcel Sincich, Esq., the Plaintiff's Attorney. My involvement was requested to review the medical records, evaluate Mr. Lopez, and provide expert opinions on his injuries, care received, current medical status, and anticipated future care needs. The patient was evaluated on 11/2/23, from 9:00am to 10:00am, via Zoom video conferencing, while I was located in San Diego, and Mr. Lopez was located in Riverside. Mr. Lopez was provided a detailed explanation of my role and involvement in his medical-legal evaluation. Mr. Sincich was present for the video conferencing, as an observer. Scheduling attempts were made for an in-person evaluation for further assessment on 11/8/23; however, there was a problem

with his transportation to San Diego.  Rescheduling was attempted, but this was not possible in the timeframe allowed.  It was therefore agreed upon with Mr. Sincich that my initial opinions contained in this report will be preliminary, based on review of the available medical records.

**RECORD REVIEW**
Medical records have been provided by the Plaintiff's Attorney via email.  The following records have been reviewed.

AMERICAN MEDICAL RESPONSE PATIENT CARE REPORT 1/26/21

RIVERSIDE COMMUNITY HOSPITAL 1/26/21-2/8/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  2/8/21-2/11/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  3/3/21-3/6/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  3/26/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  4/1/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  5/2/21-5/3/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  6/1/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  10/29/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  11/4/21

RIVERSIDE UNIVERSITY HEALTH SYSTEM  8/3/22

LOMA LINDA UNIVERSITY HEALTH  1/31/23-5/3/23

**PREINJRY MEDICAL HISTORY/PSYCHOSOCIAL STATUS/FUNCTIONAL LEVEL**
-past medical history
        -asthma since childhood, exercise-induced, resulting in shortness of breath and coughing with running, requiring occasional use of an inhaler approximately four to five times per year

-medications

-occasional use of inhaler for asthma

-allergies
    -Amoxicillin, Azithromycin, Sulfamethoxazole
        -airway swelling

-vocation
    -prior employment with various construction jobs which included framing, tiling, masonry, drywalling; cook at fast food restaurant

-prior functional limitations
    -only relating to asthma, avoided running

-prior chronic pain issues
    -denies any functionally-limiting pain, able to perform manual labor jobs as well as maintaining activities with daughter

-prior injuries
    -previously sustained head trauma, denying residual sequelae

    -bilateral hand burns as a child, no residual limitations

-prior leisure/recreational activities
    -spending time with his daughter, who was eight years old at the time of his injuries

    -working out, meeting friends at the park to play basketball, softball, football

-household
    -at the time of injury, living with his mother and her boyfriend, in Riverside


**HISTORY OF 1/26/21 INCIDENT/INJURIES**
**1/26/21 American Medical Response Patient Care Report**
    -gunshot wounds to abdomen left upper quadrant and midline thoracic back


**1/26/21 Riverside Community Hospital**
    -Emergency Department presentation
        -trauma code activated

        -three circular wounds
            -s/p gunshot wound to right shoulder area, chest cavity, across

neck/shoulders with retained bullet, no exit wound
-approximate 1cm entry wound to superior border of right
shoulder, small amount of bleeding, no exit wound noted to
bilateral shoulders or axillae, retained bullet

-s/p gunshot wound to abdomen, left upper quadrant, anterior entry,
exit wound left upper quadrant posterior/flank
-approximate 1cm entry wound noted to left upper quadrant
anteriorly, close to costal margin

-approximate 1cm exit wound on left upper quadrant
posterior

-Glasgow Coma Scale 14
-awake but mostly screaming of stomach and right chest pain

-cervical collar placed, cervical spine precautions due to weakness of four
extremities

-sedated, intubated, mechanically ventilated

-Trauma Team assessment, transported to OR

-admission to ICU postoperatively


**1/26/21-2/8/21 Riverside Community Hospital**
   **-Cardiopulmonary**
-Pulmonary/Critical Care consultation

-hypotension
-fluid resuscitation and blood product transfusions

-acute respiratory failure, respiratory acidosis, hypoxia

-left apical contusion vs. pneumonitis

-right upper lobe consolidation

-chest xray with bullet-shaped hyperdense metallic focus measuring 2.2cm
projecting over the left upper hemithorax, small amount of soft tissue
emphysema of right neck base

-extubated 1/28/21
        -supplemental oxygen as needed

**-Trauma Surgery/Gastrointestinal**
        -abdominal xray finding of metallic arrowhead foreign bodies projecting
        over left upper abdominal quadrant

        -1/26/21 s/p emergent exploratory laparotomy
                -mobilization of splenic flexure, distal transverse colon perforation,
                resection of segment/left colectomy
                        -bowel left in discontinuity and temporary abdomen closure
                        with Abthera device

        -1/27/21 s/p abdominal surgical re-exploration
                -mobilization of splenic flexure, colocolic anastomosis, abdominal
                closure, JP drain
                        -midline surgical incision with staples, clean/dry/intact

                        -JP discontinued, followed by site drainage, stoma bag placed

        -transaminitis

        -GI ulcer prophylaxis
                -Pepcid

        -advanced to regular diet

        -passing flatus and bowel movement
                -discharged with Senokot

**-Infectious Disease**
        -initial prophylaxis antibiotic therapy with Rocephin and Flagyl

        -positive cultures from intraabdominal fluid collection
                -Enterobacter cloacae complex, Enterococcus species
                        -broad spectrum antibiotics, then adjusted per final antibiotic
                        sensitivities

        -leukocytosis resolved

        -discharged on Vancomycin IV, Ciprofloxacin po

**-Musculoskeletal**
- -spine
  - -comminuted T1 transverse process fracture

  - -retained bullet fragment posterior to the left scapula

  - -left shoulder pain
    - -Lidoderm patch

  - -left back pain

  - -ambulating with device

**-Nephrology**
- -Renal consultation
  - -grade IV left renal laceration
    - -conservative management

  - -acute kidney injury, trauma vs. prerenal azotemia, volume/hemodynamically related +/- component of contrast-related nephropathy
    - -1/26/21 serum creatinine 1.520/eGFR 54

    - -2/8/21 serum creatinine 0.780/eGFR 118

  - -1/26/21 CT angiogram of abdomen and pelvis demonstrating a large hematoma involving the left renal interpole and the lower pole with subcapsular and extracapsular components with hemorrhagic material extending to the left hilum, but no active extravasation

  - -2/3/21 CT scan abdomen and pelvis demonstrating grossly unchanged size of the left renal/perirenal hematoma when compared with 1/30/20; redemonstration of deep lacerations of the mid pole of the left kidney extending through the collecting system, normal enhancement of the uninvolved extreme upper and lower poles; interval development of loculated fluid collection anterior left which of the left hypodense areas infected collection not be excluded; small hemorrhagic product anterior to the transverse colon, transverse colon thickening which may be related to mesenteric or colonic injury at this level, no free air seen, bibasilar atelectasis and small bilateral plural effusion

**-Urology**
- -Urology consultation

-hematuria, candiduria, + leukocyte esterase, proteinuria

-retroperitoneal hemorrhage/hematoma around left kidney, nonexpanding,
nonpulsatile, left Zone 2 retroperitoneal hematoma, acute kidney
injury involving hilum, no active extravasation

-2/4/21 s/p cystoscopy with urethral dilation, left ureteral stent placement
    -for diagnoses of left renal injury, left urinoma, urethral stricture

-2/5/21 s/p IR percutaneous drain for abscess/fluid collection, ultrasound-
guided left retroperitoneal/perinephric drainage catheter for left
retroperitoneal/perinephric urinoma loculated fluid collection,
serousanguinous fluid aspirated, suction drainage bag attached

-recommend repeat CT scan of abdomen and pelvis with contrast in one
month to reevaluate injury
    -if the urinoma is resolved, and no contrast extravasation, patient
    may have the left ureteral stent removed in the office

-plan per Urology for indwelling foley catheter for five to seven days,
followed by removal and voiding trial

**-Neurology/Neurosurgery**
    -Neurosurgery consultation
        -initial concern for weakness of all four extremities

        -able to forcefully move all four extremities once positioned on the
        OR table

        -2/3/21 xrays cervical spine demonstrating no evidence of acute
        osseous abnormality of the cervical spine, no evidence of dynamic
        instability of the cervical spine, 17mm metallic shrapnel fragment tip
        projecting over the left upper back

    -recommend cervical collar for two to three weeks

**-Hematology**
    -acute blood loss anemia
        -Tranexamic acid, blood transfusion

    -thrombocytosis

-DVT prophylaxis
        -SCD's

        -discharged on Heparin subcutaneous

**-Metabolic/Nutrition**
        -protein calorie malnutrition
                -serum albumin 2.4, total protein 5.9

                -supplement with Ensure Max Protein TID

        -discharged on regular diet

**-Electrolyte/Endocrine**
        -hyponatremia

        -hyperglycemia

        -hypokalemia/hyperkalemia

        -hypocalcemia

        -hypophosphatemia

**-Pain**
        -multifactorial
                -posttraumatic, postsurgical

        -left back, left shoulder, abdominal

**-Psychiatry/Psychology**
        -irritability, insomnia
                -Zyprexa at bedtime

        -CIWA (Clinical Institute Withdrawl Assessment for Alcohol)
                -weaned from Ativan and switched to Librium for alcohol withdrawl

**-Physical Medicine and Rehabilitation**
        -Physiatry consultation
                -functional impairments
                        -Physical Therapy consultation and treatment

**2/8/21 transfer to Riverside University Health System**
-stable condition, doctor to doctor transfer, to remain in the hospital with all
medical care available

-discharge instructions include shower only and do not submerge incision, light
duty, no strenuous activity, keep wound clean and dry, may remove abdominal
staples, wound/dressing care, IR drain to be emptied and measured daily

**2/8/21-2/11/21 Riverside University Health System**
-Urology consultation
    -voiding trial after removal of indwelling foley catheter
        -voiding without difficulty 2/10/21

    -plan
        -repeat CT scan abdomen/pelvis in one month

        -follow-up with outside Urologist

**-**Occupational Therapy consultation
    -patient modified independent with basic activities of daily living and
mobility within his room, initially required some assistance with left lower
extremity dressing, shown technique in sitting, safe to complete tasks with
nursing staff, no further occupational therapy is recommended, discharge

-Physical Therapy consultation
    -performing bed mobility at modified independent level and bed and toilet
transfers, gait 45 feet independently without use of assistive device,
currently safe to discharge back to Correctional Facility, no durable medical
equipment needs

-abdominal surgical incision staples removed

-left shoulder and left back pain

**2/11/21 discharge to Correctional Facility**
-pain control
    -Tylenol as directed as needed for pain

-wound care
    -avoid getting drains site dressings wet, keep surgical incision and drain
sites clean, dry and intact

-activity

    -slowly advance activity as tolerated

    -no heavy lifting more than 10lbs for the next six weeks

-diet

    -resume your normal diet prior to hospitalization

-left nephrostomy drain *(drain retroperitoneal/perinephric, not nephrostomy)*

    -empty the drain at least 2 times a day or more as needed

-left colostomy *(no colostomy)*

    -change ostomy dressing at least every 3 days

    -empty bag when half full

-ER precautions

    -return to the Emergency Department for a fever over 101.5degF, inability
    to keep food down, uncontrolled pain, increasing shortness of breath or if
    condition worsens, call 911 in an emergency or go to the nearest ER

-future appointments

    -follow-up with PCP in one week

    -follow-up with Urologist Dr. Katz in one month

    -follow-up with General Surgery in two weeks for wound/drain check

## 3/3/21-3/6/21 Riverside University Health System

-Emergency Department presentation with a two day history of fever and chills,
left flank tenderness

    -leukocytosis 15.4, cre 1.3, eGFR >60, lactic acid 3.17, UA with 5+
    bacteria, WBC 742, large leuk est

-CT abdomen/pelvis demonstrating left kidney midpole laterally a 33 x 70mm
irregular hypodense area with a punctate focus of air, percutaneous tube within its
periphery, which may represent abscess, mild perinephric fat stranding, no
hydronephrosis, left ureteral stent seen

-hospital admission for sepsis, complicated urinary tract infection, left renal
abscess, nephrostomy status

-consultations to Internal Medicine, Rapid Response Team, Urology,
Interventional Radiology

-Urology consultation
    -CT scan abdomen and pelvis reviewed, no obvious fluid collection or left
    perinephric abscess appreciated, left JJ stent and PCN appeared to be in
    good position, does not appear to have a fluid collection optimal for
    drainage, would recommend broad spectrum antibiotics until culture
    available, consider IR drain if not clinically improving

-Physical Therapy consultation
    -currently limited with mobility secondary to medical/surgical condition
    and pain from previous injury, safe to ambulate in room with nursing
    assistance and front wheeled walker if outside room, patient inquired about
    wheelchair for mobility, which may be beneficial for long distance
    ambulation but patient was encouraged to ambulate to tolerance daily to
    maintain mobility and progress ambulation tolerance, safe to ambulate in
    room with front wheeled walker and nursing supervision as needed

-chronic right shoulder pain
    -Naproxen

-blood culture x2 no growth

-urine culture
    -E. coli pan-sensitive except Bactrim, and Klebsiella pneumoniae pan-
    sensitive except resistant to Ampicillin and Nitrofurantoin

-Ceftriaxone, Vancomycin, IV fluids
    -peripheral IV site infiltrated, refused IV line replacement
        -discharge on Levofloxacin po


**3/26/21 Riverside University Health System**
-s/p Emergency Department presentation with nephrostomy tube not draining for
one day *(not a nephrostomy tube, but rather a retroperitoneal/perinephric
abscess drain)*

-it is noted that ultrasound shows portion of nephrostomy tube in renal pelvis in
appropriate position, he had no signs/symptoms of infection, "nephrostomy"
tubing and bag changed, plan to follow-up with Urology

**4/1/21 Riverside University Health System**

-presents to Urology clinic for follow-up, fever 102degF and tachycardia, no drainage of PCN for prior five days

-CT scan demonstrates left "nephrostomy tube" not well visualized, with a portion of the "nephrostomy tube" in the left renal pelvis region

-patient sent to Emergency Department

**5/2/21-5/3/21 Riverside University Health System**

-s/p Emergency Department presentation with concern for urinary tract infection, "nephrostomy tube" dipstick positive for UTI

-patient reporting chronic abdominal pain, no complaints of acute changes in pain severity or character, no dysuria, fever

-UA shows positive UTI

-diagnosis acute cystitis without hematuria

-patient signed out AMA, discharged with Ciprofloxacin based on prior cultures

**6/1/21 Riverside University Health System**

-General Surgery Clinic presenting with left abdominal pain and upper back pain over bullet

    -left flank pain extending down left leg, likely from a neurologic source-left lateral femoral cutaneous nerve injury

        -Gabapentin 300mg TID prescribed

-recommend superficial bullet removal

-recommend Physical Therapy

-recommend Nephrology monitoring for management of "nephrostomy tube"

-noted debilitation after injury and surgery, recommend daily ambulation for a minimum of 30 minutes, patient would benefit from ongoing PT, no indication for wheelchair

**10/29/21 Riverside University Health System**
-General Surgery Clinic
-s/p foreign body removal, left upper back palpable foreign body, incision made, bullet freed from capsule in the soft tissue, removed in one piece

-Gabapentin reordered, return to clinic as needed

**11/4/21 Riverside University Health System**
-Surgical Pathology Report
-left upper back/shoulder foreign body removal, bullet

**8/3/22 Riverside University Health System**
-Orthopedic Clinic
-left comminuted scaphoid fracture that he reported sustaining at the beginning of 2022 secondary to falling in the shower, continuing in a thumb spica splint, reporting severe pain

-order for left scaphoid CT scan thin cuts 2mm

-over-the-counter pain medication

-return to clinic two weeks

**1/31/23-5/3/23 Loma Linda University Health System**
-1/31/23 Emergency Department presentation
-noted to have a history of hypertension, Anxiety, Posttraumatic Stress Disorder

-reporting need for Gabapentin 200mg TID refill having been released from jail, burning and tingling to left wrist from prior injury several months previously, neuropathic pain s/p left wrist fusion

-2/10/23 Orthopedic Outpatient Visit
-s/p 11/15/22 left wrist arthrodesis, four corner fusion

-weight 260lbs., height 6'5", BMI 30.83kg/m2

-xrays demonstrate intact implants with acceptable alignment

-plan for OT, HEP, NSAID's/Tylenol prn pain

-2/11/23 xrays left wrist
  -history- wrist pain

  -demonstrating resection of scaphoid with carpal fusion, lucency involving
  the distal radius likely bone graft, no malalignment

-2/16/23 presents to establish care
  -history of being shot by police

  -wheelchair bound for two years

  -reports bilateral ankle/foot pain, associated with upper back pain, 8-9/10
  severity, constant, unable to walk/find balance, relieved with PT and
  medication in the past, not associated with fever/chill/chest pain/shortness
  of breath/seizure

  -physical exam notes tenderness of bilateral ankles with slight swelling,
  tenderness on both heels, muscular tension on upper back with mild
  tenderness to palpation on the thoracic spine, neurologic exam of the
  bilateral lower extremities not documented

  -requests cushion

  -diagnoses are pain in both lower legs, chronic pain of both ankles, upper
  back pain, neuropathic pain

  -plan for xrays, Naprosyn, Baclofen, referrals to Neurology, Chiropractor,
  Physical Therapy

-2/16/23 xrays thoracic spine, AP/lat
  -history- chronic upper back pain, fracture T1/2 two years prior
      -demonstrating no acute fracture, no compromise of disc space
      height, no significant spurring

-2/20/23 xrays bilateral foot/ankle
  -history- pain, both ankles
      -demonstrating no acute fracture or subluxation, no periosteal
      reaction or foreign body, no joint space narrowing or erosive change,
      no plantar spur

-4/29/23 Patient Health Summary
- medication list
  - Tylenol 500mg q6hr prn pain
  - Gabapentin 300mg QID
  - Baclofen 10mg TID prn muscle spasms
  - Naprosyn 500mg BID prn
- active problems
  - 2/16/23 pain in both lower legs
  - 2/16/23 pain of both ankles
  - 2/16/23 upper back pain
- procedures
  - 2/10/23 cast application/removal s/p wrist surgery
- encounters
  - 1/31/23 Riverside University Hospital
    - Emergency Department
  - 2/10/23 Riverside University Medical Center
    - Orthopedic, Office Visit
  - 2/10/23 Riverside University Health System
    - Diagnostic Radiology
  - 2/16/23 Riverside University Medical Center
    - Community Health Center, Office Visit

-5/6/23 visit diagnoses
  - neuropathic pain
  - s/p fusion of wrist
  - left wrist pain
  - s/p wrist surgery

-pain in both lower legs

-chronic pain of both ankles

-upper back pain

## CURRENT MEDICAL STATUS/CHRONIC SEQUELAE SECONDARY TO 1/26/21 GUNSHOT INJURIES

**-General Surgery/Gastroenterology**
-s/p left colectomy
      -risk for intraabdominal/intestinal adhesions
            -risk for bowel dysmotility/bowel obstruction

**-Nephrology/Urology**
-acute left renal injury, renal/perirenal hematoma

-retroperitoneal/perinephric hemorrhage
      -s/p percutaneous drain placement for abscess/fluid collection

-current renal/urologic status not known
      -potential left ureteral stent in place

**-Neurology**
-left upper back pain associated with retained bullet, with radiating pain extending down flank, left lower extremity
      -felt to be neuropathic in etiology
            -potential lateral femoral cutaneous nerve injury

      -prescribed Gabapentin

-utilization of wheelchair for mobility

-pending Neurology consultation at Loma Linda

**-Orthopedic Surgery/Musculoskeletal**
-thoracic spine
      -s/p T1 transverse process fracture from bullet injury

      -chronic left/upper back pain

      -potential soft tissue injury from bullet trajectory

-left/right shoulder
      -previous retained bullet fragment posterior to left scapula, s/p removal

      -potential chronic shoulder pain

      -potential injury from bullet trajectory

-bilateral lower extremity/ankle/foot pain
      -etiology not yet known, Neurology consult pending

-additional orthopedic/musculoskeletal abnormalities
      -risk for musculoskeletal over-use/chronic repetitive strain injuries secondary to
      general weakness/deconditioning, compensating for injured areas, alterations in
      normal biomechanics relating to chronic musculoskeletal pain

**-Physical Medicine and Rehabilitation/Pain Management/Functional Impairments**
-functional mobility impairments
      -debilitation/deconditioning postinjury, with decline in functional mobility/gait

      -chronic pain bilateral lower extremities/ankles/feet, etiology not yet determined

      -fall risk

-potential functional self-care/instrumental activities of daily living impairments

-potential vocational impairments

**-Psychology**
-mood disorder
      -noted as having Anxiety/Posttraumatic Stress Disorder

      -potential grief secondary to losses, including physical abilities, emotional well-
      being, employment, parenting

-problems related to life management functions, limitation of activities

**FUTURE CARE RECOMMENDATIONS AND MEDICAL SUBSTANTIATION**
Mr. Lopez sustained traumatic gunshot injuries on 1/26/21.  These have had a negative
impact on his physical/functional capabilities, and have resulted in chronic pain issues.
The ability for Mr. Lopez to best assure his overall health and medical status, functional
abilities, pain control, and quality of life following these injuries, will be dependent on

his future medical care.  Minimizing the risks of further injuries, illnesses, and disability is of utmost importance.  Ensuring he has comprehensive medical care, therapies, durable medical equipment, and potential homemaker/homehealth aide care is imperative for prevention of complications and comorbidities.  The medical management goals are to optimize functional outcomes, prevent further injury and illness, stabilize his general medical status, improve quality of life, and support physical and emotional well-being, despite the effects of his injuries.

To address his needs directly related to the 1/26/21 injuries, Mr. Lopez will require care from General Surgery/Gastroenterology, Urology, Neurology, Physical Medicine and Rehabilitation, and Psychology.  Other care needs will include musculoskeletal therapy referrals to address functional mobility and self-care, instrumental activities of daily living, and chronic pain.  Additional care needs include medications, diagnostic evaluations, durable medical equipment, medical supplies, safety aids, homemaker/homehealth aide assistance, education, and peer support organizations.

## MEDICAL/SURGICAL CARE

### General Surgery/Gastroenterology
-evaluation for intraabdominal/intestinal adhesions resulting in bowel dysmotility/bowel obstruction**,** regulation of bowel motility to prevent bowel obstruction

-medical management to regulate bowel health

-possible/not probable need for surgical lysis of adhesions

-consultation and one follow-up visit

### Urology
-evaluation for resolution of retroperitoneal/perirenal abscess/fluid collection

-evaluation for retained left ureteral stent

-consultation and one follow-up visit

### Neurology
-diagnostic evaluation of bilateral lower extremities

-consultation and one follow-up visit

**Physical Medicine and Rehabilitation/Musculoskeletal Rehabilitation**
-monitoring/management of musculoskeletal system functional status and chronic pain
    -evaluation and treatment of chronic and acute musculoskeletal dysfunction

    -by maximizing conservative interventions for pain management, it is hopeful that
    nonoperative approaches of medications, therapies, interdisciplinary pain
    rehabilitation program involvement, and adjunct modalities will be effective for
    management of these issues

    -Physical Therapy and Occupational Therapy referrals will be necessary for
    addressing mobility, self-care/instrumental activities of daily living, chronic pain

-multimodal chronic pain management, including interventional procedures
    -upper back/paraspinal/periscapular musculature trigger point injections
        -ten

    -shoulder corticosteroid injections
        -two

    -pharmacologic pain management to include nonsteroidal antiinflammatory
    therapy, psychotropic medication, topical patches, avoidance or at least
    minimizing use of opioid therapy

    -outpatient interdisciplinary Pain Rehabilitation Program

-consultation and four follow-up visits


**Psychology**
-management of emotional issues secondary to a combination of chronic pain and loss of
functional status

-to provide emotional adjustment and supportive psychotherapy/counseling, for
education, skill-building, and coping strategies, for loss and grieving

-individual therapy- 25 sessions


**INTERDISCIPLINARY THERAPIES/REHABILITATION**
**-Physical Therapy**
-assessment of functional status, injury prevention, strengthening/conditioning chronic
pain management, mobility, updating home therapeutic exercise program

-evaluation and therapy sessions two times per week for three months

**Occupational Therapy/Self-Care and Instrumental Activities of Daily Living/Upper Extremity**
-addressing self-care skills, strategies for safely participating in instrumental activities of daily living, ergonomic optimization, prevention of chronic repetitive strain injuries, chronic pain management

-adaptive device assessment, energy conservation strategies

-evaluation and therapy sessions two times per week for one month

**Interdisciplinary Outpatient Pain Rehabilitation Program**
-management strategies for chronic pain

-utilizing a Physical Therapy approach to emphasize mobility, stretching, conditioning, improved flexibility, movement, ergonomic/durable medical equipment assessment

-utilizing a psychological approach to emphasize cognitive/behavioral management of pain, including diagnostic understanding, muscle tension biofeedback, diaphragmatic breathing, relaxation strategies, mindfulness-based stress reduction, recognition of limits and honoring them, empowering the patient to feel more in control of his pain

-two times per week, duration eight weeks

**Visceral/Abdominal Manual Therapy**
-management of risk for adhesions/bowel obstruction/dysmotility, utilizing manual therapy

-consultation and therapy two times per week for two months


**MEDICATION**
-Mr. Lopez's medication requirements include management of issues that are secondary to the 10/29/21 injuries

**current medication management**
   -Tylenol 500mg q6hr prn pain

   -Gabapentin 300mg QID

   -Baclofen 10mg TID prn muscle spasms

-Naprosyn 500mg BID prn

**additional recommendations**
>**bowel/GI motility**

Magnesium oxide 400mg daily

>**mood stabilization/pain management**

Cymbalta 60mg daily

>**-pain management**

Lidoderm 5% patch, one topically x12hrs/day, #180/year
Flector patch, one topically q12hrs, #360/year
Voltaren ointment, one tube/three months

**DIAGNOSTICS**
-xrays, abdominal, three views
>-one

-CT scan abdomen/pelvis with/without IV and oral contrast

-MRI abdomen with/without gadolinium
>-one

-electrodiagnostic studies bilateral lower extremities
>-one

-MRI cervical/thoracic spine
>-one

-xrays, shoulder, three views
>-two

-MRI shoulder
>-two

-CT scan ankle/foot
>-two

**DURABLE MEDICAL EQUIPMENT/SUPPLIES**
-specialized adaptive devices are necessary for individuals with chronic functional

impairments, with the goal to optimize functional mobility, self-care, and instrumental activities of daily living, to assure care needs and activities are performed safely and effectively, with the highest level of independence, prevention of further musculoskeletal injury/medical complications, and promotion of pain reduction, particularly due to aging with disabilities

-mobility/adaptive equipment-
    adjustable bed with pressure-reducing memory foam mattress

-activities of daily living
    grab bars for shower

-pain management
    Hwave and supplies
    hot and cold packs


**HOMEMAKER/HOMEHEALTH AIDE FOR ASSISTANCE WITH INSTRUMENTAL ACTIVITIES OF DAILY LIVING/EVENTUAL SELF-CARE/ HOUSEHOLD MANAGEMENT/COMMUNITY ACCESSIBILITY**
-further determination will be necessary to establish Mr. Lopez's functional impairments/physical limitations and chronic pain, and how these can impact his functional mobility, self-care, and IADL's

-thereby, recommendations can be given for a homemaker/homehealth aide to optimize functional restoration and maintenance, health management, safety, prevention of further acute and chronic injury, and quality of life


**VOCATIONAL REHABILITATION**
-if it is determined that Mr. Lopez's career opportunities are now limited, due to poor tolerance for jobs that are physically demanding, the consultation with a Vocational Rehabilitation Specialist will be beneficial

-consultation and 10 follow-up visits, including an ergonomic/functional capacity evaluation


**EDUCATIONAL RESOURCES/PEER SUPPORT/ORGANIZATIONS**
-Mr. Lopez will benefit from education on approaches to maximize function, health, and quality of life, and staying current with rehabilitation technology and interventions, social support network, community resources, while living with chronic functional impairments

-chronic pain support group

**CATASTROPHIC NURSE CASE MANAGEMENT**
-coordination of comprehensive medical care, therapies, and navigating the medical system for ongoing treatment

Thank you very much for the opportunity to evaluate Mr. Lopez.  As additional assessments and information become available, I will provide updates with appropriate modifications of care needs as indicated.  Please do not hesitate to contact me for any further questions or input.

Amy Magnusson, MD

cc:
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
p- 818-347-3333
f- 818-347-4188
Marcel F. Sincich, Esq.
msincich@galipolaw.com

## CURRICULUM VITAE
## Amy L. Magnusson, M.D.

| | |
|---|---|
| Home Address: | 4641 Finsen Avenue<br>San Diego, CA 92122<br>c- (858) 405-0957 |
| Office Address: | Amy Magnusson, MD<br>8765 Aero Drive, Suite 310<br>San Diego, CA 92123<br>p (858) 648-5322<br>f  (858)648-5324 |
| | VA San Diego Healthcare System<br>Spinal Cord Injury Service<br>3350 La Jolla Village Drive<br>San Diego, CA 92161<br>p (858) 642-3190 |

**Postgraduate Medical Education:**

| | |
|---|---|
| 1997-1998 | Transitional Year Intern, MacNeal Hospital<br>Berwyn, Illinois |
| 1998-2001 | Physical Medicine and Rehabilitation Resident<br>Stanford University School of Medicine<br>Stanford, California |

**Education:**

| | |
|---|---|
| December, 1988 | B.S., San Diego State University (Nursing Sciences) |
| June, 1997 | M.D., Loyola University Chicago, Stritch School of Medicine |

**Honors/Awards:**

| | |
|---|---|
| 1987 | Sigma Theta Tau- International Honor Society of Nursing |
| 1991 | Alpha Epsilon Delta- Premedical Honor Society<br>Charter Member |
| 1997 | Alpha Sigma Nu- National Jesuit Honor Society |
| 1998 | Intern of the Year- MacNeal Hospital, Transitional Year |
| 1999 | Academic Chief Resident- Stanford PM&R, PGY-III |
| 2000 | Senior Chief Resident- Stanford PM&R, PGY-IV |
| 2000 | Recipient of AVENTIS PM&R Residents Scholarship |
| 1998-2001 | Rotation Honors in:  Inpatient Spinal Cord Injury at Santa Clara Valley Medical Center, Inpatient General Rehabilitation at Palo Alto VA, Inpatient General Rehabilitation at Stanford, Outpatient Musculoskeletal Clinics at Stanford, EMG at Santa |

Clara Valley Medical Center, Inpatient Traumatic Brain Injury at Santa Clara Valley Medical Center, Outpatient General PM&R Clinics at Palo Alto VA

Professional Volunteer Service:

| | |
|---|---|
| 1998, 1999, 2000 | Stanford Athletic Department- Pre-Participation Physical Exams |

Medical Licensure:          California No. A066528, original 1998, expiration 8/31/24

Board Certification:        American Board of Physical Medicine and Rehabilitation 2002-2027, certificate number 7043

American Board of Physical Medicine and Rehabilitation, Spinal Cord Medicine Subspecialty Board Certification 2004-2024, certificate number 453

American Board of Physical Medicine and Rehabilitation, Brain Injury Medicine Subspecialty Board Certification 2014-2024, certificate number 148

Professional Associations:

| | |
|---|---|
| 2000-present | American Academy of Physical Medicine and Rehabilitation |
| 1998-present | California Society of Physical Medicine and Rehabilitation |
| 2008-present | American Spinal Injury Association |
| 2008-present | National Spinal Cord Injury Association/ United Spinal Association |
| 2007-present | American Paraplegia Society/ |
| 2008-present | Academy of Spinal Cord Injury Professionals |
| 2011-present | California Medical Association |
| 2011-present | San Diego County Medical Society |
| 2010-present | San Diego Brain Injury Foundation Professional Advisory Council |

Work Experience:

| | |
|---|---|
| 7/2001-present | Staff Physician, Physical Medicine and Rehabilitation Outpatient/Inpatient Sharp Memorial Rehabilitation Spinal Cord Injury, Traumatic Brain Injury, Stroke, General Rehab, Musculoskeletal Medicine, Amputee, Burn, Pain Management |
| 7/2001-present | Staff Physician, Spinal Cord Injury Service VA San Diego Healthcare System |
| 2011-present | Medical Director |

Learning Services, Southern California

2015-present                Physical Medicine and Rehabilitation
Medical Director
NeuroRestorative, La Mesa

Academic Appointment:
2001-2012                 Clinical Instructor, University of California, San Diego,
Department of Orthopedic Surgery

Medical Directorship:
2011-present                Learning Services
2335 Bear Valley Parkway
Escondido, CA 92027

2015-present                Physical Medicine and Rehabilitation
Medical Director
NeuroRestorative, La Mesa

Procedure Experience:      Interventional Spine (Fluoroscopy)- Lumbar Epidural
Injections, Lumbar Selective Nerve Root Blocks
Musculoskeletal Injections- Shoulder Joint Injections, Hip
Joint Injections, Knee Joint Injections, Trigger Joint Injections,
Botox Injections Nerve Injections- Peripheral Nerve Injections,
Phenol Blocks, Occipital Nerve Blocks, Medical Acupuncture,
Nerve Conduction Studies, Electromyography,
Management of Intrathecal Baclofen Pumps

Research:                  Clinical Video Telehealth to the Home, Innovative Advances
in the Growing Use of Real-Time Clinical Video Telehealth
to Provide Comprehensive 'Live, In-Home' Evaluation
of Spinal Cord Injured Veterans

Poster Presentation at the American Congress of
Rehabilitation Medicine Preventive Health Services in Women
with Disabilities

Teaching Experience:       Lecture on Depression in Women with Disabilities at Sharp's
Women with Disabilities Symposium
Resident Noon Conferences on:  TBI and Depression,
Acupuncture in PM&R, Transverse Myelitis, Groin Pain in the
Athlete, Musculoskeletal Problems in Hemiparesis
Resident Grand Rounds lectures on:  Nerve Conduction
Studies- The Basics, Upper Extremity Electromyography
Resident Anatomy Series- Brain Anatomy

<u>Administrative</u>
<u>Responsibilities:</u>

| | |
|---|---|
| 2001-2003 | Co-Chief of Rehab Council, VA San Diego HCS |
| 2002 | Outpatient CARF Committee, VA San Diego HCS |
| 2005-2006 | SCI PI Committee, Length of Stay, VA San Diego HCS |
| 2005-2007 | Tele-Homecare Committee, VA San Diego HCS |
| 2005-2007 | SCI Homecare Committee, VA San Diego, HCS |
| 2001-present | SCI Leadership Committee, VA San Diego, HCS |
| 2002-2005 | District Director, California Society of PM&R |
| 2004-2005 | Secretary/Treasurer, California Society of PM&R |
| 2007-present | SCI Skin Team Medical Supervisor, VA San Diego HCS |
| 2008-2018 | SCI Pain Program Medical Supervisor, VA San Diego HCS |

<u>Community Volunteer</u>
<u>Activities:</u>

Miramar National Cemetery Support Foundation
Board of Directors

BioMed Mentor for high school seniors, clinical/patient
experiences

Science Olympiad Coach

<u>Professional References:</u>

Jerome Stenehjem, M.D.
Physical Medicine and Rehabilitation
Sharp Memorial Rehabilitation Hospital
2999 Health Center Drive
San Diego, CA 92123
(858) 939-4480

Henry York, M.D.
SCI Service Chief, VA San Diego HCS
3350 La Jolla Village Drive
San Diego, CA 92161
(858) 642-3128

Walter Strauser, M.D.
Physical Medicine and Rehabilitation
Sharp Memorial Rehabilitation Hospital
2999 Health Center Drive
San Diego, CA 92123
(858) 939-4489

**AMY MAGNUSSON, M.D.**
**DIPLOMATE, AMERICAN BOARD OF**
**PHYSICAL MEDICINE AND REHABILITATION**
**SUBSPECIALTY BOARD CERTIFICATION, SPINAL CORD MEDICINE**
**SUBSPECIALTY BOARD CERTIFICATION, BRAIN INJURY MEDICINE**
**8765 Aero Drive, Suite 310**
**San Diego, CA 92123**
**p- 858-648-5322**
**f- 858-648-5324**

**MEDICAL-LEGAL FEE SCHEDULE**

LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
p- 818-347-3333
f- 818-347-4188
Marcel F. Sincich, Esq.
msincich@galipolaw.com

10/6/23

Dear Mr. Sincich,
I appreciate your interest in having me provide Medical-Legal consultation on the Xavier Lopez Matter. I am providing my medical-legal fee schedule, CV, and W9. All medical-legal consultations will be billed at $600.00/hr. This includes patient evaluation, record review, all travel and associated expenses, report preparation, and meetings. Depositions will be billed at $700.00/hr. A non-refundable retainer fee of $2500.00 is billed at the initiation of services. Courtroom testimony is billed at the rate of $2500.00 per half-day. Courtroom and deposition testimony cancelled with less than 24 hours' notice will require billing two hours of time. Monthly billing statements will be provided to you for all outstanding fees, and collection will be expected upon receipt. Please sign below and include the retainer fee if you wish to proceed with my involvement. I look forward to working with you and your team.

Sincerely,

_____          _____
 Amy Magnusson, M.D.          Marcel Sincich, Esq.

**AMY MAGNUSSON, M.D.**
**DIPLOMATE, AMERICAN BOARD OF**
**PHYSICAL MEDICINE AND REHABILITATION**
**SUBSPECIALTY BOARD CERTIFICATION, SPINAL CORD MEDICINE**
**SUBPECIALTY BOARD CERTIFICATION, BRAIN INJURY MEDICINE**
**8765 Aero Drive, Suite 310**
**San Diego, CA 92123**
**p (858) 648-5322**
**f (858) 648-5324**

**Testimony Listing**

| DATE | CASE | PLAINTIFF/DEFENSE | DEPOSITION | TRIAL |
|------|------|-------------------|------------|-------|
| 1/12 | Vehling, Derek vs. OshKosh, Corp. | Defense | X | |
| 5/12 6/12 | Fernandez, Arthur | Plaintiff | X | X |
| 1/13 10/14 | Aguilar, Audrey vs. Tricor | Plaintiff | X | X |
| 1/13 | Smith, Donald vs. El Centro Regional Medical Center | Plaintiff | X | |
| 2/13 12/13 | Paulson, Matt vs. Berman | Plaintiff | X | X |
| 8/13 | Driscoll, Robert vs. Triggs, MD | Defense | X | |
| 10/13 3/14 | Chen, David vs. UC Regents | Defense | X | X |
| 11/13 | Soares, Andrea vs. Iron Planet, et. al. | Plaintiff | X | |
| 1/14 | Bigay, Vickie | Plaintiff | X | |

| Date | Case | Party | | |
|---|---|---|---|---|
| | vs. Etemad, MD | | | |
| 3/14 | Thompson, Martha vs. LLUMC | Defense | X | |
| 5/14 | Carrillo, Kathy vs. San Antonio Community Hospital, et. al | Plaintiff | X | |
| 5/14 | Murphy, Conrad vs. State of California | Plaintiff | X | |
| 9/14 6/15 | Coon, Patricia vs. Kaiser | Plaintiff | X | X (arb) |
| 9/14 | Vera, Alex vs. Verano at Talega Homeowners Association, et. al | Plaintiff | X | |
| 3/15 11/15 | Clary, Jeffrey vs. Kaiser | Defense | X | X (arb) |
| 8/15 9/15 | Malone, Sharon vs. Ford | Plaintiff | X | X |
| 9/15 | Kormylo, Nicholas vs. Forever Resorts | Plaintiff | X | |
| 11/15 | Jones vs. People of California | | X | X |
| 12/15 | Whalen vs. Riccio | Defense | X | |
| 1/16 | Piva, Bryant vs. Polaris | Plaintiff | X | |
| 2/16 & 10/16 | Hauschildt vs. Clinton River Medical Products | Plaintiff | X | X |
| 4/16 | Teague vs. Stevens Trucking Company | Plaintiff | X | |
| 4/16 | Ibarra vs. Stevens Trucking Company | Plaintiff | X | |

| Date | Case | Party | | |
|---|---|---|---|---|
| 5/16 | Johnson vs. City of San Diego | Plaintiff | X | |
| 7/16 | Brookstein vs. Kennedy | Plaintiff | X | |
| 8/16 | Tran vs. 24Hr Fitness | Plaintiff | X | |
| 9/16 | Taulbee vs. E.J. Distributions, et. al. | Plaintiff | X | |
| 10/16 & 8/17 | Eisenbise vs. Crown Equipment Corporation | Plaintiff | X | X |
| 11/16 | Cash vs. Northside Hospital | Plaintiff | X | |
| 1/17 & 3/17 | George vs. First Service Residential California | Plaintiff | X | X |
| 3/17 | Lafarga vs. Sweetwater Union School District | Plaintiff | X | |
| 3/17 & 5/17 | Cruz vs. City of Santa Monica | Plaintiff | X | X |
| 4/17 | Aavang vs. Hoban | Plaintiff | X | |
| 4/17 | Nunez vs. Matheson Tri-Gas, Inc. | Plaintiff | X | |
| 7/17 | Warner vs. Scripps | Plaintiff | X | |
| 7/17 | Verdugo vs. Somerton School District | Plaintiff | X | |
| 8/17 | Lee vs. Kaiser | Plaintiff | X | |
| 10/17 | Soper vs. Cera | Plaintiff | X | |

| | | | | |
|---|---|---|---|---|
| 10/17 | Padilla vs. Waste Management | Plaintiff | X | |
| 11/17 | Persin vs. State of Hawaii, et. al. | Plaintiff | X | |
| 11/17 | Ford vs. CalTrans, et. al. | Plaintiff | X | |
| 12/17 | French vs. Wood Bros. | Defense | X | |
| 1/18 | Soto Rodriguez vs. Meza Auto Sales, et. al. | Plaintiff | | X |
| 2/18 4/18 | Clanton vs. XP Systems Corporation, Fiserv, Inc., Sleep Technology, Inc. | Plaintiff | X | X |
| 2/18 | Chavarin vs. Collins, et. al. | Plaintiff | X | |
| 3/18 | Chang vs. Ontario Mills Limited Partnership, et al (Maria Rincon) | Plaintiff | X | |
| 5/18 | Omoefe vs. Kaiser | Plaintiff | X | |
| 5/18 | Tyurina vs. Urbana Tahoe TC, LLC | Defense | X | |
| 6/18 | Smith vs. Koudsi | Plaintiff | X | |
| 7/18 10/18 | Mitchell vs. Kaiser | Plaintiff | X | X (arb) |
| 10/18 & 3/19 | Flores v. Rochetti | Plaintiff | X | X |
| 11/18 | Malcolm v. | Defense | X | |

Robinson Helicopters

| | | | | |
|---|---|---|---|---|
| 12/18 | Navarro v. Gonzalez and Cota, et. al. | Defense | X | |
| 1/19 | Lichtman vs. Siemens | Plaintiff | X | |
| 3/19 | Du vs. County of San Diego | Plaintiff | X | |
| 3/19 | Sutherland vs. University of Oregon, et. al. | Plaintiff | X | |
| 5/19 | Oram v. Pacific Coast Elevator Corporation | Plaintiff | X | |
| 5/19 & 7/19 | Collins vs. Palomar Medical Center | Plaintiff | X | X |
| 5/19 | Franklin v. Park, MD, PhD, et al. | Plaintiff | X | |
| 6/19 | Bogner v. St. Joseph Hospital of Orange, et al. | Plaintiff | X | |
| 7/19 & 7/19 | Philip Smith v. Kaiser Foundation Hospital | Plaintiff | X | X (arb) |
| 8/19 | Ruano v. LAUSD et al. | Defense | X | |
| 8/19 | Mendez v. County of Sacramento, et. al. | Plaintiff | X | |
| 9/19 | Awad v. County of Sacramento | Plaintiff | X | |
| 9/19 | Moss v. Cemex | Plaintiff | X | |
| 9/19 | Ruknaitis v. City of San Diego | Plaintiff | X | |

| | | | | |
|---|---|---|---|---|
| 9/19<br>10/21 | Silver v. Kaiser | Plaintiff | X | X(arb) |
| 10/19<br>12/19 | Felix v. SoCal<br>Underground | Plaintiff | | X (arb) |
| 10/19 | Akers v. Yeewen<br>Chen Wang,<br>Hewlett Packard | Plaintiff | X | |
| 10/19<br>11/19 | Spiller v. Ford Motor | Plaintiff | X | X |
| 12/19 | Martin v. Kaiser | Plaintiff | X | |
| 2/20 | Kenworthy v. Saniya<br>Sunil Kishnani | Plaintiff | X | |
| 2/20 | Donohoe v. County<br>of San Diego | Defense | X | |
| 3/20 | Calderon v. Caltrans | Plaintiff | X | |
| 3/20 | Burrhus v. Vault PK | Plaintiff | X | |
| 3/20 | Tuaau v.<br>Anheuser-Busch | Plaintiff | X | |
| 5/20<br>6/20<br>8/20<br>2/22 | O'Malley v.<br>Diamond Resorts | Plaintiff | X | X |
| 6/20<br>6/21 | Bowles v. City<br>of San Jose | Plaintiff | X | X |
| 10/20 | Ziegler v. Trainor | Plaintiff | X | |
| 11/20<br>4/21 | Jones v. Hiller<br>Aircraft Corporation | Plaintiff | X | X |
| 12/20 | Hamilton, et al v.<br>Novartis Pharmaceuticals<br>Corporation, et al | Plaintiff | X | |
| 1/21 | Kondrad v. | Plaintiff | X | X |

| | | | |
|---|---|---|---|
| 9/21
7/23 | Centric, D.O. | | |
| 1/21 | Jarell Boyd v.
Caltrans, et al. | Plaintiff | X |
| 2/21 | Torres v. Big Lots | Plaintiff | X |
| 2/21 | Alex Paez v.
Caltrans, et al. | Plaintiff | X |
| 2/21 | Avila v. General
Motors | Plaintiff | X |
| 3/21 | Jackson v. Gallade | Plaintiff | X |
| 3/21 | Trakimas v.
Grandview | Plaintiff | X |
| 3/21 | Veach v. Kaiser | Plaintiff | X |
| 4/21 | Gilbert Ortiz v.
Caltrans, et al. | Plaintiff | X |
| 4/21 | Ceja v. Bridgestone | Plaintiff | X |
| 5/21 | Abagyan v. City
of San Diego | Plaintiff | X |
| 6/21 | Scanlon v. CR
England | Plaintiff | X |
| 7/21 | Tan v. Hydraulics
International, Inc, et al. | Plaintiff | X |
| 7/21 | Lowenstein v.
San Antonio Regional
Medical Center | Defense | X |
| 8/21 | Kurban v.
The Gallery HOA, et al. | Plaintiff | X |
| 8/21 | Haddock v. Westrock | Plaintiff | X |
| 9/21 | Carr v. County
of Orange | Plaintiff | X |

| | | | | |
|---|---|---|---|---|
| 9/21<br>3/22 | Vargas v. Kaiser | Plaintiff | X | X(arb) |
| 10/21 | Hutayana v. YMCA | Plaintiff | X | |
| 10/21 | French v. City<br>of Los Angeles | Plaintiff | | X |
| 10/21 | Tadros v. Enterprise | Plaintiff | X | |
| 11/21 | Willard v. Beverly<br>Memorial Hospital | Plaintiff | X | |
| 12/21 | Carlson v. City of<br>Redondo Beach | Plaintiff | X | |
| 12/21 | Sauceda v. Riverside<br>University Health System | Plaintiff | X | |
| 12/21<br>3/22 | Adrabi v. Harrison | Plaintiff | X | X |
| 1/22<br>2/22 | Viruegas v. Westech<br>Systems Inc, et al. | Plaintiff | X | X |
| 2/22 | Doyle v. American<br>Eagle Transportation, et al. | Defense | X | |
| 2/22<br>3/22 | Meyer v. Doctors'<br>Medical Center | Plaintiff | X | |
| 3/22<br>5/22 | Neeley v. State of<br>California, Department<br>of Transportation | Plaintiff | X | X |
| 3/22 | Garot v. County of<br>San Diego | Plaintiff | X | |
| 3/22 | Gharibjanyan v. GBG | Plaintiff | X | X |
| 4/22 | Flucker v. Kaiser | Plaintiff | X | |
| 4/22 | Cordova v. Silver<br>Lake Medical Center | Plaintiff | X | |

| 5/22 | Hernandez v. Dart International | Plaintiff | X | |
| 5/22 | Brandt v. Zwiacher | Plaintiff | X | |
| 5/22 2/23 | Rodriguez v. Prime Healthcare Paradise Valley, LLC | Plaintiff | X | X |
| 6/22 | Conway v. Ballard Rehabilitation Hospital, et al. | Defense | X | |
| 6/22 | Ruvalcaba, et al. v. City of Victorville | Plaintiff | X | |
| 6/22 | Rayos-Lopez v. Kenyon Plastering of Southern CA, et al. | Plaintiff | X | |
| 7/22 | Curtis v. Wahid Tazudeen, MD, Danville Neurology, et al. | Plaintiff | X | |
| 7/22 | Cesena v. Southern California Edison | Plaintiff | X | |
| 7/22 | Klein v. Marden, Kai Mateo, et al. | Plaintiff | X | |
| 7/22 | Campbell v. Greyhound Lines | Plaintiff | X | |
| 8/22 | Oropeza v. Jensen USA | Plaintiff | X | |
| 9/22 | Gerth v. Malone | Plaintiff | X | |
| 9/22 2/23 4/23 | Torres v. LAUSD | Plaintiff | X | |
| 9/22 | Henson v. CH Robinson | Plaintiff | X | |
| 10/22 1/23 | Geiler v. Fremont Emergency Services, et al. | Plaintiff | X | X |

| 2/23 | Camacho v. Transdev, et al. | Plaintiff | X | |
| 3/23 | Porteous v. Scripps Clinic Radiology Medical Group | Plaintiff | X | |
| 3/23 | Gardea v. Little King Transportation, et al. | Plaintiff | X | |
| 3/23 5/23 | Kaneko v. City of Los Angeles | Plaintiff | X | X |
| 4/23 | Mikelic v. MGM Grand Hotel, LLC | Plaintiff | X | |
| 4/23 | Clark v. County of Los Angeles | Plaintiff | X | |
| 4/23 | Gaskins v. OHL-USA, Inc.; Borrell Contracting; and Does | Plaintiff | X | |
| 5/23 | Huerta v. County of Tulare | Plaintiff | X | |
| 5/23 | Bandlow v. Net Health Shops, et al. | Plaintiff | X | |
| 6/23 | Leggett v. City of Compton | Plaintiff | X | |
| 6/23 | Gray v. Marin General Hospital, et al. | Plaintiff | X | |
| 6/23 | Castro v. Ford Motor Co | Plaintiff | X | |
| 7/23 | Rodriguez v. Mowbray's Tree Service | Plaintiff | X | |
| 7/23 | Thomas v. Petty | Plaintiff | X | |
| 8/23 | Glaser v. State of Arizona | Plaintiff | X | |
| 8/23 | Loeser v. NorCal Beverage | Plaintiff | X | |
| 9/23 | Cagle v. Rye, et al. | Plaintiff | X | |
| 10/23 | Vallin v. City of Long Beach | Plaintiff | X | |

| 10/23 | Betts v. Toyota | Plaintiff | X |