# Exhibit "A"

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* XAVIER LOPEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE No.: 5:21-cv-02140-PSG (JEMx)<br><br>[*Honorable Philip S. Gutierrez*]<br>Magistrate Judge John E. McDermott<br><br>**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Plaintiff Xavier Lopez hereby designates the following retained and non-retained expert witnesses who may be called upon to give expert testimony pursuant to Rule 26(a)(2)(A) of the Federal Rule of Civil Procedure.  Plaintiff reserves the right to supplement and/or amend this disclosure.

I. **RETAINED EXPERTS:**

    A.    Roger A. Clark (Police Practices/Use of Force)

           Police Procedures Consultant, Inc.

           10207 Molino Road

           Santee, CA 92071

           (208) 351-2458

Mr. Clark's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit A.

    B.    Scott Holdaway (Videographer, Editor, and Forensic Video Analyst)

           CVisualEvidence, LLC.

           2441 W 205th Street, Suite C102

           Torrance, CA 90501

           (310) 831-8900

Mr. Holdaway's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit B.

    C.    Amy Magnusson, M.D., (Medical Expert)

           Physical Medicine and Rehabilitation

           2999 Health Center Drive

           San Diego, CA 92123

           (858) 939-4496

Dr. Magnusson's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit C.

/ / /

## II. NON-RETAINED EXPERTS:

| | | |
|---|---|---|
| 1. | Ahmad L Alazzeh, | 4445 Magnolia Avenue, Riverside, California 92501 (951)788-3000. Dr. Alazzeh is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's respiratory ventilation, and endotracheal airway. Plaintiff reserves the right to call a representative on Dr. Alazzeh's behalf if unable to appear or testify at trial. |
| 2. | Ahmed Mahmoud, MD | 4445 Magnolia Avenue, Riverside, California 92501 (951)788-3000. Dr. Mahmoud is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds, major small and large bowel procedures. Plaintiff reserves the right to call a representative on Dr. Mahmoud's behalf if unable to appear or testify at trial. |
| 3. | Ashley Kennedy, PT | 26520 Cactus Ave, Moreno valley, CA 92555, (951) 486-5350. PT Kennedy is a Physical Therapist for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on PT Kennedy's behalf if unable to appear or testify at trial. |
| 4. | Bhanu Shiv, MD | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Shiv is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment, computerized tomography, trauma, and injuries. Plaintiff reserves the right to call a representative on Dr. Shiv's behalf if unable to appear or testify at trial. |

| | | |
|---|---|---|
| 5. | Chelsea Cosand, MD | 4445 Magnolia Avenue, Riverside, California 92501 (951)788-3000.  Dr. Cosand is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on Dr. Cosand's behalf if unable to appear or testify at trial. |
| 6. | Daniel Il-Sun Kim, MD | 26520 Cactus Ave, Moreno valley, CA 92555, (951) 486-5350. Dr. Edwards is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on Dr. Edwards's behalf if unable to appear or testify at trial. |
| 7. | David Plurad, MD | 4445 Magnolia Avenue, Riverside, California 92501 (951)788-3000.  Dr. Plurad is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds, entry, internal injuries. Plaintiff reserves the right to call a representative on Dr. Plurad's behalf if unable to appear or testify at trial. |
| 8. | Eric Liao, MD | 4445 Magnolia Avenue, Riverside, California 92501 (951)788-3000.  Dr. Liao is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on Dr. Liao's behalf if unable to appear or testify at trial. |
| 9. | Erin Katz, MD | 4445 Magnolia Avenue, Riverside, California 92501 (951)788-3000.  Dr. Katz is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's dilation of ureter and urethra. Plaintiff reserves the right to call a representative on Dr. Katz's behalf if unable to appear or testify at trial. |

| 10. | Hans Keenan Boggs, MD | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Boggs is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment and injuries. Plaintiff reserves the right to call a representative on Dr. Boggs's behalf if unable to appear or testify at trial. |
|---|---|---|
| 11. | Hector Daniel Ludl, MD | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Ludl is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment and injuries. Plaintiff reserves the right to call a representative on Dr. Ludl's behalf if unable to appear or testify at trial. |
| 12. | Jillian Gerbracht, PT, DPT | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. PT Gerbracht is a treating therapist for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment and injuries and physical therapy. Plaintiff reserves the right to call a representative on PT Gerbracht's behalf if unable to appear or testify at trial. |
| 13. | Kari Cadger, OT | 26520 Cactus Ave, Moreno valley, CA 92555, (951) 486-5350. OT Cadger is an Occupational Therapist for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on OT Cadger's behalf if unable to appear or testify at trial. |
| 14. | Kurt Barger, DO | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Barger is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment and injuries. Plaintiff reserves the right to call a representative on Dr. Barger's behalf if unable to appear or testify at trial. |

| | | |
|---|---|---|
| 15. | Lori Ramirez-Butler MS, CCC-SLP | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Butler is a treating therapist for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment and therapy. Plaintiff reserves the right to call a representative on Dr. Butler's behalf if unable to appear or testify at trial. |
| 16. | Manika Paul, MD | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Paul is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment, injuries, and neurosurgery. Plaintiff reserves the right to call a representative on Dr. Paul's behalf if unable to appear or testify at trial. |
| 17. | Marissa Guerrero M.S., CCC-SLP | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Guerrero is a treating therapist for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment and therapy. Plaintiff reserves the right to call a representative on Dr. Guerrero's behalf if unable to appear or testify at trial. |
| 18. | Michael Kenneth Mesisca, DO | 4445 Magnolia Avenue, Riverside, California 92501 (951)788-3000. Dr. Mesisca is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, risks and benefits, and cost of care for Plaintiff regarding Plaintiff's treatment plan. Plaintiff reserves the right to call a representative on Dr. Mesisca's behalf if unable to appear or testify at trial. |
| 19. | Monika Kief-Garcia, MD | 11234 Anderson Street, Loma Linda, CA 92354. Dr. Kief-Garcia is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's ankles, c-spine, t-spine, l-spine, chest. Plaintiff reserves the right to call a representative on Dr. Garcia's behalf if unable to appear or testify at trial. |

| | | |
|---|---|---|
| 20. | Paul Albini, MD | 26520 Cactus Ave, Moreno valley, CA 92555, (951) 486-5350. Dr. Albini is a treating physician, Trauma, Surgical Critical Care, and Emergency General Surgery, for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on Dr. Albini's behalf if unable to appear or testify at trial. |
| 21. | Roy Caputo, MD | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Caputo is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment and injuries. Plaintiff reserves the right to call a representative on Dr. Caputo's behalf if unable to appear or testify at trial. |
| 22. | Sandar Kyi, MD | 2813 S Main St., Corona, California 92882 (951) 272-5445.  Dr. Kyi is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's recommendations, care plan, therapeutic plan, and injuries. Plaintiff reserves the right to call a representative on Dr. Kyi's behalf if unable to appear or testify at trial. |
| 23. | Sara B Edwards, MD | 26520 Cactus Ave, Moreno valley, CA 92555, (951) 486-5350. Dr. Edwards is a treating physician, Surgery Attending, for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on Dr. Edwards's behalf if unable to appear or testify at trial. |
| 24. | Steven M Sorenson, MD | 11234 Anderson Street, Loma Linda, CA 92354.  Dr. Sorenson is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's wrists. Plaintiff reserves the right to call a representative on Dr. Sorenson's behalf if unable to appear or testify at trial. |

| | | |
|---|---|---|
| 25. | Vinay Yagnik, M.D. | 26600 Cactus Ave, Moreno valley, CA 92555, (951) 988-9500. Dr. Yagnik is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's plan of treatment, colon, kidney, and injuries. Plaintiff reserves the right to call a representative on Dr. Yagnik's behalf if unable to appear or testify at trial. |
| 26. | Wade Faerber, DO | 26520 Cactus Ave, Moreno valley, CA 92555, (951) 486-5350. Dr. Faerber is a treating physician for Plaintiff and will testify as to the evaluation, signs and symptoms, treatment, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's injuries. Plaintiff reserves the right to call a representative on Dr. Faerber's behalf if unable to appear or testify at trial. |

DATED: November 16, 2023

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF GRECH & PACKER

By: _____
    Dale K. Galipo
    Marcel F. Sincich
    *Attorneys for Plaintiff*

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY OF LOS ANGELES

I, Karen Slyapich, am employed in the CITY of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On November 16, 2023, I served the foregoing document described as:

**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES**

on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☒ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 16, 2023, at Woodland Hills, California.

*/s/ Karen Slyapich*
Karen Slyapich

-9-    Case No. 5:21-cv-02140-PSG (JEMx)
PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

<u>SERVICE LIST</u>

PHAEDRA A. NORTON, City Attorney SBN 200271
REBECCA L. MCKEE, Assistant City Attorney, SBN 279485
DEBRA K. COOK, Deputy City Attorney, SBN 250114
OFFICE OF THE CITY ATTORNEY – City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone (951) 826-5567
Facsimile (951) 826-5540

Attorneys for Defendants CITY OF RIVERSIDE and EVAN WRIGHT