**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* XAVIER LOPEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE No.: 5:21-cv-02140-PSG (JEMx) <br><br> [*Honorable Philip S. Gutierrez*] <br> Magistrate Judge John E. McDermott <br><br> **NOTICE OF ERRATA RE: PROPOSED ORDER (DKT. NO. 87-1)** |

1  **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR**
2  **ATTORNEYS OF RECORD**:
3     PLEASE TAKE NOTICE that Docket No. 87-1 was filed in error. The
4  correct Proposed Order is attached hereto. Plaintiff's counsel apologizes to the
5  Court and to all parties for any confusion or inconvenience this error may have
6  caused.
7
8  Respectfully submitted,
9  Dated: December 19, 2023            LAW OFFICES OF DALE K. GALIPO
10
11                          By:   *s/ Marcel F. Sincich*
                                  Dale K. Galipo
12                                Marcel F. Sincich
13                                Attorneys for Plaintiff

-2-   Case No.: 5:21-cv-02140-PSG (JEMx)
**NOTICE OF ERRATA**