# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-02140-PSG-(JCx) | Date | December 19, 2023 |
| Title | Xavier Lopez v. City of Riverside, et al., | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo<br>Marcel Sincich<br>Trenton Packer | Rebecca McKee-Reimbold<br>Cecilia Rojas |

**Proceedings:**     **FURTHER SETTLEMENT CONFERENCE**

    A further Telephonic Settlement Conference in this matter was convened on December 19, 2023. Plaintiff's attorneys Dale Galipo, Marcel Sincich and Trenton Packer appeared on behalf of Plaintiff Xavier Lopez who was on standby. Defendants' attorneys Rebecca McKee-Reimbold and Cecilia Rojas appeared on behalf of the City of Riverside and Evan Wright, the latter of whom also appeared.

    The parties conferred with the Court. The case did not settle.

                                                                                                                : 10

Initials of Preparer   klh