**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311
*Attorneys for Plaintiff* XAVIER LOPEZ

PHAEDRA A. NORTON (SBN 200271)
City Attorney
REBECCA MCKEE (SBN 279485)
Assistant City Attorney,
DEBRA K. COOK (SBN 250114)
Deputy City Attorney
CECILIA ROJAS (SBN 340468)
Deputy City Attorney
OFFICE OF THE CITY ATTORNEY
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
Attorneys for Defendants,
CITY OF RIVERSIDE, and EVAN WRIGHT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE No.: 5:21-cv-02140-PSG (JEMx)<br><br>[*Honorable Philip S. Gutierrez*]<br>Magistrate Judge John E. McDermott<br><br>**[PROPOSED] SPECIAL VERDICT FORM**<br><br>**JOINT AGREED UPON VERDICT FORM** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Court Order (Doc. 61), by and through their attorneys of record in this action, Plaintiff Xavier Lopez and Defendants City of Riverside and Evan Wright hereby submit the following Joint Proposed Special Verdict Form to be provided to the jury at trial.

The parties reserve the right to amend this and any other [Proposed] Special Verdict Form, subject to any objections, rulings on motions *in limine*, and applicable Orders of the Court. The parties will submit modified Special Verdict Form(s) upon receiving the Court's ruling on Motions *in Limine*, if necessary.

Respectfully submitted,

DATED: January 11, 2024         **LAW OFFICES OF DALE K. GALIPO**
                                **LAW OFFICES OF GRECH & PACKER**

                                By:    /s/    Marcel F. Sincich
                                    Dale K. Galipo
                                    Trenton C. Packer
                                    Marcel F. Sincich
                                    *Attorneys for Plaintiff*

DATED: January 11, 2024         PHAEDRA A. NORTON, City Attorney
                                REBECCA L. MCKEE, Asst. City Attorney
                                DEBRA K. COOK, Deputy City Attorney

                                By:    /s/    Cecilia Rojas
                                    DEBRA K. COOK
                                    CECILIA ROJAS
                                    Attorneys for Defendants,
                                    CITY OF RIVERSIDE and EVAN WRIGHT

-1-              Case No.: 5:21-cv-02140-PSG (JEMx)
PROPOSED SPECIAL VERDICT FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LOPEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT,<br><br>            Defendants. | CASE No.: 5:21-cv-02140-PSG (JEMx)<br><br>[*Honorable Philip S. Gutierrez*]<br>Magistrate Judge John E. McDermott<br><br>**[PROPOSED] VERDICT FORM** |

## JOINT AGREED UPON VERDICT FORM

We, the jury in the above-entitled action, find the following:

### FOURTH AMENDMENT EXCESSIVE FORCE & BATTERY CLAIMS

**Question No. 1: Did Evan Wright use excessive or unreasonable against Xavier Lopez?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 1, please answer Question No. 2.*
*If you answered "No" to Question No. 1, please answer Question No. 3.*

**Question No. 2: Was Evan Wright's use of excessive or unreasonable force a substantial factor in causing injury, damage, or harm to Xavier Lopez?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 2, please answer Question No. 3.*
*If you answered "No" to Question No. 2, please answer Question No. 4.*

### THE BANE ACT CLAIM

**Question No. 3: Did Evan Wright violate the Bane Act?**

_____ YES          _____ NO

*Please answer Question No. 4.*

## NEGLIGENCE CLAIM

**Question No. 4: Was Evan Wright negligent in his conduct against Xavier Lopez?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 4, please answer Question No. 5.*
*If you answered "No" to Question No. 4, but "Yes" as to Question No. 2, please proceed to answer Question No. 9.*
*If you answered "No" in Question No. 2, Question No. 3, and Question No. 4, please sign and date the verdict form and return it to the Court.*

**Question No. 5: Was Evan Wright's negligence a substantial factor in causing injury, damage, or harm to Xavier Lopez?**

_____ YES          _____ NO

*If you answered "Yes" in Question No. 5, please answer Question No. 6.*
*If you answered "No" to Question No. 5, but "Yes" as to Question No. 2, please proceed to answer Question No. 9.*
*If you answered "No" in Question No. 2, Question No. 3, and Question No. 4, please sign and date the verdict form and return it to the Court.*

**Question No. 6: Was Xavier Lopez negligent?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 6, please answer Question No. 7.*

*If you answered "No" to Question No. 6, please answer Question No. 9.*

**Question No. 7: Was Xavier Lopez's negligence a cause of his own injuries or harm?**

_____ YES          _____ NO

*Please answer Question No. 8.*

**Question No. 8: What percentage of responsibility for Xavier Lopez's injury or harm do you assign to the negligent conduct, if any, of the following?**

Evan Wright              _____ %
Xavier Lopez             _____ %
    (Total must equal 100 %)

*Please answer Question No. 9.*

### **PLAINTIFF XAVIER LOPEZ'S DAMAGES**

**Question No. 9: What are Xavier Lopez's damages for the following:**

Past physical and mental
pain and suffering:              $ _____

Future physical and mental
pain and suffering:              $ _____

/ / /

Past and future medical care,
treatment, expenses and services:       $ _____

*Please answer Question No. 10.*

**Question No. 10: Did Evan Wright act with malice, oppression, or in reckless disregard of Xavier Lopez's rights?**

_____ YES          _____ NO

*Please answer Question No. 11.*

### PART II: MUNICIPAL LIABILITY

**Question # 11: Did the City of Riverside violate Xavier Lopez's constitutional rights through a widespread or longstanding custom or practice?**

_____ YES          _____ NO

*Please proceed to Question # 12.*

**Question # 12: Did the City of Riverside violate Xavier Lopez's constitutional rights by failing to adequately train its officers?**

_____ YES          _____ NO

*Please proceed to Question # 13.*

**Question # 13: Did a final policymaker of the City of Riverside ratify Sgt. Wright's actions toward Xavier Lopez?**

_____ YES          _____ NO

*Please sign and date the verdict form and return it to the Court.*

Date: _____          _____
                                          Jury Foreperson