UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| XAVIER LOPEZ,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>CITY OF RIVERSIDE and EVAN WRIGHT,<br><br>        Defendants - Appellants,<br><br>and<br><br>DOES, 1 through 10, inclusive,<br><br>        Defendant. | No. 22-55723<br><br>D.C. No. 5:21-cv-02140-ODW-JEM<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

      The judgment of this Court, entered December 05, 2023, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT