**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* XAVIER LOPEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XAVIER LOPEZ,<br><br>  Plaintiff,<br>v.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 5:21-cv-02140-PSG-JC<br><br>*Assigned to*:<br>Hon. District Judge Philip S. Gutierrez<br>Hon. Magistrate Judge Jacqueline Chooljian<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[*Pursuant to* Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

1

JOINT STIPULATION FOR DISMISSAL

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

DATED: April 10, 2024   **LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICES OF GRECH & PACKER**

By: _____*s/ Marcel F. Sincich*_____
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
Trenton C. Packer, Esq.
*Attorney for Plaintiffs*

DATED: April 10, 2024   **OFFICE OF THE CITY ATTORNEY**

By: _____*s/ Jack Liu*_____
Cecilia Rojas
Jack Liu
Attorneys for Defendants City of Riverside and Evan Wright