JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XAVIER LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RIVERSIDE; EVAN WRIGHT; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:21-cv-02140-PSG-JC<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE  DKT [123]** |

## ORDER

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has settled and is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

Accordingly, the Clerk of the Court is respectfully directed to close this case.

**IT IS SO ORDERED**.

Dated: April 11, 2024

Hon. Philip S. Gutierrez
United States District Judge